# MINUTES

```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII
                              12/15/2005 4:30 PM
                              SUE BEITIA, CLERK
```

**CASE NUMBER:**  CV 04-00743DAE-LEK

**CASE NAME:**  Taryn Christian   vs.  Richard Bissen, Acting Director, State Of Hawaii Department Of Public Safety

**INTERPRETER:**

---

**JUDGE:** JUDGE LESLIE E. KOBAYASHI        **REPORTER:**

**DATE:** 12/15/2005                         **TIME:** 9:00:00 AM

                                             **ROOM:** COURTROOM 7

---

**COURT ACTION:** EO

Continued : [Rule 16 Scheduling Conference [28 USC SS 2254]] from 01/09/2006 09:00:00 AM to 03/13/2006 09:00:00 AM before LEK.

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager