ORIGINAL

KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367

ATTORNEYS FOR PETITIONER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 16 2005

at 2 o'clock and 14 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV NO. 04-00743 DAE-LEK |
| Petitioner, | ) | |
| | ) | PETITIONER'S REPLY |
| | ) | IN SUPPORT OF REQUEST, |
| vs. | ) | UNDER 28 U.S.C. § 2254, FOR WRIT |
| | ) | OF HABEAS CORPUS BY A PERSON |
| | ) | IN STATE CUSTODY |
| RICHARD BISSEN, Acting | ) | |
| Director, State of Hawaii | ) | |
| Department of Public Safety, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Monte Boyd hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand delivered to the following on December 15, 2005:

        DAVELYNN M. TENGAN
        Deputy Prosecuting Attorney
        Dept. of the Prosecuting Attorney
        150 S. High Street
        Wailuku, Maui HI 96793

LANE BLAIR, Warden   Diamondback Correctional Facility
Route 2, Box 336
Watonga, Oklahoma 73772

DATED: Honolulu, Hawaii, December __15__, 2005.

_____
Monte Boyd
Paralegal