ORIGINAL

KEITH SHIGETOMI # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 596-0880

MARK BARRETT # 557
P.O. BOX 896
Norman, Oklahoma 73070
Telephone: (405)364-8367

Attorneys for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Petitioner,<br><br>vs.<br><br>RICHARD BISSEN, Acting Director, STATE OF HAWAI'I DEPARTMENT OF PUBLIC SAFETY,<br><br>    Respondent. | CIV. NO. 04-00743 DAE-LEK<br>(Habeas Corpus Proceeding)<br><br>TARYN CHRISTIAN'S FIRST MOTION FOR LEAVE TO CONDUCT DISCOVERY; TARYN CHRISTIAN'S FIRST MOTION TO PRODUCE EVIDENCE FOR INSPECTION AND TESTING; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS "A"-"C"; DECLARATION OF LOCAL COUNSEL; NOTICE OF MOTION and CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: _____ |

**PETITIONER TARYN CHRISTIAN'S FIRST MOTION**

**FOR LEAVE TO CONDUCT DISCOVERY**

The Honorable Honorable Leslie E. Kobayashi, Magistrate Judge presiding.

NOW COMES, the Petitioner, Taryn Christian ("Petitioner"), by and through his undersigned counsels, pursuant to Rule 6 of the Rules Governing Section 2254; Rules 26 and 34 of the Federal Rules of Civil Procedure, requests an Order of this Court authorizing leave to conduct discovery of various materials and an Order directing the Prosecuting Attorney to produce evidence for inspection and testing in the above-entitled matter.

This motion is made pursuant to Rule 6 of the Rules Governing Section 2254 ; Rules 26 and 34 of the Federal Rules of Civil Procedure and is based upon the Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Declaration of Counsel, the records and files of the instant case and such further evidence and argument as may be presented at a hearing on this Motion.

DATED: Honolulu, Hawaii, _____4/19/06_____, 2006.

_____
KEITH SHIGETOMI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, <br><br> Petitioner, <br><br> vs. <br><br> RICHARD BISSEN, Acting Director, STATE OF HAWAI'I DEPARTMENT OF PUBLIC SAFETY, <br><br> Respondent. | ) CIV. NO. 04-00743 DAE-LEK <br> ) (Habeas Corpus Proceeding) <br> ) <br> ) TARYN CHRISTIAN'S FIRST <br> ) MOTION TO PRODUCE FOR <br> ) INSPECTION AND TESTING <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**TARYN CHRISTIAN'S FIRST REQUEST TO PRODUCE EVIDENCE
FOR INSPECTION AND TESTING**

COMES NOW TARYN CHRISTIAN, Petitioner, by and through his counsels, Mark Barrett and Keith Shigetomi and hereby moves for an Order directing the Prosecuting Attorney to produce evidence for inspection and testing in the above-entitled matter.

This Motion is made pursuant to Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts; Rules 26 and 34 of the Federal Rules of Civil Procedure and is based upon the Fifth, Sixth and Fourteenth Amendments to the United States Constitution,

Declaration of Counsel, the records and files of the instant case and such further evidence and argument as may be presented at a hearing on this Motion.

DATED: Honolulu, Hawaii, ___4/19/06___, 2006.

KEITH SHIGETOMI
ATTORNEY AT LAW