IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | (Habeas Corpus Proceeding) |
| Petitioner, ) | |
| ) | DECLARATION OF LOCAL |
| vs. ) | COUNSEL |
| ) | |
| RICHARD BISSEN, Acting ) | |
| Director, STATE OF ) | |
| HAWAI'I DEPARTMENT OF ) | |
| PUBLIC SAFETY, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |
| _____ ) | |

DECLARATION OF LOCAL COUNSEL

KEITH SHIGETOMI, declares and says the following:

1. Declarant is local counsel representing Petitioner Taryn Christian in the above-entitled matter;

2. Declarant has spoken with Mark H. Barrett, Esq, and is informed and of the belief:

    a. Petitioner has filed a Habeas Corpus Petition under 28 U.S.C. § 2254;

    b. Among Petitioner's claims is that he did not receive a fair trial due to a variety of reasons;

c. Petitioner requests that the prosecution produce for inspection and testing items of physical evidence;

d. Habeas Corpus Rule 6(a) allows parties to engage in discovery in the discretion of the court "for good cause shown."

e. Petitioner further requests all reports, memoranda, photographs, computer files, bench notes, raw data and other records of any type regarding prior DNA testing, blood testing, or any other examination, review and/or analysis of biological evidence in this case;

3. Attached hereto as Exhibit "A" is a true and correct copy of Petitioner Taryn Christian's First Request For Admissions To Davelynn Tengan;

4. Attached hereto as Exhibit "B" is a true and accurate copy of Petitioner Taryn Christian's First Request For Admissions To Dennis Jung;

5. Attached hereto as Exhibit "C" is a true and accurate copy of Petitioner Taryn Christian's First Request For Admissions To Anthony Rankin;

Petitioner requests that Davelynn Tengan, Dennis Jung and Anthony Rankin be required to respond to the Admissions attached hereto as described in paragraphs 3, 4 and 5.

6. This Honorable Court should grant this Motion;

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed on  4/19/06  , 2006.

_____
KEITH SHIGETOMI
ATTORNEY AT LAW