IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Petitioner,<br><br>  vs.<br><br>RICHARD BISSEN, Acting Director, STATE OF HAWAI'I DEPARTMENT OF PUBLIC SAFETY,<br><br>    Respondent. | ) CIV. NO. 04-00743 DAE-LEK<br>)<br>) NOTICE OF HEARING<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF HEARING

TO: DEPARTMENT OF THE PROSECUTING ATTORNEY
    County of Maui
    150 South High Street
    Wailuku, Hawai'i 96793

PLEASE TAKE NOTICE that the foregoing Motions will be heard by the Honorable Leslie E. Kobayashi in her courtroom C-353, In The United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawai'i on _____ the ____ Day of _____, 2006 at the hour of _____ O'clock ___ .m. or assoon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____4/19/06_____ 2006.

_____
KEITH SHIGETOMI
ATTORNEY AT LAW