## CERTIFICATE OF SERVICE

I, Monte Boyd, Paralegal, certify that a copy of the foregoing document will be served upon the following parties by:

[ ] Personal service

[X] Mailing postage prepaid

[ ] Placing in court jacket of party

Parties:

Department of the Prosecuting Attorney
County of Maui
150 South High Street
Wailuku, Hawaii 96793

DATED: Honolulu, Hawai'i, ____4/19/06____ 2006.

KEITH SHIGETOMI
ATTORNEY AT LAW