IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF PETER A. |
| vs. ) | HANANO REGARDING |
| ) | APPENDICES "A" AND "B" |
| RICHARD BISSEN, Acting ) | |
| Director, STATE OF HAWAI'I, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Respondents. ) | |
| ) | |

AFFIDAVIT OF PETER A. HANANO
REGARDING APPENDICES "A" AND "B"

STATE OF HAWAII   )
                  ) SS.
COUNTY OF MAUI    )

   PETER A. HANANO, first being duly sworn, on oath deposes and says:

   1. That Affiant was admitted in 1997 to practice before the United States District Court for the District of Hawaii;

   2. That Affiant is a Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and is assigned to answer or otherwise respond on behalf of

JAMES PROPOTNICK, in his present capacity as Acting Director, State of Hawai'i, Department of Public Safety ("Respondent"), to the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody ("Petition") filed on December 22, 2004, by Petitioner TARYN CHRISTIAN ("Petitioner");

      3.  Appendices "A" and "B", attached to Respondents' Memorandum In Opposition To Petitioner Taryn Christian's First Motion For Leave To Conduct Discovery, filed on April 19, 2006 ("Motion"), are filed herewith;

      4.  That on information and belief, based on Affiant's review of the relevant case files, associated documents, and court transcripts of Cr. No. 95-0389(1) and S.P.P. No. 00-1-0002, the factual statements as related in the attached Memorandum in Opposition particularly in the "STATEMENT OF RELEVANT FACTS" section, are true and correct to the best of Affiant's knowledge and belief;

      5.  That Appendices "A" and "B" of the Respondents' Memorandum in Opposition are filed herewith under separate covers as follows:

      a.  Appendix "A", being true and correct copies of the discovery related correspondence in Cr. No. 95-0389(1) between Petitioner's former attorney, Rodney Jung, Esq. and Deputy Prosecuting Attorney, Davelynn Tengan, consisting of sixty (60) pages;

      b.  Appendix "B", being true and correct copies of the discovery related correspondence in Cr. No. 95-0389(1) between Petitioner's former attorney, Anthony Ranken, Esq. and Deputy Prosecuting Attorney, Davelynn Tengan, consisting of sixty-three (63) pages;

      c.  That in Appendix "A", for the convenience of the court and to facilitate reference to each page, Affiant has sequentially numbered all pages in the bottom left-hand corner of each page beginning from "1" through "60";

      d.  That in Appendix "B", for the convenience of the court and to facilitate reference to each page, Affiant has sequentially numbered all pages in the bottom left-hand corner of each page beginning from "1" through "63"; and

      That further Affiant sayeth naught.

                                        /s/ Peter A. Hanano
                                        PETER A. HANANO

Subscribed and sworn to before me
this 4th day of May, 2006.

   /s/ Linda H. Tengan
     Linda H. Tengan
Notary Public, State of Hawaii
My commission expires:  May 17, 2008