# APPENDIX "A"

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

April 9, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

    Re:  State of Hawaii v. Taryn Christian
         Criminal No. 95-0389(1)

Dear Mr. Jung:

    Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following discovery in the above-referenced matter:

    1.   The names and last known addresses of persons whom the prosecution intends to call as witnesses, in the presentation of the evidence in chief, together with their relevant written or recorded statements:

        A.   Witnesses:

            1)   Detective Antonio Funes
                 Maui Police Department
                 Tel. No.  244-6425

            2)   Officer Clyde Holokai
                 Maui Police Department
                 Tel. No. 244-6340

            3)   Officer Martin Lake
                 Maui Police Department
                 Tel. No. 244-6340

1

Printed on recycled paper

Dennis W. Jung, Esq.
Page Two
April 9, 1996


     4)   Officer Richard Su'apaia
         Maui Police Department
         Tel. No.  244-6340

     5)   Serena Seidel
         c/o Dept. of the Prosecuting Attorney
         Wailuku, Hawaii
         Tel. No. 243-7777

     6)   Annie Leong
         208 Noe Street
         Kihei, Hawaii
         Tel. No. 879-5007
            or
         c/o Gas Express
         Kihei, Hawaii
         Tel. No. 879-4947

     7)   John Salcedo
         15 Kulanihakoi Street, #1A
         Kihei, Hawaii

     8)   Jade Kalalau
         851 S. Kihei Road, E-106
         Kihei, Hawaii
         Tel. No. 874-7506

     9)   Samonte Escritor
         851 S. Kihei Road
         Kihei, Hawaii
         Tel. No. 875-0797

    10)   Steven Warwock
         851 S. Kihei Road
         Kihei, Hawaii
         Tel. No.  879-4133

Dennis W. Jung, Esq.
Page Three
April 9, 1996

    11)   Detective Brian Kaya
            Maui Police Department
            Tel. No. 244-6425

    12)   Officer Garret Benito
            Maui Police Department
            Tel. No. 244-6340

    13)   Officer Loren Natividad
            Maui Police Department
            Tel. No. 244-6340

    14)   Detective Sara Cluney
            Maui Police Department
            Tel. No. 244-6425

    15)   Lieutenant Cal Shinyama
            Maui Police Department
            Tel. No. 244-6355

    16)   Detective Ronald Hiyakumoto
            Maui Police Department
            Tel. No. 244-6425

    17)   Detective Timothy Gapero
            Maui Police Department
            Tel. No. 244-6425

    18)   Detective David Medeiros
            Maui Police Department
            Tel. No. 244-6425

    19)   Detective Waldo Fujii
            Maui Police Department
            Tel. No. 244-6425

    20)   Lieutenant Wayne Ribao
            Maui Police Department
            Tel. No. 244-6425

Dennis W. Jung, Esq.
Page Four
April 9, 1996

21)  Wayland Kunitake
     Evidence & ID Technician
     Maui Police Department
     Tel. No. 244-6355

22)  Officer Ricky Uedoi
     Maui Police Department
     Tel. No. 244-6430

23)  Bert Freeland
     Maui Memorial Hospital
     Wailuku, Hawaii
     Tel. No. 244-9056

24)  Dr. Anthony Manoukian
     Clinical Laboratories
     Maui Memorial Hospital
     Tel. No. 242-2064

25)  Majorie Tateyama
     Maui Memorial Hospital
     Housekeeping
     Wailuku, Hawaii
     Tel. No. 242-2142

26)  Pat Enriques
     Maui Memorial Hospital
     Laundry Room
     Tel. No. 242-2274

27)  Joaquien "Jack" Freitas
     Kihei Safe and Locksmith
     Kihei, Hawaii
     Tel. No. 877-2850

28)  Rob Perry
     15 Kulanihakoi Street
     Wailuku, Hawaii
     Tel. No. 879-5516

Dennis W. Jung, Esq.
Page Five
April 9, 1996

29)  Tasha Santana
     15 Kulanihakoi Street, Apt. 20A
     Kihei, Hawaii
     Tel. No. 875-6371

30)  Luann K. Kaholokula
     670 Waiale Drive, Bldg. 6-203
     Wailuku, Hawaii
     Tel. No. 243-9076

31)  Dr. Mark Haddad
     Maui Memorial Hospital
     Emergency Room
     Tel. No. 242-2343

32)  Dr. Leonard Sakai
     Maui Memorial Hospital
     Emergency Room
     Tel. No. 242-2343

33)  Family of Vilmar Cabaccang
     6 Hakoi Street
     Kihei, Hawaii

34)  Lisa Kimmey, (minor)
     157 Mano Drive
     Kula, Hawaii
     Tel. No. 878-2195

35)  Carla Kimmey
     157 Kula Drive
     Kula, Hawaii
     Tel. No. 878-2195

36)  Heather Romero
     3366 Kekaha Drive
     Kihei, Hawaii
     Tel. No. 879-2411

Dennis W. Jung, Esq.
Page Six
April 9, 1996


     37)  Bruce Metz
           P.O. Box 2591
           Wailuku, Hawaii
           Tel. No. 874-5979

     38)  Harry Auweloa
           RR2 Box 75, Kula Hwy
           Kula, Hawaii
           Tel. No. 876-0643

     39)  Detective Hamilton Rodrigues
           Maui Police Department
           Tel. No. 244-6425

     40)  Helen E. Beatty
           RR2 Box 75, Kula Hwy
           Kula, Hawaii
           Tel. No. 876-0643

     41)  Michael A. Pszyk, Jr.
           RR1 Box 496, Upper Kimo Drive
           Kula, Hawaii
           Tel. No. 878-1001

     42)  James "Hina" Alo Burkhart
           c/o MCCC
           600 Waiale Drive
           Wailuku, Hawaii
           Tel. No.  243-5101

     43)  Betty Teruya
           472 Kaiola Place
           Kihei, Hawaii
           Tel. No. 875-1306

     44)  James Paet
           298 Akaiku Street
           Kihei, Hawaii
           Tel. No. 874-6099

Dennis W. Jung, Esq.
Page Seven
April 9, 1996

45) Detective Charles Rojas
Maui Police Department
Tel. No. 244-6425

46) Stephen Tamaye
c/o Ace Auto Glass, Inc.
153 Alamaha Street
Kahului, Hawaii
Tel. No. 871-7921

47) Phillip W. Schmidt
15 Kulanihakoi Street, #18-C
Kihei, Hawaii
Tel. No. 879-4941

48) Warren Brown
Kula, Hawaii

49) Nancy M. Vendrell
158 Mano Drive
Kula, Hawaii

or

Century 21 Realty Company
395H Dairy Road
Kahului, Hawaii

50) Joann Furuya
Criminalist
Honolulu Police Department
801 S. Beretania Street
Honolulu, Hawaii 96813

51) Lieutenant Wayne Ribao
Maui Police Department
Wailuku, Hawaii

7

Dennis W. Jung, Esq.
Page Eight
April 9, 1996

52)    Brooke VonTempsky (minor)
46 Ting's Place
Wailuku, Hawaii

53)    Detective Hervina Santos
Maui Police Department
Wailuku, Hawaii

54)    Officer Richard Suapaia
Maui Police Department
Wailuku, Hawaii

55)    Officer Guy Souza
Maui Police Department
Wailuku, Hawaii

56)    Any other person whose name appears in any of
the reports listed below.

57)    Any person whom the Defendant intends to call
as a witness at trial.

B.    Relevant Written or Recorded Statements:    The
police reports and reports of experts, which were
prepared in connection with the above-referenced
matter, include the following:

1)    Maui County Police Department OBTS/CCH
Transmittal/Arrest Report for Report No.
95-39250, by Detective Antonio Funes, dated
8/17/95, consisting of 1 page;

2)    Hawaii OBTS/CCH Criminal History Summary for
Taryn Christian dated 9/8/95, consisting of
2 pages;

3)    Maui County Police Department OBTS/CCH
Transmittal/Arrest Report for Report
No. 95-47056, by Detective Antonio Funes,
dated 8/21/95, consisting of 1 page;

8

Dennis W. Jung, Esq.
Page Nine
April 9, 1996

4)   General Case/Incident Report for Report
     No. 95-39250, by Officer Clyde Holokai, dated
     7/14/95, consisting of 5 pages;

5)   General Case/Incident Report for Report
     No. 95-47056, by Detective Antonio Funes,
     dated 8/21/95, consisting of 1 page;

6)   General Case/Incident Report for Report
     No. 95-47053, by Detective Antonio Funes,
     dated 8/21/95, consisting of 1 page;

7)   Maui County Police Department Dispatch Log,
     dated 7/14/95, consisting of 6 pages;

8)   Supplementary Report for Report No. 95-39250,
     by Officer Ricky Uedoi, dated 7/14/95,
     consisting of 2 pages;

9)   Supplementary Report for Report No. 95-39250,
     by Officer Clyde Holokai, dated 7/14/95,
     consisting of 4 pages;

10)  Supplementary Report for Report No. 95-39250,
     by Officer Martin A. Lake, dated 7/14/95,
     consisting of 1 page;

11)  Supplementary Report for Report No. 95-39250,
     by Officer Garret Benito, dated 7/14/95,
     consisting of 1 page;

12)  Supplementary Report for Report No. 95-39250,
     by Officer Robert L. Stuhr, dated 7/15/95,
     consisting of 1 page;

13)  Supplementary Report for Report No. 95-39250,
     by Officer Loren Natividad, dated 7/18/95,
     consisting of 1 page;

Dennis W. Jung, Esq.
Page Ten
April 9, 1996

14)  Supplementary Report for Report No. 95-39250,
     by Officer Clyde Holokai, dated 8/22/95,
     consisting of 1 page;

15)  Supplementary Report for Report No. 95-39250,
     by Detective Ronald Hiyakumoto, dated 8/9/95,
     consisting of 4 pages;

16)  Composite of Suspect (with short hair/no
     mustache) for Report No. 95-39250, undated,
     consisting of 1 page;

17)  Composite of Suspect (with long hair/
     mustache) for Report No. 95-39250, undated,
     consisting of 1 page;

18)  Synopsis of case, prepared by
     Detective Antonio Funes, dated 8/17/95,
     consisting of 1 page;

19)  Synopsis of Case for Report No. 95-39250, by
     Detective Antonio Funes, dated 7/14/95,
     consisting of 1 page;

20)  Supplementary Report for Report No. 95-39250,
     by Detective Milton Matsuoka, dated 7/17/95,
     consisting of 2 pages;

21)  Maui Police Department Internal Memorandum
     for Report No. 95-39250, by Detective Sara
     Cluney, dated 7/17/95, consisting of 4 pages;

22)  Photograph Log for Report No. 95-39250, by
     Lieutenant Cal Shinyama, dated 7/14/95,
     consisting of 1 page;

Dennis W. Jung, Esq.
Page Eleven
April 9, 1996

23)  Maui Police Department Request for Autopsy
     for Report No. 95-39250, by Detective Ronald
     Hiyakumoto, dated 7/14/95, consisting of
     1 page;

24)  Transcript of Statement Received from Lisa
     Kimmey, dated 8/17/95, consisting of
     13 pages;

25)  Transcript of telephone conversation between
     Lisa Kimmey and Defendant Taryn Christian,
     dated 8/17/95, consisting of 15 pages;

26)  Supplementary Report for Report No. 95-39250,
     by Detective Antonio Funes, dated 8/22/95,
     consisting of 2 pages;

27)  Evidence Record (car) for Report
     No. 95-39250, by Officer Martin Lake, dated
     7/14/95, consisting of 1 page;

28)  Evidence Record (video cassette) for Report
     No. 95-39250, by Det. Timothy Gapero, dated
     7/15/95, consisting of 1 page;

29)  Evidence Records (knife, key ring,
     screwdriver, knife sheath) for Report No.
     95-39250, by Detective Timothy Gapero, dated
     7/18/95, consisting of 4 pages;

30)  Evidence Record (baseball cap) for Report No.
     95-39250, by Detective Timothy Gapero, dated
     7/28/95, consisting of 1 page;

31)  Evidence Record (stitches) for Report No.
     95-39250, by Detective Timothy Gapero, dated
     7/18/95, consisting of 1 page;

Dennis W. Jung, Esq.
Page Twelve
April 9, 1996

32)    Evidence Record (baseball cap) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/14/95, consisting of 1 page;

33)    Evidence Record (shorts) for Report No.
       95-39250, by Officer Garret Benito, dated
       7/14/95, consisting of 1 page;

34)    Evidence Record (shorts) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 1 page;

35)    Evidence Record (bikini top) for Report No.
       95-39250, by Officer Garret Benito, dated
       7/14/95, consisting of 1 page;

36)    Evidence Record (bikini top) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 1 page;

37)    Property Receipt (blanket) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/24/95, consisting of 2 pages;

38)    Evidence Record (jacket) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 1 page;

39)    Evidence Record (blanket) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/24/95, consisting of 1 page;

40)    Evidence Record (cotton swabs) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/18/95, consisting of 2 pages;

41)    Evidence Record (container, hair) for Report
       No. 95-39250, by Detective Timothy Gapero,
       dated 7/28/95, consisting of 3 pages;

Dennis W. Jung, Esq.
Page Thirteen
April 9, 1996

42) Evidence Record (packet) for Report No. 95-39250, by Detective Timothy Gapero, dated 8/8/95, consisting of 2 pages;

43) Evidence Record (driver's license, pants) for Report No. 95-39250, by Detective Timothy Gapero, dated 8/21/95, consisting of 2 pages;

44) Evidence Record (print cards) for Report No. 95-39250, by Detective Timothy Gapero, dated 7/18/95, consisting of 1 page;

45) Evidence Record (containers) for Report No. 95-39250, by Detective Timothy Gapero, dated 7/18/95, consisting of 1 page;

46) Evidence Record (cassette) for Report No. 95-39250, by Detective Antonio Funes, dated 8/17/95, consisting of 1 page;

47) Evidence Record (lineup) for Report No. 95-39250, by Detective Antonio Funes, dated 8/22/95, consisting of 1 page;

48) Photocopy of Photo Display Folder, M.P.D. Form No. 2067, undated, consisting of 1 page;

49) Photocopy of Stainless Steel Blade with Forked Point, undated, consisting of 1 page;

50) Drawing for Report No. 95-39250, undated, consisting of 1 page;

51) Photocopies of autopsy photographs, undated, consisting of 2 pages;

52) MPD Acknowledgement of Bail Bond Being Set, for Report Nos. 95-47056 and 95-47053, dated 8/21/95, consisting of 1 page;

Dennis W. Jung, Esq.
Page Fourteen
April 9, 1996

53)   Supplementary report for Report No. 95-39250,
      by Detective Timothy Gapero, dated 8/23/95,
      consisting of 12 pages;

54)   MPD Fingerprint/Photographic Services
      Request, by Detective Timothy Gapero, dated
      7/18/95, consisting of 1 page;

55)   Evidence Record (packet) for Report No.
      95-39250, prepared by Detective Timothy
      Gapero, dated 8/21/95, consisting of 1 page;

56)   Supplementary Report for Report No. 95-39250,
      by Detective Timothy K. Gapero, dated
      8/22/95, consisting of 1 page;

57)   Supplementary Report for Report No. 95-39250,
      by Detective Timothy Gapero, dated 8/22/95,
      consisting of 12 pages;

58)   Supplementary Report for Report No. 95-39250,
      by Detective Timothy Gapero, dated 8/22/95,
      consisting of 5 pages;

59)   Supplemental Report for Report No. 95-39250,
      prepared by Detective Antonio Funes, dated
      9/18/95, consisting of 25 pages;

60)   Supplemental Report for Report No. 95-39250,
      prepared by Detective Brian Kaya, dated
      8/22/95, consisting of 37 pages;

61)   Autopsy Report for Report No. 95-39250,
      prepared by Dr. Anthony Manoukian, consisting
      of 9 pages;

62)   Laboratory Report, for Report No. 95-39250,
      prepared by Randall C. Baselt, consisting of
      2 pages;

Dennis W. Jung, Esq.
Page Fifteen
April 9, 1996

63)    Coroner's Request for Report No. 95-39250,
       prepared by Detective Ronald Hiyakumoto,
       dated 8/28/95, consisting of 1 page;

64)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Detective Timothy Gapero, dated 8/17/95,
       consisting of 1 page;

65)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Officer Martin Lake, dated 7/18/95,
       consisting of 1 page;

66)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Detective David Medeiros, dated 8/21/95,
       consisting of 5 pages;

67)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Officer Clyde Holokai, dated 7/14/95,
       consisting of 1 page;

68)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Officer Todd Schwartz, dated 8/17/95,
       consisting of 1 page;

69)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Detective Antonio Funes, dated 8/17/95,
       consisting of 1 page;

70)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Lieutenant Wayne Ribao, dated 9/5/95,
       consisting of 1 page;

Dennis W. Jung, Esq.
Page Sixteen
April 9, 1996

71)    MPD Inter-Departmental Memo, prepared by
       Sergeant John McKeral, dated 7/24/95,
       consisting of 2 pages;

72)    Supplemental Report for Report No. 95-39250,
       prepared by Detective David Medeiros, dated
       8/23/95, consisting of 2 pages;

73)    Supplemental Report for Report No. 95-39250,
       prepared by Officer Garret Benito, dated
       7/14/95, consisting of 1 page;

74)    Supplemental Report for Report No. 95-39250,
       prepared by Officer Clyde Holokai, dated
       7/14/95, consisting of 4 pages;

75)    Supplemental Report for Report No. 95-39250,
       prepared by Detective Jody Murata, dated
       7/18/95, consisting of 10 pages;

76)    Photo Identification Report for Report No.
       95-39250, dated 7/14/95, consisting of
       1 page;

77)    Description Workbook for Report No. 95-39250,
       dated 7/14/95, consisting of 10 pages;

78)    Maui News newspaper clipping, dated 7/16/95,
       consisting of 1 page;

79)    Blueprint Sketch of Scene, prepared by
       Detective Waldo Fujie, dated 7/14/95,
       consisting of 2 pages;

80)    Interdepartmental Memo, prepared by
       Sergeant Rick Martinez, dated 8/17/95,
       consisting of 4 pages;

Dennis W. Jung, Esq.
Page Seventeen
April 9, 1996

81)   Supplemental Report for Report No. 95-39250,
      prepared by Detective Antonio Funes, dated
      7/18/95, consisting of 34 pages;

82)   Wound Charts for Report No. 95-39250,
      consisting of 4 pages, (back and front);

83)   Evidence Record (photograph) for Report No.
      95-39250, prepared by Detective Brian Kaya,
      dated 7/17/95, consisting of 1 page;

84)   Evidence Record (photo lineup) for Report No.
      95-39250, prepared by Detective Jody Murata,
      dated 7/18/95, consisting of 1 page;

85)   Evidence Record (photographs) for Report No.
      95-39250, by Detective Ronald Hiyakumoto,
      dated 7/19/95, consisting of 1 page;

86)   Evidence Record (video tape) for Report No.
      95-39250, by Detective Ronald Hiyakumoto,
      undated, consisting of 1 page;

87)   Evidence Record (earrings) for Report No.
      95-39250, by Detective Ronald Hiyakumoto,
      dated 7/19/95, consisting of 1 page;

88)   Evidence Record (fingernail scrappings) for
      Report No. 95-39250, by Detective Ronald
      Hiyakumoto, dated 7/19/95, consisting of
      1 page;

89)   Evidence Record (photographic lineup) for
      Report No. 95-39250, by Detective Ronald
      Hiyakumoto, dated 7/31/95, consisting of
      1 page;

Dennis W. Jung, Esq.
Page Eighteen
April 9, 1996

90)    Evidence Record with complete chain of
       custody for Report No. 95-39250, prepared by
       Detective Timothy Gapero, dated 10/2/95,
       consisting of 1 page;

91)    Affidavit for Search Warrant (95-103,
       95-104), file marked on 8/21/95, consisting
       of 6 pages;

92)    Search Warrant 95-103, file marked on
       8/21/95, consisting of 3 pages;

93)    Search Warrant 95-104, file marked on
       8/21/95, consisting of 2 pages;

94)    Return and Affidavit for SW95-103, file
       marked on 8/21/95, consisting of 3 pages;

95)    Return and Affidavit for SW95-104, file
       marked on 8/21/95, consisting of 3 pages;

96)    One set of 35 mm photographs for Report No.
       95-39250, consisting of 145 photos;

97)    Two sets of polaroid photos for Report No.
       95-39250, consisting of 32 photos;

98)    Copy of 911 tape for Report No. 95-39250,
       (one XL II 60-minute tape);

99)    Copy of taped conversation between Defendant
       and girlfriend for Report No. 95-39250, (one
       XL II 60-minute tape);

100)   T-120 videotape of Gas Express for Report
       No. 95-39250, consisting of 1 videotape;

101)   T-120 videotape of autopsy for Report
       No. 95-39250, consisting of 1 videotape;

Dennis W. Jung, Esq.
Page Nineteen
April 9, 1996


102)   T-120 videotape of wake service for Report
       No. 95-39250, consisting of 1 videotape;

103)   T-120 videotape of crime scene for Report No.
       95-39250, consisting of 1 videotape;

104)   Supplemental Report for Report No. 95-39250,
       prepared by Detective Antonio Funes, dated
       10/10/95, consisting of 2 pages;

105)   Supplemental Report for Report No. 95-39250,
       prepared by Detective Hamilton Rodrigues,
       dated 10/10/95, consisting of 1 page;

106)   Sketch of scene for Report No. 95-39250
       prepared by Detective Waldo Fujie, dated
       7/17/95, consisting of 1 page;

107)   T-120 videotape of interview of Todd
       Nishihara on 10/4/95, and Paul Richardson,
       and David Auld on 10/5/95, for Report No.
       95-39250, consisting of 1 videotape.

108)   Supplemental Report for Report
       No. 95-39250 by Darna Miguel, AFIS
       Clerk, dated 10/27/95, consisting of
       1 page;

109)   Police Report No. 95-39250, Supplemental
       Report by Detective Waldo Fujie dated
       January 3, 1995, consisting of 1 page;

110)   Police Report No. 95-38250, Supplemental
       Report by Lieutenant Wayne Ribao dated
       September 7, 1995, consisting of 2 pages;

111)   Police Report No. 95-38250, Evidence Record
       by Lieutenant Wayne Ribao dated September 5,
       1995, consisting of 1 page.

Dennis W. Jung, Esq.
Page Twenty
April 9, 1996

112)  Videotape interview of James Hina Burkhart in Cr. No. 95-0389(1).

113)  Copy of Letter to Michael S. Nakamura from Howard T. Tagomori dated February 22, 1996, consisting of 2 pages;

114)  Police Report No. 95-39250, Honolulu Police Department, Work Request by Joanne Furuya dated February 20, 1996, consisting of 3 pages;

115)  Police Report No. 95-39250, Honolulu Police Department, Work Request by Joanne Furuya dated February 20, 1996, consisting of 2 pages;

116)  Police Report No. 95-39250, Honolulu Police Department, Work Request by Joanne Furuya dated February 20, 1996, consisting of 2 pages;

117)  Police Report Number 95-39250, Supplemental Report by Lieutenant Wayne Ribao dated March 3, 1996, consisting of 6 pages;

118)  Police Report Number 95-39250, Evidnece Record by Detective David Medeiros dated August 21, 1995, consisting of 1 page;

119)  Police Report Number 95-39250, Evidence Record by Detective Brian Kaya dated August 17, 1995, consisting of 1 page;

120)  Police Report Number 95-39250, Evidence Record by Detective Antonio Funes dated February 8, 1996, consisting of 1 page;

121)  Police Report Number 95-39250, Evidence Record by Lieutenant Wayne Ribao dated February 21, 1996, consisting of 1 page;

Dennis W. Jung, Esq.
Page Twenty-one
April 9, 1996

122)    Sketch by Brooke Von Tempsky dated
        February 21, 1996, consisting of 1 page;

123)    Police Report Number 95-39250, Evidence
        Record by Lieutenant Wayne Ribao dated
        February 23, 1996, consisting of 1 page;

124)    Sketch by Lawrence R. Kimmey dated
        February 23, 1996, consisting of 1 page;

125)    Police Report Number 95-39250, Evidence
        Record by Detective Hervina Santos dated
        February 29, 1996, consisting of 1 page;

126)    Police Report Number 95-39250, Maui County
        Police Department, Warning & Waiver for James
        H. Burkhart dated February 28, 1996,
        consisting of 1 page;

127)    Police Report Number 95-39250, Statement
        Received from James Hina Burkhart by
        Detective Hervina Santos dated February 28,
        1996, consisting of 10 pages;

128)    Police Report Number 95-39250, Supplemental
        Report by Officer Richard Su'apaia dated
        February 27, 1996, consisting of 3 pages;

129)    Police Report Number 95-39250, Supplemental
        Report by Officer Guy Souza dated
        February 27, 1996, consisting of 1 page;

130)    Police Report No. 95-47016, Supplemental
        Report by Detective Jody Murata dated
        September 29, 1995, consisting of 10 pages.

131)    Letter to Judge John E. McConnell from
        Lori Smith dated March 2, 1996,
        consisting of 15 pages.

    The above reports pages 1-385 have been forwarded to
Benjamin B. Cassiday, III, pages 386-400 are enclosed at
$.25 a page.

Dennis W. Jung, Esq.
Page Twenty-two
April 9, 1996

      2.   Written or recorded statements and the substance of any oral statements made by the Defendant together with the names and last known addresses of persons who witnessed the making of such statements:

          A.   This information is contained within the reports described above.

      3.   Any reports or statements of experts, which were made in connection with the above-referenced matter or which the prosecutor intends to introduce:

          A.   At the present time, we do not have any reports other than those listed above.

      4.   Any books, papers, documents, or tangible objects which the prosecution intends to introduce, or which were obtained from or which belong to the Defendant:

          A.   These items include the following:

          1)   All books, papers, documents, photographs, and tangible objects mentioned in the above-described police and experts reports may be introduced at trial. In addition, photographs and diagrams of locations described in the aforementioned material may also be introduced at trial.

The above items are available for inspection in our office.

      5.   Prior criminal record of the Defendant:

          A.   The Defendant's Criminal History Summary may be reviewed and/or copied at our office.

      6.   Exculpatory Material:

          A.   Our knowledge of the facts relating to the above-referenced matter extends only to the reports described above. If you have any indication of the existence of any exculpatory material beyond that which you might discover in the above-

Dennis W. Jung, Esq.
Page Twenty-three
April 9, 1996

                 described reports, please advise our office of
same so that we can make appropriate checks for
this material.

7.    Electronic Surveillance:

    A.    To my knowledge there has been no electronic
surveillance conducted with respect to the above-
referenced matter.

Additionally, as mentioned above, the above-described
reports may be reviewed and/or copied at our office. **We
understand that you may have received discovery from Benjamin B.
Cassiday, III, Esq.  Therefore, please call this office if you
have not received discovery and wish the State to provide you
with another copy of documents at $.25 a page and things
produced.**

As a courtesy, please contact our office to arrange a
mutually convenient time for the review and/or copying of
discovery material.  This will insure that you or members of your
staff will not make unnecessary trips to our office.
Discoverable material may be copied at our office by utilizing a
coin-operated copier which is located in our office.
Discoverable material may not be removed from our office.

I believe that the above complies with the State of Hawaii's
obligation under Rule 16 of the Hawaii Rules of Penal Procedure.
If you do not agree, please advise me of such in writing.

Thank you for your cooperation in this matter.

                 Very truly yours,

                 DAVELYNN M. TENGAN
                 Deputy Prosecuting Attorney

DMT:ayn

cc:  Second Circuit Court File
      Criminal No. 95-0389(1)

23

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

April 11, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

     Re:  State of Hawaii v. Taryn Christian
          Criminal No. 95-0389(1)

Dear Mr. Jung:

    Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure,
the State of Hawaii hereby provides the above-named Defendant
with the following additional discovery in the above-referenced
matter:

    1)    Memo to Lt. Wayne Ribao from Det. Waldo Fujie dated
         April 6, 1996, consisting of 1 page;

    2)    Thirty-seven (37) photographs (bill for photographs is
         enclosed).

    The above report page 401 is enclosed at $.25 a page.  A
bill will be sent to you.  The bill for the photographs is
enclosed.

    Thank you for your cooperation in this matter.

                  Very truly yours,

                  DAVELYNN M. TENGAN
                  Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

24

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

April 12, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

        Re:  State of Hawaii v. Taryn Christian
             Criminal No. 95-0389(1)

Dear Mr. Jung:

     Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure,
the State of Hawaii hereby provides the above-named Defendant
with the following additional discovery in the above-referenced
matter:

    1)   Ambulance Report Form for Vilmar Cabacang dated
         January 14, 1995, consisting of 2 pages.

     The above report (pages 402-403) is enclosed at $.25 a page.
A bill will be sent to you.

     Thank you for your cooperation in this matter.

                          Very truly yours,

                          DAVELYNN M. TENGAN
                          Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

25

DᴵᴬA

## DENNIS W. JUNG
### Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800

April 12, 1996

DAVELYNN M. TENGAN, ESQ.
Department of the Prosecuting Attorney
County of Maui
150 South High Street
Wailuku, Maui, Hawaii  96793

Re: State v. Taryn Christian, Criminal No. 95-0389(1)

Dear Ms. Tengan:

I do not believe that I have obtained the complete discovery which you have provided to my successors.  May I make arrangements for my investigator, Robert Vickers, Bethel Investigation to come to your office, and make photocopies of those items which I presently do not have?

Thank you in advance for your help in this regard.

If you have any questions or comments, please do not hesitate to write or call.

Sincerely,

Dennis W. Jung

cc: client

PROCESSED/RECEIVED
'96 APR 15
COUNTY OF MAUI
WAILUKU, HI 96793

26

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800

April 15, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
55 Mahalani Street
Wailuku, Maui, Hawaii  96793

Re: letter dated April 11, 1996

Dear Ms. Tengan:

      Enclosed, please find my check for the sum of $7.85 for the one page photocopy and the 37 photos.  The photos were not enclosed.  I trust that you will have your office forward the photos to me.  Thank you very much.

      If you have any questions or comments, please do not hesitate to write or call.

Sincerely,

Dennis W. Jung

cc: client

PROS─ RECEIVED ─FFICE
'96 APR 18 A10 06
COUNTY OF MAUI
WAILUKU, HI 96793



Addendum 4-29
Photos received.
payment enclosed.



**DENNIS W. JUNG**
(808) 524-0800
547 HALEKAUWILA, SUITE 212
HONOLULU, HI 96813

59-101/1213
01536338

809

DATE  APRIL 16, 1996

PAY TO THE
ORDER OF    MAAI  DEPARTMENT OF THE PROSECUTING ATTORNEY  | $ 7.85

SEVEN & 85/100 ——————————————————  DOLLARS

**First Hawaiian Bank**
MAIN OFFICE
1132 BISHOP STREET
HONOLULU, HAWAII 96813

MEMO  Tanga Christian

⑆121301015⑆0809 01⑈536338⑈

28

STATEMENT

# MAUI COUNTY POLICE DEPARTMENT
### 55 Mahalani Street
### Wailuku, Maui, Hawaii 96793

Date **3-29-96**

Name    Dennis W. Jung
547 Hale Kauwila Street, Suite 212
Honolulu, HI 96813

Report No. **95-39250**

| DATE | ITEM | AMOUNT |
|---|---|---|
| 3-29-96 | Fee for copy of photos (37) | $ 7 60 |
| | Re-Taryn Christian<br>Criminal #95-0389 (1) | |

#1   15 pg   (4/9)
#2   1 pg   (4/11)
#3   2 pg   (4/12)
#4   2 pg   (4/16)
#5   1 pg   (4/29)
21 total

Please make check payable to:
Maui Police Department
Records Division

29

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

April 16, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

     Re:  State of Hawaii v. Taryn Christian
          Criminal No. 95-0389(1)

Dear Mr. Jung:

    Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

    1)    Police Report No. 95-39250, Supplemental Report by Sergeant Antonio Funes dated April 10, 1996, consisting of 2 pages.

    The above report (pages 404-405) is enclosed at $.25 a page. A bill will be sent to you.

    Thank you for your cooperation in this matter.

                Very truly yours,

                DAVELYNN M. TENGAN
                Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
      Criminal No. 95-0389(1)

Printed on recycled paper

LINDA CROCKETT LINGLE
Mayor

RICHARD T. BISSEN, Jr.
Prosecuting Attorney



# DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

April 26, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

    Re:  State of Hawaii v. Taryn Christian
         Criminal No. 95-0389(1)

Dear Mr. Jung:

    A copy of the notebook shown by Lieutenant Wayne Ribao's
evidence record dated September 5, 1995, is being provided to
you. As indicated, this is not the complete notebook which is in
evidence at the police station but only the portions I found of
interest. Upon suitable arrangement, you may review the actual
item at the police station.

    Thank you for your cooperation in this matter.

                Very truly yours,

                DAVELYNN M. TENGAN
                Deputy Prosecuting Attorney

DMT:ayn

Enclosure

31

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

April 29, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

     Re:  State of Hawaii v. Taryn Christian
           <u>Criminal No. 95-0389(1)</u>

Dear Mr. Jung:

    Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure,
the State of Hawaii hereby provides the above-named Defendant
with the following additional discovery in the above-referenced
matter:

    1)    Police Report No. 95-39250, Evidence Record (video
         cassette tape) by Detective Brian Kaya dated July 17,
         1995, consisting of 1 page.

    The above report (pages 406) is enclosed at $.25 a page.  A
bill will be sent to you.

    Thank you for your cooperation in this matter.

                   Very truly yours,

                   DAVELYNN M. TENGAN
                   Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

Printed on recycled paper

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 ▪ FAX (808) 243-7625

May 9, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

    Re:  State of Hawaii v. Taryn Christian
        Criminal No. 95-0389(1)

Dear Mr. Jung:

    Enclosed please find your check for the sum of $7.85 for one page of discovery and 37 photos.  I am also enclosing a copy of the statement from Maui County Police Department for the photos. Please pay Maui Police Department for the photos.

    We received your check No. 827 for the sum of $5.00 for payment for 20 pages of discovery.  One page was sent to you on April 29, 1996, after you mailed your check.  You will be billed later.

    Thank you for your cooperation in this matter.

        Very truly yours,

        DAVELYNN M. TENGAN
        Deputy Prosecuting Attorney

DMT:ayn

Enclosures

33

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

May 23, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

  Re: State of Hawaii v. Taryn Christian
    <u>Criminal No. 95-0389(1)</u>

Dear Mr. Jung:

  Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

  1. The names and last known addresses of persons whom the prosecution intends to call as witnesses, in the presentation of the evidence in chief, together with their relevant written or recorded statements:

    A. Witnesses:

      1) Serena Seidel
        P. O. Box 65
        Kapaau, Hawaii 96755

    B. Relevant Written or Recorded Statements:  The police reports and reports of experts, which were prepared in connection with the above-referenced matter, include the following:

      1) Copy of audio tape.

The above audio tape is enclosed with a bill.

34

Dennis W. Jung, Esq.
Page Two
May 23, 1996


      Thank you for your cooperation in this matter.

                   Very truly yours,

                   DAVELYNN M. TENGAN
                   Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

35

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

June 12, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

Re:  State of Hawaii v. Taryn Christian
     Criminal No. 95-0389(1)

Dear Mr. Jung:

Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

1)  Police Report No. 95-39250, Supplemental Report by Lieutenant Glenn Cuomo dated May 23, 1996, consisting of 1 page.

The above report (pages 407) is enclosed at $.25 a page.  A bill will be sent to you.

Thank you for your cooperation in this matter.

Very truly yours,

DAVELYNN M. TENGAN
Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

36

Printed on recycled paper

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

July 29, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii 96873

Re: State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Ms. Tengan:

I need your help to set up a date and time to see the evidence located at the HPD crime lab. Could you give me a call when you have a moment.

In addition, I am interested in obtaining a digital quality audiotape of the 911 calls made in reference to this case. Could you help me get a copy?

Enclosed is a copy of the proposed order. Thanks.

If you have any questions or comments, please do not hesitate to write or call me.

Sincerely,

Dennis W. Jung

cc: client

37

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

September 11, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii  96873

Re:  State v. Taryn Christian, Cr. 95-0389(1)

Dear Davelynn:

I am making discovery available to you.  I will bring it over with me to court on Wednesday, September 18, 1996. You will receive a complete set of all materials received by me from investigator Robert Vickers.  My obligation to provide discovery shall be a continuing one.

I will provide you with additional discovery as it becomes available to me.

I plan to provide to you almost everything that I have, and everything that would be remotely discoverable.  We are officers of the Court, and discovery should not be in issue between us.

If there any matters of discovery outstanding, like addresses for Lisa Kimi and Serena Siedel, please let me know what I can do to help.

If you have any questions or comments, please do not hesitate to write or call me.

Sincerely,

Dennis W. Jung

cc:  client
     Robert Vickers

38

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

October 17, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii  96873

Re:  State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Davelynn:

       I would appreciate a letter from your office which permits me to view the physical evidence being held by the Honolulu Police Department.  I am at that part of my inquiry and I really do need access to view the critical pieces of evidence.

       The pretrial motions deadline has passed, so you know that I will not be filling a motion to suppress.  I trust that no further motions to compel will be required.

       Thank you very much for your help in this case.

       If you have any questions or comments, please do not hesitate to write or call.

Sincerely,

Dennis W. Jung

cc:  client

39

LINDA CROCKETT LINGLE
Mayor

RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625
October 28, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

    Re:  State of Hawaii v. Taryn Christian
        Criminal No. 95-0389(1)

Dear Mr. Jung:

    Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

    1.  The names and last known addresses of persons whom the prosecution intends to call as witnesses, in the presentation of the evidence in chief, together with their relevant written or recorded statements:

        A.  Witnesses:

            1)  Jim Josey
                Honolulu Police Department
                801 S. Beretania Street
                Honolulu, Hawaii 96813

        B.  Relevant Written or Recorded Statements:  The police reports and reports of experts, which were prepared in connection with the above-referenced matter, include the following:

            1)  Police Report No. 95-39250, Honolulu Police Department Crime Lab Report by L. J. Josey dated October 1, 1996, consistingof 2 pages.

    The above report (pages 610-611) is enclosed at $.25 a page. A bill will be sent to you.

40

Dennis W. Jung, Esq.
Page Two
October 28, 1996


        Thank you for your cooperation in this matter.

                        Very truly yours,

                        DAVELYNN M. TENGAN
                        Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:   Second Circuit Court File
      Criminal No. 95-0389(1)

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, J
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

September 24, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

Re:  State of Hawaii v. Taryn Christian
     Criminal No. 95-0389(1)

Dear Mr. Jung:

Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

1.   The names and last known addresses of persons whom the prosecution intends to call as witnesses, in the presentation of the evidence in chief, together with their relevant written or recorded statements:

A.   Witnesses:

1)   Irene Manglaylan
     Nagasako Variety Market
     Lahaina, Hawaii

B.   Relevant Written or Recorded Statements:  The police reports and reports of experts, which were prepared in connection with the above-referenced matter, include the following:

1)   Investigative Services Report by John De Amicis dated July 29, 1996, consisting of 1 page;

2)   Police Report No. 95-39250, Report by Detective Timothy Gapero dated January 24, 1996, consisting of 1 page;

Dennis W. Jung, Esq.
Page Two
September 24, 1996

3) Police Report No. 95-39250, Report by Detective Timothy Gapero dated April 3, 1996, consisting of 2 pages;

4) Police Report No. 95-39250, Tape Recorded Telephont Interview by Detective Timothy Gapero dated February 26, 1996, consisting of 10 pages;

5) Police Report No. 95-39250, Telephone Interview by Detective Timothy Gapero dated February 27, 1996, consisting of 2 pages;

6) Police Report No. 95-39250, Report by Detective Timothy Gapero dated March 6, 1996, consisting of 2 pages;

7) Police Report No. 94-61600, General Case/ Incident Report by Officer John Rasmussen dated November 3, 1994, consisting of 1 page;

8) Police Report No. 94-61600, Property Stolen Report by Officer John Rasmussen dated December 2, 1994, consisting of 1 page;

9) Police Report No. 94-61600, Report by Officer John Rasmussen dated December 19, 1994, consisting of 3 pages;

10) Police Report No. 94-61627, General Case/ Incident Report by Officer John Rasmussen dated Novmeber 2, 1994, consisting of 1 page;

11) Police Report No. 95-39250, Report by Detective Timothy Gapero dated September 3, 1996, consisting of 4 pages;

12) Police Report No. 95-39250, Statement received from Tammy Lee Dooley and Darrel Macadangdang dated August 29, 1996, consisting of 29 pages;

43

Dennis W. Jung, Esq.
Page Three
September 24, 1996

13)  Police Report No. 95-36418, General Case/
     Incident Report by Officer Richard Suapaia
     dated June 30, 1995, consisting of 2 pages;

14)  Police Report No. 95-36418, Evidence Record
     by Officer Richard Suapaia dated June 30,
     1995, consisting of 1 page;

15)  Police Report No. 95-36418, Report by
     Officer Richard Suapaia dated July 5, 1995,
     consisting of 4 pages;

16)  Police Report No. 95-36418, Report by
     Detective Milton Matsuoka dated September 14,
     1995, consisting of 2 pages;

17)  Police Report No. 95-36418, CID Case Activity
     Log dated September 11-13, 1995, consisting
     of 1 page;

18)  Police Report No. 95-39250, Report by
     Detective Timothy Gapero dated March 28,
     1996, consisting of 4 pages;

19)  Police Report No. 95-39250, Report by
     Detective Timothy Gapero dated April 7, 1996,
     consisting of 3 pages;

20)  Police Report No. 95-39250, Report by
     Detective Timothy Gapero dated August 13,
     1996, consisting of 2 pages;

21)  Police Report No. 95-39250, Report by
     Detective Timothy Gapero dated July 3,
     1996, consisting of 1 page;

22)  Police Report No. 95-039250, Statement
     received from Patricia Mullins dated
     April 17, 1996, consisting of 18 pages;

Dennis W. Jung, Esq.
Page Four
September 24, 1996

23) Police Report No. 95-39250, Report by Detective Timothy Gapero dated July 3, 1996, consisting of 1 page;

24) Police Report No. 95-39250, Interview of Daniel Macdangdang by Detective Timothy Gapero dated July 2, 1996, consisting of 26 pages;

25) Police Report No. 95-39250, Report by Detective Timothy Gapero dated August 6, 1996, consisting of 2 pages;

26) Police Report No. 95-39250, Follow-up Investigation by Detective Timothy Gapero dated August 29, 1996, consisting of 11 pages;

27) Forensic Laboratory Examination Report by J. P. Foye dated June 12, 1996, consisting of 2 pages;

28) Maui County Police Department, Warning & Waiver for James Hina Burkhart dated July 24, 1995, consisting of 1 page;

29) Police Report No. 95-39250, Maui Police Department, Consent To Search by James Hina Burkhart dated July 24, 1995, consisting of 1 page;

30) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated February 28, 1996, consisting of 1 page;

31) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated April 18, 1996, consisting of 1 page;

Dennis W. Jung, Esq.
Page Five
September 24, 1996

32)    Police Report No. 95-39250, Evidence Record
       by Detective Timothy Gapero dated July 2,
       1996, consisting of 1 page;

33)    Police Report No. 95-39250, Evidence Record
       by Detective Timothy Gapero dated July 3,
       1996, consisting of 1 page;

34)    Police Report No. 92-39250, Property Receipt
       by Detective Timothy Gapero dated August 2,
       1996, consisting of 1 page;

35)    Police Report No. 95-39250, Property Receipt
       by Detective Timothy Gapero dated August 6,
       1996, consisting of 1 page;

36)    Police Report No. 95-39250, Evidence Record
       by Detective Timothy Gapero dated August 30,
       1996, consisting of 1 page;

37)    Police Report No. 95-39250, Evidence Record
       by Detective Timothy Gapero dated August 30,
       1996, consisting of 1 page;

38)    Police Report No. 95-39250, Evidence Record
       by Detective Timothy Gapero dated
       September 3, 1996, consisting of 1 page;

39)    Police Report No. 95-39250, Report by
       Detective David Medeiros dated September 6,
       1996, consisting of 3 pages;

40)    Police Report No. 95-39250, Evidence Record
       by Detective David Medeiros dated August 2,
       1996, consisting of 1 page;

41)    Police Report No. 95-39250, Maui Police
       Department Work Request by Detective David
       Medeiros dated September 6, 1996, consisting
       of 1 page;

Dennis W. Jung, Esq.
Page Six
September 24, 1996

42)  Police Report No. 95-39250, Report by
     Detective Timothy Gapero dated September 9,
     1996, consisting of 13 pages;

43)  Police Report No. 95-39250, Evidence Record
     by Detective Timothy Gapero dated September
     9, 1996, consisting of 1 page;

44)  Copy of Notebook consisting of 23 pages;

45)  Copy of Notebook consisting of 12 pages.

     The above report (pages 408-609) is enclosed at $.25 a page.
A bill will be sent to you for 182 pages.  (202 pages enclosed
but credit for 20 pages for discovery sent to us on July 29,
1996.)

     Thank you for your cooperation in this matter.

                         Very truly yours,

                         DAVELYNN M. TENGAN
                         Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

47

## DENNIS W. JUNG
### Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

November 3, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii 96873

Re: State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Davelyn:

  I wrote you a letter dated October 17, 1996. I asked for a letter to permit me to view the physical evidence held by the Honolulu Police Department. In particular, I am interested in the knife.

  I have yet to receive information from you as to how I may contact Lisa Kimi. I recommend that you ask for her family's help by arranging for a telephone call. I should think that you would want me to have this information right away. You should help me to protect your record from collateral attack. I need to speak to her to confirm that a motion to suppress is not warranted. I have no desire to file additional motions to compel or a motion for an order to show cause.

  Please note also that I have received additional items which may be discoverable. I need to take a second look, and make a determination. Let us try to resolve all final discovery issues as quickly as possible.

Sincerely,

Dennis W. Jung

P.S.: Are you still agreeable to settlement negotiations?
cc: client

48

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

November 4, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii 96873

Re: State v. Taryn Christian, Cr. No. 95-0389(1)
    additional discovery - statement by defendant

Dear Davelynn:

I have reviewed Rule 16 of the Hawaii Rules of Penal Procedure and have decided that my client's recent statement to investigator Bob Vickers is not discoverable. Normally, this issue would not even come up, as a normal statement requested by an attorney could arguably be deemed work-product and determined not to subject to disclosure pursuant to HRPP Rule 12(5)(5). However, this statement is not work-product. I had nothing to do with its creation.

I am only making you aware of this statement because I advised you that you had no need to file a motion to compel discovery. Since I had previously said that to you, I decided that it would be rather dishonest for me to just to pretend that I had no knowledge of my client's recent statement. (As an aside, I considered my belief that you were not entitled to an order to compel discovery under HRPP 16(d), but deemed this be a point of no consequence.)

I have run a check of the caselaw governing HRPP Rule 16(c), and have found no cases which covers this situation. I do not know, right now, whether Taryn Christian will be a witness in this case. I conclude that mandatory disclosure to be premature. If you are aware of any caselaw which compels me to turn over this statement to you, immediately, please inform me, and I will reconsider my decision whether to effectuate discovery pursuant to HRPP Rule 16(c)(i).

Sincerely,

Dennis W. Jung

cc: client (w/ copy of HRPP Rule 16)

49

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

### COUNTY OF MAUI
**WAILUKU, MAUI, HAWAII 96793**
**PHONE (808) 243-7777 • FAX (808) 243-7625**

November 7, 1996


Ms. Joanne Furuya
Honolulu Police Department
Crime Lab
801 S. Beretania Street
Honolulu, Hawaii  96813

       Re:  State v. Taryn Christian
            Cr. No. 95-0389(1)
            MPD Report. No. 95-39250
            HPD Report. No. 95-418179
            <u>Victim:  Vilmar Cabaccang</u>

Dear Ms. Furuya:

     This will confirm our conversation of November 6, 1966,
regarding the request of Dennis Jung, Esq., attorney for the
defense, to view the double-edged knife which is in the custody
of the crime lab pending completion of testing of all items of
evidence.  As you completed the testing on the knife, I have no
objection to Mr. Jung's viewing of the same and have asked him to
arrange with you for a date and time he wishes to do it.  I will
try to be there also or have another representative of this
office.  Thank you for your cooperation.

                         Very truly yours,

                         DAVELYNN M. TENGAN
                         Deputy Prosecuting Attorney

Printed on recycled paper

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

November 7, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

     Re:  State of Hawaii v. Taryn Christian
             Criminal No. 95-0389(1)

Dear Mr. Jung:

    Thank you for your letter of November 3, 1996.

    You may make arrangements with the HPD Crime Lab, probably through Joanne Furuya, the supervisor, to view the knife and let me know the date/time. She advised me they usually like to have a prosecutor's representative present when they allow the defense to view items. If you can arrange for an afternoon appointment, it would be easier for us to have myself or some one else from this office present due to our unavailability mornings given morning court calendars.

    Regarding Lisa Kimmey, I recall making it clear at the hearing on your motion to compel that the State's position was that the defense should attempt to arrange to speak with the minor, Lisa, through her parents, whose address and telephone number were in the police report, just as the State would be required to do. That is the procedure the State must follow, and it is not much easier for the State than for the defense.

    Further, I do not agree the State must "run interference" for the defense in making Lisa Kimmey available to you. It was Lori Smith's harassment tactics against Lisa and her family at the outset of this case and the present defensive posture that Lisa is a disturbed, lying teenager whose "story" must be destroyed that might make her exercise her prerogative to not speak to the defense.

Printed on recycled paper

Dennis W. Jung, Esq.
Page Two
November 7, 1996

　　　Lisa, like any other witness, may decline to speak with the State and/or the defense.  Not having discussed this with her, I do not know her inclination but I am not going to force her to speak with people she fears just as I am not going to recommend she not speak with you.  I will convey, however, to her parents that you wish to speak with Lisa.

　　　In response to your inquiry, the State has not foreclosed the possibility of settlement negotiations.

　　　Finally, I have reason to believe that you may be in possession of some reports and/or tape recordings of conversations with potential witnesses made with the participation of a man named David Shively (maybe Shifly, spelling uncertain)--hired by Lori Smith and/or Mr. Vickers--and also a tape recording of conversations, possibly telephonic, with Lisa Kimmey, allegedly recanting or contradicting what is in police reports, made by Lori Smith.  I expect the latter would be material defense material covered by the State's prior request for discovery.  I would appreciate knowing if you will produce the foregoing items without a motion to compel.

　　　Thank you for your attention to the foregoing.

　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　DAVELYNN M. TENGAN
　　　　　　　　　　　　　Deputy Prosecuting Attorney

DMT

**DENNIS W. JUNG**
Attorney at Law

RECEIVED
PP??    ???FICE

'96 NOV 12 ?2:52

COUNTY OF MAUI
WAILUKU, HI 96793

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

November 8, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii  96873

Re:  State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Davelynn:

    Thank you for your fax dated November 7, 1996.  I will get on with contacting Ms. Furuya right away. I will also follow up with Lisa Kimmey and Serena Siedl.  Thank you.

    I have no reports and/or tape recordings made by Dave Shevling.  Dave Shevling did make a partial copy of a recording, and provided Lori Smith with the copy.  I heard a part of the tape.  Lori Smith should still have it.

    Robert Vickers has a number of tapes which support his investigation.  I have only written transcriptions of his inter-views.  Please feel free to contact Mr. Vickers about access to his tapes.

    I do have tapes of conversations recorded of various people. One that comes to mind is Phil Schimdt. I do not believe that Mr. Schimdt said nothing new, except that I believe that he did say that Lori Smith came over to see him shortly after the incident, and spoke to him in the privacy of his bedroom.  You are entitled to know this, even though this disclosure may hurt my case.  I also have two recordings of Patricia Mullens.  I do not believe the rest of my tapes are discoverable, but I will check again.

    I am not sure whether Lori Smith made any recordings on her own.  You are welcome to make independent demands on her for access to any materials that she may have.  I will be taking independent action against her to obtain the return of discovery materials which she has, and that I need to prepare for trial. If you have any questions or comments, please do not hestitate to write or call.

                                Sincerely,

                                Dennis W. Jung

cc: client

53

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

### COUNTY OF MAUI
**WAILUKU, MAUI, HAWAII 96793**
**PHONE (808) 243-7777 • FAX (808) 243-7625**

November 8, 1996

Dennis W. Jung, Esq.
547 Halekauwila Street, Suite 212
Honolulu, Hawaii 96813

     Re:  State of Hawaii v. Taryn Christian
          <u>Criminal No. 95-0389(1)</u>

Dear Mr. Jung:

    Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

   1)    Police Report No. 95-039250, Supplemental Report by Detective Brian Kaya dated June 17, 1996, consisting of 13 pages;

   2)    Maui Police Department, Postal Information Request for Kelleen Norton consisting of 1 page;

   3)    Police Report No. 95-39250, Report by Officer Scott Alo dated May 23, 1996, consisting of 2 pages;

   4)    Copy of mail order page from United Cutlery and Smokey Mountain Knife Works consisting of 2 pages

   5)    Copy of Ambulance Report Form #060722 for Vilmar Cabacang consisting of 3 pages;

   6)    List of accounts from United Cutlery Corp. consisting of 4 pages;

   7)    Statement of Erica Dela Cruz dated April 3, 1996, consisting of 3 pages.

54

Printed on recycled paper

Dennis W. Jung, Esq.
Page Two
November 8, 1996


        The above report (pages 612-639) is enclosed at $.25 a page.
A bill will be sent to you.

        Thank you for your cooperation in this matter.

                              Very truly yours,


                              DAVELYNN M. TENGAN
                              Deputy Prosecuting Attorney

DMT:ayn

Enclosure

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)



## DENNIS W. JUNG
### Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

November 12, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii  96873

Re:  State v. Taryn Christian, Cr. No. 95-0389(1)
     Jonnae Furuya

Dear Davelynn:

    I have made an arrangement to meet with Ms. Furuya at the Honolulu Police Department on Thursday, November 21, 1996 at 2:00 p.m.  If I am permitted to withdraw from this case, I will notify Ms. Furuya that our scheduled meeting will be cancelled, subject to being reset by substitute counsel.  Otherwise, we will meet on November 21, 1996.

    Will these arrangements be satisfactory?

    If you have any questions or comments, please do not hestitate to write or call.

                              Sincerely,

                              Dennis W. Jung

cc:  Ms. Joanne Furuya
     HPD Crime Lab

WAILUKU, HI 96793
COUNTY OF MAUI

NOV 15 A9 05

PROSECUTING OFFICE
RECEIVED

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Facsimile: 808-536-7403

November 21, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii  96873

FAX: 1-808-243-7625

Re:  State v. Taryn Christian, Cr. No. 95-0309(1)

Dear Davelynn:

Lori Smith has failed and refused to return to me the following:  (1) all photos taken of Taryn Christian in the Michigan cap and the plaid jacket; (2) approximately 350 pages of copies of discovery; (3) five video tapes -- crime scene, autopsy, James Burkhart interview, Gas Express, and Vilmar's wake; and (4) two audio tapes -- 911 and recording of Lisa Kimmey and Taryn Christian.

I will inform you if any of the aforementioned items are returned by the close of business on Friday, November 22, 1996.

If you have any questions or comments, please do not hesitate to write or call.

Sincerely,

Dennis W. Jung

cc: client

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Facsimile: 808-536-7403

November 21, 1996

ALBERT MURASHIGE, Warden
ALAN NOUCHI, Chief of Security
Maui Community Correctional Center
600 Waiale Drive
Wailuku, Maui, Hawaii  96793

FAX: 808-244-0128

Re:  State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Mr. Murashige and Captain Nouchi:

I am the attorney for Taryn Christian. I appeared in court and was present when Judge McConnell ordered Lori Smith to return all materials of discovery that remain in her possession. Lori Smith explained to Judge McConnell that all that she had was given to her son, Taryn Christian. Lori Smith was given till close of business Friday to return all of these materials to my office.

I am concerned that Lori Smith may try to provide Taryn Christian with additional items of discovery and I do not want my client to be caught up in any way with any disobedience of a lawful order of the court. I respectfully ask if you could instruct your staff to be on the look-out to make sure that Lori Smith is not permitted to bring to Taryn Christian any more of these unauthorized documents.

I will be in Maui on Wednesday, November 27, 1996, for further hearing on motions. I will come over to the facility after court. I respectfully ask for the help of your staff to help me reacquire all materials of discovery which may be in the possession of Taryn Christian. I need to do this to comply with my obligations to the Court. I appreciate any help that you may be able to provide in this regard.

If you have any questions or comments, please do not hestitate to write or call.

Sincerely,

Dennis W. Jung

cc: Davelynn Tengan
    Deputy Prosecuting Attorney

58

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

November 21, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii 96873

FAX: 1-808-243-7625

Re: State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Davelynn:

I am grateful for the opportunity to view the knife in evidence held by HPD. When you obtain follow-up reports on the second knife, please let me know.

If you have any questions or comments, please do not hestitate to write or call.

Sincerely,

Dennis W. Jung

cc: client

59

**DENNIS W. JUNG**
Attorney at Law

547 Halekauwila Suite 212
Honolulu, Hawaii 96813

Telephone: 808-524-0800
Fascimile: 808-536-7403

November 25, 1996

Davelynn M. Tengan, Esq.
Department of the Prosecuting Attorney
150 South High Street
Wailuku, Maui, Hawaii  96873

FAX: 808-243-7625

Re:  State v. Taryn Christian, Cr. No. 95-0389(1)

Dear Ms. Tengan:

No materials have been received by my office by the close of business on Friday, November 22, 1996.  As of this morning, Monday, November 25, 1996, no discovery materials have been returned.

If you have any further questions or comments, please do not hesitate to write or call.

Sincerely,

Dennis W. Jung

cc:  client

60