# APPENDIX "B"

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY
### COUNTY OF MAUI
### WAILUKU, MAUI, HAWAII 96793
### PHONE (808) 243-7777 • FAX (808) 243-7625

December 5, 1996

Anthony L. Ranken, Esq.
222 N. Church Street
Wailuku, Hawaii 96793

    Re:  State of Hawaii v. Taryn Christian
         Criminal No. 95-0389(1)

Dear Mr. Ranken:

     Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure,
the State of Hawaii hereby provides the above-named Defendant
with the following discovery in the above-referenced matter:

     1.  The names and last known addresses of persons whom the
prosecution intends to call as witnesses, in the presentation of
the evidence in chief, together with their relevant written or
recorded statements:

          A.  Witnesses:

               1)   Detective Antonio Funes
                    Maui Police Department
                    Wailuku, Hawaii

               2)   Officer Clyde Holokai
                    Maui Police Department
                    Wailuku, Hawaii

               3)   Officer Martin Lake
                    Maui Police Department
                    Wailuku, Hawaii

               4)   Officer Richard Su'apaia
                    Maui Police Department
                    Wailuku, Hawaii

Anthony L. Ranken, Esq.
Page Two
December 5, 1996

     5)    Serena Seidel
            P. O. Box 65
            Kapaau, Hawaii 96755
            Wailuku, Hawaii

     6)    Annie Leong
            208 Noe Street
            Kihei, Hawaii
            Tel. No. 879-5007

            or

            c/o Gas Express
            Kihei, Hawaii
            Tel. No. 879-4947

     7)    John Salcedo
            15 Kulanihakoi Street, #1A
            Kihei, Hawaii

     8)    Jade Kalalau
            851 S. Kihei Road, E-106
            Kihei, Hawaii
            Tel. No. 874-7506

     9)    Samonte Escritor
            851 S. Kihei Road
            Kihei, Hawaii
            Tel. No. 875-0797

    10)    Steven Warwock
            851 S. Kihei Road
            Kihei, Hawaii
            Tel. No.  879-4133

    11)    Detective Brian Kaya
            Maui Police Department
            Wailuku, Hawaii

2

Anthony L. Ranken, Esq.
Page Three
December 5, 1996

12) Officer Garret Benito
Maui Police Department
Wailuku, Hawaii

13) Officer Loren Natividad
Maui Police Department
Wailuku, Hawaii

14) Sergeant Sara Cluney
Maui Police Department
Wailuku, Hawaii

15) Lieutenant Cal Shinyama
Maui Police Department
Wailuku, Hawaii

16) Detective Ronald Hiyakumoto
Maui Police Department
Wailuku, Hawaii

17) Detective Timothy Gapero
Maui Police Department
Wailuku, Hawaii

18) Detective David Medeiros
Maui Police Department
Wailuku, Hawaii

19) Detective Waldo Fujii
Maui Police Department
Wailuku, Hawaii

20) Lieutenant Wayne Ribao
Maui Police Department
Wailuku, Hawaii

21) Wayland Kunitake
Evidence & ID Technician
Maui Police Department
Wailuku, Hawaii

Anthony L. Ranken, Esq.
Page Four
December 5, 1996

22)   Officer Ricky Uedoi
      Maui Police Department
      Wailuku, Hawaii

23)   Bert Freeland
      Maui Memorial Hospital
      Wailuku, Hawaii
      Tel. No. 244-9056

24)   Dr. Anthony Manoukian
      Clinical Laboratories
      Maui Memorial Hospital
      Tel. No. 242-2064

25)   Majorie Tateyama
      Maui Memorial Hospital
      Housekeeping
      Wailuku, Hawaii
      Tel. No. 242-2142

26)   Pat Enriques
      Maui Memorial Hospital
      Laundry Room
      Tel. No. 242-2274

27)   Joaquien "Jack" Freitas
      Kihei Safe and Locksmith
      Kihei, Hawaii
      Tel. No. 877-2850

28)   Rob Perry
      15 Kulanihakoi Street
      Wailuku, Hawaii
      Tel. No. 879-5516

29)   Tasha Santana
      15 Kulanihakoi Street, Apt. 20A
      Kihei, Hawaii
      Tel. No. 875-6371

Anthony L. Ranken, Esq.
Page Five
December 5, 1996

    30)  Luann K. Kaholokula
         670 Waiale Drive, Bldg. 6-203
         Wailuku, Hawaii
         Tel. No. 243-9076

    31)  Dr. Mark Haddad
         Maui Memorial Hospital
         Emergency Room
         Tel. No. 242-2343

    32)  Dr. Leonard Sakai
         Maui Memorial Hospital
         Emergency Room
         Tel. No. 242-2343

    33)  Family of Vilmar Cabaccang
         6 Hakoi Street
         Kihei, Hawaii

    34)  Lisa Kimmey, (minor)
         157 Mano Drive
         Kula, Hawaii
         Tel. No. 878-2195

    35)  Carla Kimmey
         157 Kula Drive
         Kula, Hawaii
         Tel. No. 878-2195

    36)  Heather Romero
         3366 Kekaha Drive
         Kihei, Hawaii
         Tel. No. 879-2411

    37)  Bruce Metz
         P.O. Box 2591
         Wailuku, Hawaii
         Tel. No. 874-5979

Anthony L. Ranken, Esq.
Page Six
December 5, 1996

        38)   Harry Auweloa
                RR2 Box 75, Kula Hwy
                Kula, Hawaii
                Tel. No. 876-0643

        39)   Sergeant Hamilton Rodrigues
                Maui Police Department
                Wailuku, Hawaii

        40)   Helen E. Beatty
                RR2 Box 75, Kula Hwy
                Kula, Hawaii
                Tel. No. 876-0643

        41)   Michael A. Pszyk, Jr.
                RR1 Box 496, Upper Kimo Drive
                Kula, Hawaii
                Tel. No. 878-1001

        42)   James "Hina" Alo Burkhart
                c/o MCCC
                600 Waiale Drive
                Wailuku, Hawaii
                Tel. No.  243-5101

        43)   Betty Teruya
                472 Kaiola Place
                Kihei, Hawaii
                Tel. No. 875-1306

        44)   James Paet
                298 Akaiku Street
                Kihei, Hawaii
                Tel. No. 874-6099

        45)   Sergeant Charles Rojas
                Maui Police Department
                Wailuku, Hawaii

Anthony L. Ranken, Esq.
Page Seven
December 5, 1996

    46)  Stephen Tamaye
          c/o Ace Auto Glass, Inc.
          153 Alamaha Street
          Kahului, Hawaii
          Tel. No. 871-7921

    47)  Phillip W. Schmidt
          15 Kulanihakoi Street, #18-C
          Kihei, Hawaii
          Tel. No. 879-4941

    48)  Warren Brown
          Kula, Hawaii

    49)  Nancy M. Vendrell
          158 Mano Drive
          Kula, Hawaii

          or

          Century 21 Realty Company
          395H Dairy Road
          Kahului, Hawaii

    50)  Joann Furuya
          Criminalist
          Honolulu Police Department
          801 S. Beretania Street
          Honolulu, Hawaii 96813

    51)  Lieutenant Wayne Ribao
          Maui Police Department
          Wailuku, Hawaii

    52)  Brooke VonTempsky (minor)
          46 Ting's Place
          Wailuku, Hawaii

Anthony L. Ranken, Esq.
Page Eight
December 5, 1996

53)  Detective Hervina Santos
     Maui Police Department
     Wailuku, Hawaii

54)  Officer Richard Suapaia
     Maui Police Department
     Wailuku, Hawaii

55)  Officer Guy Souza
     Maui Police Department
     Wailuku, Hawaii

56)  Jim Josey
     Honolulu Police Department
     801 S. Beretania Street
     Honolulu, Hawaii 96813

57)  Any other person whose name appears in any of
     the reports listed below.

58)  Any person whom the Defendant intends to call
     as a witness at trial.

B.  Relevant Written or Recorded Statements:  The
    police reports and reports of experts, which were
    prepared in connection with the above-referenced
    matter, include the following:

    1)  Maui County Police Department OBTS/CCH
        Transmittal/Arrest Report for Report No.
        95-39250, by Detective Antonio Funes, dated
        8/17/95, consisting of 1 page;

    2)  Hawaii OBTS/CCH Criminal History Summary for
        Taryn Christian dated 9/8/95, consisting of
        2 pages;

Anthony L. Ranken, Esq.
Page Nine
December 5, 1996

3) Maui County Police Department OBTS/CCH Transmittal/Arrest Report for Report No. 95-47056, by Detective Antonio Funes, dated 8/21/95, consisting of 1 page;

4) General Case/Incident Report for Report No. 95-39250, by Officer Clyde Holokai, dated 7/14/95, consisting of 5 pages;

5) General Case/Incident Report for Report No. 95-47056, by Detective Antonio Funes, dated 8/21/95, consisting of 1 page;

6) General Case/Incident Report for Report No. 95-47053, by Detective Antonio Funes, dated 8/21/95, consisting of 1 page;

7) Maui County Police Department Dispatch Log, dated 7/14/95, consisting of 6 pages;

8) Supplementary Report for Report No. 95-39250, by Officer Ricky Uedoi, dated 7/14/95, consisting of 2 pages;

9) Supplementary Report for Report No. 95-39250, by Officer Clyde Holokai, dated 7/14/95, consisting of 4 pages;

10) Supplementary Report for Report No. 95-39250, by Officer Martin A. Lake, dated 7/14/95, consisting of 1 page;

11) Supplementary Report for Report No. 95-39250, by Officer Garret Benito, dated 7/14/95, consisting of 1 page;

12) Supplementary Report for Report No. 95-39250, by Officer Robert L. Stuhr, dated 7/15/95, consisting of 1 page;

-9

Anthony L. Ranken, Esq.
Page Ten
December 5, 1996

13)   Supplementary Report for Report No. 95-39250,
      by Officer Loren Natividad, dated 7/18/95,
      consisting of 1 page;

14)   Supplementary Report for Report No. 95-39250,
      by Officer Clyde Holokai, dated 8/22/95,
      consisting of 1 page;

15)   Supplementary Report for Report No. 95-39250,
      by Detective Ronald Hiyakumoto, dated 8/9/95,
      consisting of 4 pages;

16)   Composite of Suspect (with short hair/no
      mustache) for Report No. 95-39250, undated,
      consisting of 1 page;

17)   Composite of Suspect (with long hair/
      mustache) for Report No. 95-39250, undated,
      consisting of 1 page;

18)   Synopsis of case, prepared by
      Detective Antonio Funes, dated 8/17/95,
      consisting of 1 page;

19)   Synopsis of Case for Report No. 95-39250, by
      Detective Antonio Funes, dated 7/14/95,
      consisting of 1 page;

20)   Supplementary Report for Report No. 95-39250,
      by Detective Milton Matsuoka, dated 7/17/95,
      consisting of 2 pages;

21)   Maui Police Department Internal Memorandum
      for Report No. 95-39250, by Detective Sara
      Cluney, dated 7/17/95, consisting of 4 pages;

22)   Photograph Log for Report No. 95-39250, by
      Lieutenant Cal Shinyama, dated 7/14/95,
      consisting of 1 page;

Anthony L. Ranken, Esq.
Page Eleven
December 5, 1996

23) Maui Police Department Request for Autopsy for Report No. 95-39250, by Detective Ronald Hiyakumoto, dated 7/14/95, consisting of 1 page;

24) Transcript of Statement Received from Lisa Kimmey, dated 8/17/95, consisting of 13 pages;

25) Transcript of telephone conversation between Lisa Kimmey and Defendant Taryn Christian, dated 8/17/95, consisting of 15 pages;

26) Supplementary Report for Report No. 95-39250, by Detective Antonio Funes, dated 8/22/95, consisting of 2 pages;

27) Evidence Record (car) for Report No. 95-39250, by Officer Martin Lake, dated 7/14/95, consisting of 1 page;

28) Evidence Record (video cassette) for Report No. 95-39250, by Det. Timothy Gapero, dated 7/15/95, consisting of 1 page;

29) Evidence Records (knife, key ring, screwdriver, knife sheath) for Report No. 95-39250, by Detective Timothy Gapero, dated 7/18/95, consisting of 4 pages;

30) Evidence Record (baseball cap) for Report No. 95-39250, by Detective Timothy Gapero, dated 7/28/95, consisting of 1 page;

31) Evidence Record (stitches) for Report No. 95-39250, by Detective Timothy Gapero, dated 7/18/95, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twelve
December 5, 1996

32)    Evidence Record (baseball cap) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/14/95, consisting of 1 page;

33)    Evidence Record (shorts) for Report No.
       95-39250, by Officer Garret Benito, dated
       7/14/95, consisting of 1 page;

34)    Evidence Record (shorts) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 1 page;

35)    Evidence Record (bikini top) for Report No.
       95-39250, by Officer Garret Benito, dated
       7/14/95, consisting of 1 page;

36)    Evidence Record (bikini top) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 1 page;

37)    Property Receipt (blanket) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/24/95, consisting of 2 pages;

38)    Evidence Record (jacket) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 1 page;

39)    Evidence Record (blanket) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/24/95, consisting of 1 page;

40)    Evidence Record (cotton swabs) for Report No.
       95-39250, by Detective Timothy Gapero, dated
       7/18/95, consisting of 2 pages;

41)    Evidence Record (container, hair) for Report
       No. 95-39250, by Detective Timothy Gapero,
       dated 7/28/95, consisting of 3 pages;

Anthony L. Ranken, Esq.
Page Thirteen
December 5, 1996

42) Evidence Record (packet) for Report No.
95-39250, by Detective Timothy Gapero, dated
8/8/95, consisting of 2 pages;

43) Evidence Record (driver's license, pants) for
Report No. 95-39250, by Detective Timothy
Gapero, dated 8/21/95, consisting of 2 pages;

44) Evidence Record (print cards) for Report No.
95-39250, by Detective Timothy Gapero, dated
7/18/95, consisting of 1 page;

45) Evidence Record (containers) for Report No.
95-39250, by Detective Timothy Gapero, dated
7/18/95, consisting of 1 page;

46) Evidence Record (cassette) for Report No.
95-39250, by Detective Antonio Funes, dated
8/17/95, consisting of 1 page;

47) Evidence Record (lineup) for Report No.
95-39250, by Detective Antonio Funes, dated
8/22/95, consisting of 1 page;

48) Photocopy of Photo Display Folder, M.P.D.
Form No. 2067, undated, consisting of 1 page;

49) Photocopy of Stainless Steel Blade with
Forked Point, undated, consisting of 1 page;

50) Drawing for Report No. 95-39250, undated,
consisting of 1 page;

51) Photocopies of autopsy photographs, undated,
consisting of 2 pages;

52) MPD Acknowledgement of Bail Bond Being Set,
for Report Nos. 95-47056 and 95-47053, dated
8/21/95, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Fourteen
December 5, 1996

53)   Supplementary report for Report No. 95-39250, by Detective Timothy Gapero, dated 8/23/95, consisting of 12 pages;

54)   MPD Fingerprint/Photographic Services Request, by Detective Timothy Gapero, dated 7/18/95, consisting of 1 page;

55)   Evidence Record (packet) for Report No. 95-39250, prepared by Detective Timothy Gapero, dated 8/21/95, consisting of 1 page;

56)   Supplementary Report for Report No. 95-39250, by Detective Timothy K. Gapero, dated 8/22/95, consisting of 1 page;

57)   Supplementary Report for Report No. 95-39250, by Detective Timothy Gapero, dated 8/22/95, consisting of 12 pages;

58)   Supplementary Report for Report No. 95-39250, by Detective Timothy Gapero, dated 8/22/95, consisting of 5 pages;

59)   Supplemental Report for Report No. 95-39250, prepared by Detective Antonio Funes, dated 9/18/95, consisting of 25 pages;

60)   Supplemental Report for Report No. 95-39250, prepared by Detective Brian Kaya, dated 8/22/95, consisting of 37 pages;

61)   Autopsy Report for Report No. 95-39250, prepared by Dr. Anthony Manoukian, consisting of 9 pages;

62)   Laboratory Report, for Report No. 95-39250, prepared by Randall C. Baselt, consisting of 2 pages;

Anthony L. Ranken, Esq.
Page Fifteen
December 5, 1996

63) Coroner's Request for Report No. 95-39250, prepared by Detective Ronald Hiyakumoto, dated 8/28/95, consisting of 1 page;

64) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Detective Timothy Gapero, dated 8/17/95, consisting of 1 page;

65) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Officer Martin Lake, dated 7/18/95, consisting of 1 page;

66) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Detective David Medeiros, dated 8/21/95, consisting of 5 pages;

67) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Officer Clyde Holokai, dated 7/14/95, consisting of 1 page;

68) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Officer Todd Schwartz, dated 8/17/95, consisting of 1 page;

69) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Detective Antonio Funes, dated 8/17/95, consisting of 1 page;

70) Evidence Record with complete chain of custody for Report No. 95-39250, prepared by Lieutenant Wayne Ribao, dated 9/5/95, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Sixteen
December 5, 1996

71)   MPD Inter-Departmental Memo, prepared by
      Sergeant John McKeral, dated 7/24/95,
      consisting of 2 pages;

72)   Supplemental Report for Report No. 95-39250,
      prepared by Detective David Medeiros, dated
      8/23/95, consisting of 2 pages;

73)   Supplemental Report for Report No. 95-39250,
      prepared by Officer Garret Benito, dated
      7/14/95, consisting of 1 page;

74)   Supplemental Report for Report No. 95-39250,
      prepared by Officer Clyde Holokai, dated
      7/14/95, consisting of 4 pages;

75)   Supplemental Report for Report No. 95-39250,
      prepared by Detective Jody Murata, dated
      7/18/95, consisting of 10 pages;

76)   Photo Identification Report for Report No.
      95-39250, dated 7/14/95, consisting of
      1 page;

77)   Description Workbook for Report No. 95-39250,
      dated 7/14/95, consisting of 10 pages;

78)   Maui News newspaper clipping, dated 7/16/95,
      consisting of 1 page;

79)   Blueprint Sketch of Scene, prepared by
      Detective Waldo Fujie, dated 7/14/95,
      consisting of 2 pages;

80)   Interdepartmental Memo, prepared by
      Sergeant Rick Martinez, dated 8/17/95,
      consisting of 4 pages;

Anthony L. Ranken, Esq.
Page Seventeen
December 5, 1996

81)  Supplemental Report for Report No. 95-39250, prepared by Detective Antonio Funes, dated 7/18/95, consisting of 34 pages;

82)  Wound Charts for Report No. 95-39250, consisting of 4 pages, (back and front);

83)  Evidence Record (photograph) for Report No. 95-39250, prepared by Detective Brian Kaya, dated 7/17/95, consisting of 1 page;

84)  Evidence Record (photo lineup) for Report No. 95-39250, prepared by Detective Jody Murata, dated 7/18/95, consisting of 1 page;

85)  Evidence Record (photographs) for Report No. 95-39250, by Detective Ronald Hiyakumoto, dated 7/19/95, consisting of 1 page;

86)  Evidence Record (video tape) for Report No. 95-39250, by Detective Ronald Hiyakumoto, undated, consisting of 1 page;

87)  Evidence Record (earrings) for Report No. 95-39250, by Detective Ronald Hiyakumoto, dated 7/19/95, consisting of 1 page;

88)  Evidence Record (fingernail scrapings) for Report No. 95-39250, by Detective Ronald Hiyakumoto, dated 7/19/95, consisting of 1 page;

89)  Evidence Record (photographic lineup) for Report No. 95-39250, by Detective Ronald Hiyakumoto, dated 7/31/95, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Eighteen
December 5, 1996

90)  Evidence Record with complete chain of
     custody for Report No. 95-39250, prepared by
     Detective Timothy Gapero, dated 10/2/95,
     consisting of 1 page;

91)  Affidavit for Search Warrant (95-103,
     95-104), file marked on 8/21/95, consisting
     of 6 pages;

92)  Search Warrant 95-103, file marked on
     8/21/95, consisting of 3 pages;

93)  Search Warrant 95-104, file marked on
     8/21/95, consisting of 2 pages;

94)  Return and Affidavit for SW95-103, file
     marked on 8/21/95, consisting of 3 pages;

95)  Return and Affidavit for SW95-104, file
     marked on 8/21/95, consisting of 3 pages;

96)  One set of 35 mm photographs for Report No.
     95-39250, consisting of 145 photos;

97)  Two sets of polaroid photos for Report No.
     95-39250, consisting of 32 photos;

98)  Copy of 911 tape for Report No. 95-39250,
     (one XL II 60-minute tape);

99)  Copy of taped conversation between Defendant
     and girlfriend for Report No. 95-39250, (one
     XL II 60-minute tape);

100) T-120 videotape of Gas Express for Report
     No. 95-39250, consisting of 1 videotape;

101) T-120 videotape of autopsy for Report
     No. 95-39250, consisting of 1 videotape;

Anthony L. Ranken, Esq.
Page Nineteen
December 5, 1996

102)   T-120 videotape of wake service for Report
       No. 95-39250, consisting of 1 videotape;

103)   T-120 videotape of crime scene for Report No.
       95-39250, consisting of 1 videotape;

104)   Supplemental Report for Report No. 95-39250,
       prepared by Detective Antonio Funes, dated
       10/10/95, consisting of 2 pages;

105)   Supplemental Report for Report No. 95-39250,
       prepared by Detective Hamilton Rodrigues,
       dated 10/10/95, consisting of 1 page;

106)   Sketch of scene for Report No. 95-39250
       prepared by Detective Waldo Fujie, dated
       7/17/95, consisting of 1 page;

107)   T-120 videotape of interview of Todd
       Nishihara on 10/4/95, and Paul Richardson,
       and David Auld on 10/5/95, for Report No.
       95-39250, consisting of 1 videotape.

108)   Supplemental Report for Report
       No. 95-39250 by Darna Miguel, AFIS
       Clerk, dated 10/27/95, consisting of
       1 page;

109)   Police Report No. 95-39250, Supplemental
       Report by Detective Waldo Fujie dated
       January 3, 1995, consisting of 1 page;

110)   Police Report No. 95-38250, Supplemental
       Report by Lieutenant Wayne Ribao dated
       September 7, 1995, consisting of 2 pages;

111)   Police Report No. 95-38250, Evidence Record
       by Lieutenant Wayne Ribao dated September 5,
       1995, consisting of 1 page.

Anthony L. Ranken, Esq.
Page Twenty
December 5, 1996

112)  Videotape interview of James Hina Burkhart in
      Cr. No. 95-0389(1).

113)  Copy of Letter to Michael S. Nakamura from
      Howard T. Tagomori dated February 22, 1996,
      consisting of 2 pages;

114)  Police Report No. 95-39250, Honolulu Police
      Department, Work Request by Joanne Furuya
      dated February 20, 1996, consisting of
      3 pages;

115)  Police Report No. 95-39250, Honolulu Police
      Department, Work Request by Joanne Furuya
      dated February 20, 1996, consisting of
      2 pages;

116)  Police Report No. 95-39250, Honolulu Police
      Department, Work Request by Joanne Furuya
      dated February 20, 1996, consisting of
      2 pages;

117)  Police Report Number 95-39250, Supplemental
      Report by Lieutenant Wayne Ribao dated
      March 3, 1996, consisting of 6 pages;

118)  Police Report Number 95-39250, Evidence
      Record by Detective David Medeiros dated
      August 21, 1995, consisting of 1 page;

119)  Police Report Number 95-39250, Evidence
      Record by Detective Brian Kaya dated
      August 17, 1995, consisting of 1 page;

120)  Police Report Number 95-39250, Evidence
      Record by Detective Antonio Funes dated
      February 8, 1996, consisting of 1 page;

121)  Police Report Number 95-39250, Evidence
      Record by Lieutenant Wayne Ribao dated
      February 21, 1996, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twenty-one
December 5, 1996

122)   Sketch by Brooke Von Tempsky dated
       February 21, 1996, consisting of 1 page;

123)   Police Report Number 95-39250, Evidence
       Record by Lieutenant Wayne Ribao dated
       February 23, 1996, consisting of 1 page;

124)   Sketch by Lawrence R. Kimmey dated
       February 23, 1996, consisting of 1 page;

125)   Police Report Number 95-39250, Evidence
       Record by Detective Hervina Santos dated
       February 29, 1996, consisting of 1 page;

126)   Police Report Number 95-39250, Maui County
       Police Department, Warning & Waiver for James
       H. Burkhart dated February 28, 1996,
       consisting of 1 page;

127)   Police Report Number 95-39250, Statement
       Received from James Hina Burkhart by
       Detective Hervina Santos dated February 28,
       1996, consisting of 10 pages;

128)   Police Report Number 95-39250, Supplemental
       Report by Officer Richard Su'apaia dated
       February 27, 1996, consisting of 3 pages;

129)   Police Report Number 95-39250, Supplemental
       Report by Officer Guy Souza dated
       February 27, 1996, consisting of 1 page;

130)   Police Report No. 95-47016, Supplemental
       Report by Detective Jody Murata dated
       September 29, 1995, consisting of 10 pages.

131)   Letter to Judge John E. McConnell from
       Lori Smith dated March 2, 1996,
       consisting of 15 pages.

132)   Memo to Lt. Wayne Ribao from Det. Waldo Fujie
       dated April 6, 1996, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twenty-two
December 5, 1996

133)  Thirty-seven (37) photographs (bill for
      photographs is enclosed).

134)  Ambulance Report Form for Vilmar Cabacang
      dated January 14, 1995, consisting of
      2 pages.

135)  Police Report No. 95-39250, Supplemental
      Report by Sergeant Antonio Funes dated
      April 10, 1996, consisting of 2 pages.

136)  Police Report No. 95-39250, Evidence Record
      (video cassette tape) by Detective Brian Kaya
      dated July 17, 1995, consisting of 1 page.

137)  Copy of audio tape.

138)  Police Report No. 95-39250, Supplemental
      Report by Lieutenant Glenn Cuomo dated May
      23, 1996, consisting of 1 page.

139)  Investigative Services Report by John
      De Amicis dated July 29, 1996, consisting of
      1 page;

140)  Police Report No. 95-39250, Report by
      Detective Timothy Gapero dated January 24,
      1996, consisting of 1 page;

141)  Police Report No. 95-39250, Report by
      Detective Timothy Gapero dated April 3, 1996,
      consisting of 2 pages;

142)  Police Report No. 95-39250, Tape Recorded
      Telephone Interview by Detective Timothy
      Gapero dated February 26, 1996, consisting of
      10 pages;

Anthony L. Ranken, Esq.
Page Twenty-three
December 5, 1996

143)   Police Report No. 95-39250, Telephone
       Interview by Detective Timothy Gapero dated
       February 27, 1996, consisting of 2 pages;

144)   Police Report No. 95-39250, Report by
       Detective Timothy Gapero dated March 6, 1996,
       consisting of 2 pages;

145)   Police Report No. 94-61600, General Case/
       Incident Report by Officer John Rasmussen
       dated November 3, 1994, consisting of 1 page;

146)   Police Report No. 94-61600, Property Stolen
       Report by Officer John Rasmussen dated
       December 2, 1994, consisting of 1 page;

147)   Police Report No. 94-61600, Report by
       Officer John Rasmussen dated December 19,
       1994, consisting of 3 pages;

148)   Police Report No. 94-61627, General Case/
       Incident Report by Officer John Rasmussen
       dated November 2, 1994, consisting of 1 page;

149)   Police Report No. 95-39250, Report by
       Detective Timothy Gapero dated September 3,
       1996, consisting of 4 pages;

150)   Police Report No. 95-39250, Statement
       received from Tammy.Lee Dooley and Darrel
       Macadangdang dated August 29, 1996,
       consisting of 29 pages;

151)   Police Report No. 95-36418, General Case/
       Incident Report by Officer Richard Suapaia
       dated June 30, 1995, consisting of 2 pages;

Anthony L. Ranken, Esq.
Page Twenty-four
December 5, 1996

152)  Police Report No. 95-36418, Evidence Record by Officer Richard Suapaia dated June 30, 1995, consisting of 1 page;

153)  Police Report No. 95-36418, Report by Officer Richard Suapaia dated July 5, 1995, consisting of 4 pages;

154)  Police Report No. 95-36418, Report by Detective Milton Matsuoka dated September 14, 1995, consisting of 2 pages;

155)  Police Report No. 95-36418, CID Case Activity Log dated September 11-13, 1995, consisting of 1 page;

156)  Police Report No. 95-39250, Report by Detective Timothy Gapero dated March 28, 1996, consisting of 4 pages;

157)  Police Report No. 95-39250, Report by Detective Timothy Gapero dated April 7, 1996, consisting of 3 pages;

158)  Police Report No. 95-39250, Report by Detective Timothy Gapero dated August 13, 1996, consisting of 2 pages;

159)  Police Report No. 95-39250, Report by Detective Timothy Gapero dated July 3, 1996, consisting of 1 page;

160)  Police Report No. 95-039250, Statement received from Patricia Mullins dated April 17, 1996, consisting of 18 pages;

161)  Police Report No. 95-39250, Report by Detective Timothy Gapero dated July 3, 1996, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twenty-Five
December 5, 1996

162)    Police Report No. 95-39250, Interview of
        Daniel Macdangdang by Detective Timothy
        Gapero dated July 2, 1996, consisting of
        26 pages;

163)    Police Report No. 95-39250, Report by
        Detective Timothy Gapero dated August 6,
        1996, consisting of 2 pages;

164)    Police Report No. 95-39250, Follow-up
        Investigation by Detective Timothy Gapero
        dated August 29, 1996, consisting of
        11 pages;

165)    Forensic Laboratory Examination Report by J.
        P. Foye dated June 12, 1996, consisting of
        2 pages;

166)    Maui County Police Department, Warning &
        Waiver for James Hina Burkhart dated July 24,
        1995, consisting of 1 page;

167)    Police Report No. 95-39250, Maui Police
        Department, Consent To Search by James Hina
        Burkhart dated July 24, 1995, consisting of
        1 page;

168)    Police Report No. 95-39250, Evidence Record
        by Detective Timothy Gapero dated
        February 28, 1996, consisting of 1 page;

169)    Police Report No. 95-39250, Evidence Record
        by Detective Timothy Gapero dated April 18,
        1996, consisting of 1 page;

170)    Police Report No. 95-39250, Evidence Record
        by Detective Timothy Gapero dated July 2,
        1996, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twenty-Six
December 5, 1996

171) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated July 3, 1996, consisting of 1 page;

172) Police Report No. 92-39250, Property Receipt by Detective Timothy Gapero dated August 2, 1996, consisting of 1 page;

173) Police Report No. 95-39250, Property Receipt by Detective Timothy Gapero dated August 6, 1996, consisting of 1 page;

174) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated August 30, 1996, consisting of 1 page;

175) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated August 30, 1996, consisting of 1 page;

176) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated September 3, 1996, consisting of 1 page;

177) Police Report No. 95-39250, Report by Detective David Medeiros dated September 6, 1996, consisting of 3 pages;

178) Police Report No. 95-39250, Evidence Record by Detective David Medeiros dated August 2, 1996, consisting of 1 page;

179) Police Report No. 95-39250, Maui Police Department Work Request by Detective David Medeiros dated September 6, 1996, consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twenty-Seven
December 5, 1996

180) Police Report No. 95-39250, Report by Detective Timothy Gapero dated September 9, 1996, consisting of 13 pages;

181) Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated September 9, 1996, consisting of 1 page;

182) Copy of Notebook consisting of 23 pages;

183) Copy of Notebook consisting of 12 pages.

184) Police Report No. 95-39250, Honolulu Police Department Crime Lab Report by L. J. Josey dated October 1, 1996, consistingof 2 pages.

185) Police Report No. 95-039250, Supplemental Report by Detective Brian Kaya dated June 17, 1996, consisting of 13 pages;

186) Maui Police Department, Postal Information Request for Kelleen Norton consisting of 1 page;

187) Police Report No. 95-39250, Report by Officer Scott Alo dated May 23, 1996, consisting of 2 pages;

188) Copy of mail order page from United Cutlery and Smokey Mountain Knife Works consisting of 2 pages

189) Copy of Ambulance Report Form #060722 for Vilmar Cabacang consisting of 3 pages;

190) List of accounts from United Cutlery Corp. consisting of 4 pages;

Anthony L. Ranken, Esq.
Page Twenty-Eight
December 5, 1996

191)     Statement of Erica Dela Cruz dated April 3, 1996, consisting of 3 pages.

192)     Police Report No. 95-39250, Maui Police Department, Work Request consisting of 1 page;

193)     Police Report No. 95-39250, Evidence Record by Detective David Medeiros dated August 2, 1996, consisting of 1 page.

194)     Copy of documents from Pukalani Country Club consisting of 15 pages;

195)     Letter to Chief Michael Nakamura from Chief Howard Tagomori dated February 12, 1996, consisting of 3 pages;

196)     Letter to Chief Michael Nakamura from Chief Howard Tagomori dated October 10, 1996, consisting of 2 pages;

197)     Letter to Ms. Joanne Furuya from Detective Tim Gapero dated September 23, 1995, consisting of 7 pages;

198)     Police Report No. 95-39250, Evidence Record by Detective A. Funes dated August 22, 1995, consisting of 1 page;

199)     Photo Display Folder, MPD Form No. 2067 consisting of 1 page;

200)     Police Report No. 95-39250, Evidence Record by Detective Ronald Hiyakumoto dated July 31, 1995, consisting of 1 page;

201)     Photo Display Folder, MPD Form No. 2067 consisting of 1 page;

Anthony L. Ranken, Esq.
Page Twenty-Nine
December 5, 1996

202)  Police Report No. 95-39250, Evidence Record
      by Detective Jody Murata dated July 18, 1995,
      consisting of 1 page;

203)  Photo Display Folder, MPD Form No. 2067
      consisting of 1 page;

204)  Police Report No. 95-39250, Evidence Record
      by Detective Brian Kaya dated July 17, 1995,
      consisting of 1 page;

205)  Photo Display Folder, MPD Form No. 2067
      consisting of 1 page;

206)  Police Report No. 95-39250, Evidence Record
      by Detective Brian Kaya dated July 28, 1996,
      consisting of 1 page;

207)  Photo Display Folder, MPD Form No. 2067
      consisting of 1 page;

208)  Police Report No. 95-39250, Evidence Record
      by Detective Jody Murata dated July 14, 1995,
      consisting of 1 page;

209)  Photo Display Folder, MPD Form No. 2067
      consisting of 1 page;

     The above reports (641 pages) have been provided to Dennis
W. Jung, Esq.  Pages 642-680 may be reviewed and/or copied at our
office.

     2.   Written or recorded statements and the substance of any
oral statements made by the Defendant together with the names and
last known addresses of persons who witnessed the making of such
statements:

          A.   This information is contained within the reports
               described above.

Anthony L. Ranken, Esq.
Page Thirty
December 5, 1996


    3.   Any reports or statements of experts, which were made in connection with the above-referenced matter or which the prosecutor intends to introduce:

        A.   At the present time, we do not have any reports other than those listed above.

    4.   Any books, papers, documents, or tangible objects which the prosecution intends to introduce, or which were obtained from or which belong to the Defendant:

        A.   These items include the following:

            1)   All books, papers, documents, photographs, and tangible objects mentioned in the above-described police and experts reports may be introduced at trial. In addition, photographs and diagrams of locations described in the aforementioned material may also be introduced at trial.

The above items are available for inspection in our office.

    5.   Prior criminal record of the Defendant:

        A.   The Defendant's Criminal History Summary may be reviewed and/or copied at our office.

    6.   Exculpatory Material:

        A.   Our knowledge of the facts relating to the above-referenced matter extends only to the reports described above. If you have any indication of the existence of any exculpatory material beyond that which you might discover in the above-described reports, please advise our office of same so that we can make appropriate checks for this material.

    7.   Electronic Surveillance:

Anthony L. Ranken, Esq.
Page Thirty-One
December 5, 1996


    A.   To my knowledge there has been no electronic
        surveillance conducted with respect to the above-
        referenced matter.

Additionally, as mentioned above, the above-described reports may be reviewed and/or copied at our office. **We understand that you may have received discovery from Dennis W. Jung, Esq. Therefore, please call this office if you have not received discovery and wish the State to make the above reports available for you to copy.**

As a courtesy, please contact our office to arrange a mutually convenient time for the review and/or copying of discovery material. This will insure that you or members of your staff will not make unnecessary trips to our office. Discoverable material may be copied at our office by utilizing a coin-operated copier which is located in our office. Discoverable material may not be removed from our office.

I believe that the above complies with the State of Hawaii's obligation under Rule 16 of the Hawaii Rules of Penal Procedure. If you do not agree, please advise me of such in writing.

Thank you for your cooperation in this matter.

        Very truly yours,

        DAVELYNN M. TENGAN
        Deputy Prosecuting Attorney

DMT:ayn

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

A. Ranken
Trial
DMT/ayn


December 5, 1996

ACKNOWLEDGMENT REGARDING DISCOVERY


State of Hawaii v. Taryn Christian

Criminal No. 95-0389(1)

Police and Expert Reports:

1)   Maui County Police Department OBTS/CCH Transmittal/
     Arrest Report for Report No. 95-39250, by
     Detective Antonio Funes, dated 8/17/95, consisting of
     1 page;

2)   Hawaii OBTS/CCH Criminal History Summary for Taryn
     Christian dated 9/8/95, consisting of 2 pages;

3)   Maui County Police Department OBTS/CCH
     Transmittal/Arrest Report for Report No. 95-47056, by
     Detective Antonio Funes, dated 8/21/95, consisting of
     1 page;

4)   General Case/Incident Report for Report No. 95-39250,
     by Officer Clyde Holokai, dated 7/14/95, consisting of
     5 pages;

5)   General Case/Incident Report for Report No. 95-47056,
     by Detective Antonio Funes, dated 8/21/95, consisting
     of 1 page;

6)   General Case/Incident Report for Report No. 95-47053,
     by Detective Antonio Funes, dated 8/21/95, consisting
     of 1 page;

7)   Maui County Police Department Dispatch Log, dated
     7/14/95, consisting of 6 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Two

8)    Supplementary Report for Report No. 95-39250, by
      Officer Ricky Uedoi, dated 7/14/95, consisting of
      2 pages;

9)    Supplementary Report for Report No. 95-39250, by
      Officer Clyde Holokai, dated 7/14/95, consisting of
      4 pages;

10)   Supplementary Report for Report No. 95-39250, by
      Officer Martin A. Lake, dated 7/14/95, consisting of
      1 page;

11)   Supplementary Report for Report No. 95-39250, by
      Officer Garret Benito, dated 7/14/95, consisting of
      1 page;

12)   Supplementary Report for Report No. 95-39250, by
      Officer Robert L. Stuhr, dated 7/15/95, consisting of
      1 page;

13)   Supplementary Report for Report No. 95-39250, by
      Officer Loren Natividad, dated 7/18/95, consisting of
      1 page;

14)   Supplementary Report for Report No. 95-39250, by
      Officer Clyde Holokai, dated 8/22/95, consisting of
      1 page;

15)   Supplementary Report for Report No. 95-39250, by
      Detective Ronald Hiyakumoto, dated 8/9/95, consisting
      of 4 pages;

16)   Composite of Suspect (with short hair/no mustache) for
      Report No. 95-39250, undated, consisting of 1 page;

17)   Composite of Suspect (with long hair/mustache) for
      Report No. 95-39250, undated, consisting of 1 page;

18)   Synopsis of case, prepared by Detective Antonio Funes,
      dated 8/17/95, consisting of 1 page;

33

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Three

    19)    Synopsis of Case for Report No. 95-39250, by Detective Antonio Funes, dated 7/14/95, consisting of 1 page;

    20)    Supplementary Report for Report No. 95-39250, by Detective Milton Matsuoka, dated 7/17/95, consisting of 2 pages;

    21)    Maui Police Department Internal Memorandum for Report No. 95-39250, by Detective Sara Cluney, dated 7/17/95, consisting of 4 pages;

    22)    Photograph Log for Report No. 95-39250, by Lieutenant Cal Shinyama, dated 7/14/95, consisting of 1 page;

    23)    Maui Police Department Request for Autopsy for Report No. 95-39250, by Detective Ronald Hiyakumoto, dated 7/14/95, consisting of 1 page;

    24)    Transcript of Statement Received from Lisa Kimmey, dated 8/17/95, consisting of 13 pages;

    25)    Transcript of telephone conversation between Lisa Kimmey and Defendant Taryn Christian, dated 8/17/95, consisting of 15 pages;

    26)    Supplementary Report for Report No. 95-39250, by Detective Antonio Funes, dated 8/22/95, consisting of 2 pages;

    27)    Evidence Record (car) for Report No. 95-39250, by Officer Martin Lake, dated 7/14/95, consisting of 1 page;

    28)    Evidence Record (video cassette) for Report No. 95-39250, by Det. Timothy Gapero, dated 7/15/95, consisting of 1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Four

29)   Evidence Records (knife, key ring, screwdriver, knife
      sheath) for Report No. 95-39250, by Detective Timothy
      Gapero, dated 7/18/95, consisting of 4 pages;

30)   Evidence Record (baseball cap) for Report No. 95-39250,
      by Detective Timothy Gapero, dated 7/28/95, consisting
      of 1 page;

31)   Evidence Record (stitches) for Report No. 95-39250, by
      Detective Timothy Gapero, dated 7/18/95, consisting of
      1 page;

32)   Evidence Record (baseball cap) for Report No. 95-39250,
      by Detective Timothy Gapero, dated 7/14/95, consisting
      of 1 page;

33)   Evidence Record (shorts) for Report No. 95-39250, by
      Officer Garret Benito, dated 7/14/95, consisting of
      1 page;

34)   Evidence Record (shorts) for Report No. 95-39250, by
      Detective Timothy Gapero, dated 7/28/95, consisting of
      1 page;

35)   Evidence Record (bikini top) for Report No. 95-39250,
      by Officer Garret Benito, dated 7/14/95, consisting of
      1 page;

36)   Evidence Record (bikini top) for Report No. 95-39250,
      by Detective Timothy Gapero, dated 7/28/95, consisting
      of 1 page;

37)   Property Receipt (blanket) for Report No. 95-39250, by
      Detective Timothy Gapero, dated 7/24/95, consisting of
      2 pages;

38)   Evidence Record (jacket) for Report No. 95-39250, by
      Detective Timothy Gapero, dated 7/28/95, consisting of
      1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Five


39)    Evidence Record (blanket) for Report No. 95-39250, by
       Detective Timothy Gapero, dated 7/24/95, consisting of
       1 page;

40)    Evidence Record (cotton swabs) for Report No. 95-39250,
       by Detective Timothy Gapero, dated 7/18/95, consisting
       of 2 pages;

41)    Evidence Record (container, hair) for Report
       No. 95-39250, by Detective Timothy Gapero, dated
       7/28/95, consisting of 3 pages;

42)    Evidence Record (packet) for Report No. 95-39250, by
       Detective Timothy Gapero, dated 8/8/95, consisting of
       2 pages;

43)    Evidence Record (driver's license, pants) for Report
       No. 95-39250, by Detective Timothy Gapero, dated
       8/21/95, consisting of 2 pages;

44)    Evidence Record (print cards) for Report No. 95-39250,
       by Detective Timothy Gapero, dated 7/18/95, consisting
       of 1 page;

45)    Evidence Record (containers) for Report No. 95-39250,
       by Detective Timothy Gapero, dated 7/18/95, consisting
       of 1 page;

46)    Evidence Record (cassette) for Report No. 95-39250, by
       Detective Antonio Funes, dated 8/17/95, consisting of
       1 page;

47)    Evidence Record (lineup) for Report No. 95-39250, by
       Detective Antonio Funes, dated 8/22/95, consisting of
       1 page;

48)    Photocopy of Photo Display Folder, M.P.D. Form
       No. 2067, undated, consisting of 1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Six

49)    Photocopy of Stainless Steel Blade with Forked Point,
       undated, consisting of 1 page;

50)    Drawing for Report No. 95-39250, undated, consisting of
       1 page;

51)    Photocopies of autopsy photographs, undated, consisting
       of 2 pages;

52)    MPD Acknowledgement of Bail Bond Being Set, for Report
       Nos. 95-47056 and 95-47053, dated 8/21/95, consisting
       of 1 page;

53)    Supplementary report for Report No. 95-39250, by
       Detective Timothy Gapero, dated 8/23/95, consisting of
       12 pages;

54)    MPD Fingerprint/Photographic Services Request, by
       Detective Timothy Gapero, dated 7/18/95, consisting of
       1 page;

55)    Evidence Record (packet) for Report No. 95-39250,
       prepared by Detective Timothy Gapero, dated 8/21/95,
       consisting of 1 page;

56)    Supplementary Report for Report No. 95-39250, by
       Detective Timothy K. Gapero, dated 8/22/95, consisting
       of 1 page;

57)    Supplementary Report for Report No. 95-39250, by
       Detective Timothy Gapero, dated 8/22/95, consisting of
       12 pages;

58)    Supplementary Report for Report No. 95-39250, by
       Detective Timothy Gapero, dated 8/22/95, consisting of
       5 pages;

59)    Supplemental Report for Report No. 95-39250, prepared
       by Detective Antonio Funes, dated 9/18/95, consisting
       of 25 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Seven


60)   Supplemental Report for Report No. 95-39250, prepared
       by Detective Brian Kaya, dated 8/22/95, consisting of
       37 pages;

61)   Autopsy Report for Report No. 95-39250, prepared by
       Dr. Anthony Manoukian, consisting of 9 pages;

62)   Laboratory Report, for Report No. 95-39250, prepared by
       Randall C. Baselt, consisting of 2 pages;

63)   Coroner's Request for Report No. 95-39250, prepared by
       Detective Ronald Hiyakumoto, dated 8/28/95, consisting
       of 1 page;

64)   Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Detective Timothy
       Gapero, dated 8/17/95, consisting of 1 page;

65)   Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Officer Martin Lake,
       dated 7/18/95, consisting of 1 page;

66)   Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Detective David
       Medeiros, dated 8/21/95, consisting of 5 pages;

67)   Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Officer Clyde Holokai,
       dated 7/14/95, consisting of 1 page;

68)   Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Officer Todd Schwartz,
       dated 8/17/95, consisting of 1 page;

69)   Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Detective Antonio
       Funes, dated 8/17/95, consisting of 1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Eight

70)    Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Lieutenant Wayne
       Ribao, dated 9/5/95, consisting of 1 page;

71)    MPD Inter-Departmental Memo, prepared by Sergeant John
       McKeral, dated 7/24/95, consisting of 2 pages;

72)    Supplemental Report for Report No. 95-39250, prepared
       by Detective David Medeiros, dated 8/23/95, consisting
       of 2 pages;

73)    Supplemental Report for Report No. 95-39250, prepared
       by Officer Garret Benito, dated 7/14/95, consisting of
       1 page;

74)    Supplemental Report for Report No. 95-39250, prepared
       by Officer Clyde Holokai, dated 7/14/95, consisting of
       4 pages;

75)    Supplemental Report for Report No. 95-39250, prepared
       by Detective Jody Murata, dated 7/18/95, consisting of
       10 pages;

76)    Photo Identification Report for Report No. 95-39250,
       dated 7/14/95, consisting of 1 page;

77)    Description Workbook for Report No. 95-39250, dated
       7/14/95, consisting of 10 pages;

78)    Maui News newspaper clipping, dated 7/16/95, consisting
       of 1 page;

79)    Blueprint Sketch of Scene, prepared by Detective Waldo
       Fujie, dated 7/14/95, consisting of 2 pages;

80)    Interdepartmental Memo, prepared by Sergeant Rick
       Martinez, dated 8/17/95, consisting of 4 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Nine

81)    Supplemental Report for Report No. 95-39250, prepared
       by Detective Antonio Funes, dated 7/18/95, consisting
       of 34 pages;

82)    Wound Charts for Report No. 95-39250, consisting of
       4 pages, (back and front);

83)    Evidence Record (photograph) for Report No. 95-39250,
       prepared by Detective Brian Kaya, dated 7/17/95,
       consisting of 1 page;

84)    Evidence Record (photo lineup) for Report No. 95-39250,
       prepared by Detective Jody Murata, dated 7/18/95,
       consisting of 1 page;

85)    Evidence Record (photographs) for Report No. 95-39250,
       by Detective Ronald Hiyakumoto, dated 7/19/95,
       consisting of 1 page;

86)    Evidence Record (video tape) for Report No. 95-39250,
       by Detective Ronald Hiyakumoto, undated, consisting of
       1 page;

87)    Evidence Record (earrings) for Report No. 95-39250, by
       Detective Ronald Hiyakumoto, dated 7/19/95, consisting
       of 1 page;

88)    Evidence Record (fingernail scrapings) for Report
       No. 95-39250, by Detective Ronald Hiyakumoto, dated
       7/19/95, consisting of 1 page;

89)    Evidence Record (photographic lineup) for Report
       No. 95-39250, by Detective Ronald Hiyakumoto, dated
       7/31/95, consisting of 1 page;

90)    Evidence Record with complete chain of custody for
       Report No. 95-39250, prepared by Detective Timothy
       Gapero, dated 10/2/95, consisting of 1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Ten

91)    Affidavit for Search Warrant (95-103, 95-104), file
       marked on 8/21/95, consisting of 6 pages;

92)    Search Warrant 95-103, file marked on 8/21/95,
       consisting of 3 pages;

93)    Search Warrant 95-104, file marked on 8/21/95,
       consisting of 2 pages;

94)    Return and Affidavit for SW95-103, file marked on
       8/21/95, consisting of 3 pages;

95)    Return and Affidavit for SW95-104, file marked on
       8/21/95, consisting of 3 pages;

96)    One set of 35 mm photographs for Report No. 95-39250,
       consisting of 145 photos;

97)    Two sets of polaroid photos for Report No. 95-39250,
       consisting of 32 photos;

98)    Copy of 911 tape for Report No. 95-39250, (one XL II
       60-minute tape);

99)    Copy of taped conversation between Defendant and
       girlfriend for Report No. 95-39250, (one XL II
       60-minute tape);

100)   T-120 videotape of Gas Express for Report No. 95-39250,
       consisting of 1 videotape;

101)   T-120 videotape of autopsy for Report No. 95-39250,
       consisting of 1 videotape;

102)   T-120 videotape of wake service for Report
       No. 95-39250, consisting of 1 videotape;

103)   T-120 videotape of crime scene for Report No. 95-39250,
       consisting of 1 videotape;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Eleven

104) Supplemental Report for Report No. 95-39250, prepared by Detective Antonio Funes, dated 10/10/95, consisting of 2 pages;

105) Supplemental Report for Report No. 95-39250, prepared by Detective Hamilton Rodrigues, dated 10/10/95, consisting of 1 page;

106) Sketch of scene for Report No. 95-39250 prepared by Detective Waldo Fujie, dated 7/17/95, consisting of 1 page;

107) T-120 videotape of interview of Todd Nishihara on 10/4/95, and Paul Richardson, and David Auld on 10/5/95, for Report No. 95-39250, consisting of 1 videotape.

108) Supplemental Report for Report No. 95-39250 by Darna Miguel, AFIS Clerk, dated 10/27/95, consisting of 1 page;

109) Police Report No. 95-39250, Supplemental Report by Detective Waldo Fujie dated January 3, 1995, consisting of 1 page;

110) Police Report No. 95-38250, Supplemental Report by Lieutenant Wayne Ribao dated September 7, 1995, consisting of 2 pages;

111) Police Report No. 95-38250, Evidence Record by Lieutenant Wayne Ribao dated September 5, 1995, consisting of 1 page.

112) Videotape interview of James Hina Burkhart in Cr. No. 95-0389(1).

113) Copy of Letter to Michael S. Nakamura from Howard T. Tagomori dated February 22, 1996, consisting of 2 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Twelve

114)    Police Report No. 95-39250, Honolulu Police Department,
        Work Request by Joanne Furuya dated February 20, 1996,
        consisting of 3 pages;

115)    Police Report No. 95-39250, Honolulu Police Department,
        Work Request by Joanne Furuya dated February 20, 1996,
        consisting of 2 pages;

116)    Police Report No. 95-39250, Honolulu Police Department,
        Work Request by Joanne Furuya dated February 20, 1996,
        consisting of 2 pages;

117)    Police Report Number 95-39250, Supplemental Report by
        Lieutenant Wayne Ribao dated March 3, 1996, consisting
        of 6 pages;

118)    Police Report Number 95-39250, Evidence Record by
        Detective David Medeiros dated August 21, 1995,
        consisting of 1 page;

119)    Police Report Number 95-39250, Evidence Record by
        Detective Brian Kaya dated August 17, 1995, consisting
        of 1 page;

120)    Police Report Number 95-39250, Evidence Record by
        Detective Antonio Funes dated February 8, 1996,
        consisting of 1 page;

121)    Police Report Number 95-39250, Evidence Record by
        Lieutenant Wayne Ribao dated February 21, 1996,
        consisting of 1 page;

122)    Sketch by Brooke Von Tempsky dated February 21, 1996,
        consisting of 1 page;

123)    Police Report Number 95-39250, Evidence Record by
        Lieutenant Wayne Ribao dated February 23, 1996,
        consisting of 1 page;

43

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Thirteen

124)    Sketch by Lawrence R. Kimmey dated February 23, 1996, consisting of 1 page;

125)    Police Report Number 95-39250, Evidence Record by Detective Hervina Santos dated February 29, 1996, consisting of 1 page;

126)    Police Report Number 95-39250, Maui County Police Department, Warning & Waiver for James H. Burkhart dated February 28, 1996, consisting of 1 page;

127)    Police Report Number 95-39250, Statement Received from James Hina Burkhart by Detective Hervina Santos dated February 28, 1996, consisting of 10 pages;

128)    Police Report Number 95-39250, Supplemental Report by Officer Richard Su'apaia dated February 27, 1996, consisting of 3 pages;

129)    Police Report Number 95-39250, Supplemental Report by Officer Guy Souza dated February 27, 1996, consisting of 1 page;

130)    Police Report No. 95-47016, Supplemental Report by Detective Jody Murata dated September 29, 1995, consisting of 10 pages.

131)    Letter to Judge John E. McConnell from Lori Smith dated March 2, 1996, consisting of 15 pages.

132)    Memo to Lt. Wayne Ribao from Det. Waldo Fujie dated April 6, 1996, consisting of 1 page;

133)    Thirty-seven (37) photographs (bill for photographs is enclosed).

134)    Ambulance Report Form for Vilmar Cabacang dated January 14, 1995, consisting of 2 pages.

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Fourteen

135)    Police Report No. 95-39250, Supplemental Report by
        Sergeant Antonio Funes dated April 10, 1996, consisting
        of 2 pages.

136)    Police Report No. 95-39250, Evidence Record (video
        cassette tape) by Detective Brian Kaya dated July 17,
        1995, consisting of 1 page.

137)    Copy of audio tape.

138)    Police Report No. 95-39250, Supplemental Report by
        Lieutenant Glenn Cuomo dated May 23, 1996, consisting
        of 1 page.

139)    Investigative Services Report by John De Amicis dated
        July 29, 1996, consisting of 1 page;

140)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated January 24, 1996, consisting of 1 page;

141)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated April 3, 1996, consisting of 2 pages;

142)    Police Report No. 95-39250, Tape Recorded Telephone
        Interview by Detective Timothy Gapero dated February
        26, 1996, consisting of 10 pages;

143)    Police Report No. 95-39250, Telephone Interview by
        Detective Timothy Gapero dated February 27, 1996,
        consisting of 2 pages;

144)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated March 6, 1996, consisting of 2 pages;

145)    Police Report No. 94-61600, General Case/Incident
        Report by Officer John Rasmussen dated November 3,
        1994, consisting of 1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Fifteen

146)   Police Report No. 94-61600, Property Stolen Report by
       Officer John Rasmussen dated December 2, 1994,
       consisting of 1 page;

147)   Police Report No. 94-61600, Report by Officer John
       Rasmussen dated December 19, 1994, consisting of
       3 pages;

148)   Police Report No. 94-61627, General Case/ Incident
       Report by Officer John Rasmussen dated November 2,
       1994, consisting of 1 page;

149)   Police Report No. 95-39250, Report by Detective Timothy
       Gapero dated September 3, 1996, consisting of 4 pages;

150)   Police Report No. 95-39250, Statement received from
       Tammy Lee Dooley and Darrel Macadangdang dated
       August 29, 1996, consisting of 29 pages;

151)   Police Report No. 95-36418, General Case/ Incident
       Report by Officer Richard Suapaia dated June 30, 1995,
       consisting of 2 pages;

152)   Police Report No. 95-36418, Evidence Record by Officer
       Richard Suapaia dated June 30, 1995, consisting of 1
       page;

153)   Police Report No. 95-36418, Report by Officer Richard
       Suapaia dated July 5, 1995, consisting of 4 pages;

154)   Police Report No. 95-36418, Report by Detective Milton
       Matsuoka dated September 14, 1995, consisting of
       2 pages;

155)   Police Report No. 95-36418, CID Case Activity Log dated
       September 11-13, 1995, consisting of 1 page;

156)   Police Report No. 95-39250, Report by Detective Timothy
       Gapero dated March 28, 1996, consisting of 4 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Sixteen

157)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated April 7, 1996, consisting of 3 pages;

158)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated August 13, 1996, consisting of 2 pages;

159)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated July 3, 1996, consisting of 1 page;

160)    Police Report No. 95-039250, Statement received from
        Patricia Mullins dated April 17, 1996, consisting of
        18 pages;

161)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated July 3, 1996, consisting of 1 page;

162)    Police Report No. 95-39250, Interview of Daniel
        Macdangdang by Detective Timothy Gapero dated July 2,
        1996, consisting of 26 pages;

163)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated August 6, 1996, consisting of 2 pages;

164)    Police Report No. 95-39250, Follow-up Investigation by
        Detective Timothy Gapero dated August 29, 1996,
        consisting of 11 pages;

165)    Forensic Laboratory Examination Report by J. P. Foye
        dated June 12, 1996, consisting of 2 pages;

166)    Maui County Police Department, Warning & Waiver for
        James Hina Burkhart dated July 24, 1995, consisting of
        1 page;

167)    Police Report No. 95-39250, Maui Police Department,
        Consent To Search by James Hina Burkhart dated July 24,
        1995, consisting of 1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Seventeen

168)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated February 28, 1996,
consisting of 1 page;

169)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated April 18, 1996,
consisting of 1 page;

170)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated July 2, 1996, consisting
of 1 page;

171)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated July 3, 1996, consisting
of 1 page;

172)    Police Report No. 92-39250, Property Receipt by
Detective Timothy Gapero dated August 2, 1996,
consisting of 1 page;

173)    Police Report No. 95-39250, Property Receipt by
Detective Timothy Gapero dated August 6, 1996,
consisting of 1 page;

174)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated August 30, 1996,
consisting of 1 page;

175)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated August 30, 1996,
consisting of 1 page;

176)    Police Report No. 95-39250, Evidence Record by
Detective Timothy Gapero dated September 3, 1996,
consisting of 1 page;

177)    Police Report No. 95-39250, Report by Detective David
Medeiros dated September 6, 1996, consisting of
3 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Eighteen

178)    Police Report No. 95-39250, Evidence Record by
        Detective David Medeiros dated August 2, 1996,
        consisting of 1 page;

179)    Police Report No. 95-39250, Maui Police Department Work
        Request by Detective David Medeiros dated September 6,
        1996, consisting of 1 page;

180)    Police Report No. 95-39250, Report by Detective Timothy
        Gapero dated September 9, 1996, consisting of 13 pages;

181)    Police Report No. 95-39250, Evidence Record by
        Detective Timothy Gapero dated September 9, 1996,
        consisting of 1 page;

182)    Copy of Notebook consisting of 23 pages;

183)    Copy of Notebook consisting of 12 pages.

184)    Police Report No. 95-39250, Honolulu Police Department
        Crime Lab Report by L. J. Josey dated October 1, 1996,
        consisting of 2 pages.

185)    Police Report No. 95-039250, Supplemental Report by
        Detective Brian Kaya dated June 17, 1996, consisting of
        13 pages;

186)    Maui Police Department, Postal Information Request for
        Kelleen Norton consisting of 1 page;

187)    Police Report No. 95-39250, Report by Officer Scott Alo
        dated May 23, 1996, consisting of 2 pages;

188)    Copy of mail order page from United Cutlery and Smokey
        Mountain Knife Works consisting of 2 pages

189)    Copy of Ambulance Report Form #060722 for Vilmar
        Cabacang consisting of 3 pages;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Nineteen


190)    List of accounts from United Cutlery Corp. consisting
        of 4 pages;

191)    Statement of Erica Dela Cruz dated April 3, 1996,
        consisting of 3 pages.

192)    Police Report No. 95-39250, Maui Police Department,
        Work Request consisting of 1 page;

193)    Police Report No. 95-39250, Evidence Record by
        Detective David Medeiros dated August 2, 1996,
        consisting of 1 page.

194)    Copy of documents from Pukalani Country Club consisting
        of 15 pages;

195)    Letter to Chief Michael Nakamura from Chief Howard
        Tagomori dated February 12, 1996, consisting of
        3 pages;

196)    Letter to Chief Michael Nakamura from Chief Howard
        Tagomori dated October 10, 1996, consisting of 2 pages;

197)    Letter to Ms. Joanne Furuya from Detective Tim Gapero
        dated September 23, 1995, consisting of 7 pages;

198)    Police Report No. 95-39250, Evidence Record by
        Detective A. Funes dated August 22, 1995, consisting of
        1 page;

199)    Photo Display Folder, MPD Form No. 2067 consisting of
        1 page;

200)    Police Report No. 95-39250, Evidence Record by
        Detective Ronald Hiyakumoto dated July 31, 1995,
        consisting of 1 page;

201)    Photo Display Folder, MPD Form No. 2067 consisting of
        1 page;

State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1), Acknowledgment
Page Twenty

202)    Police Report No. 95-39250, Evidence Record by
        Detective Jody Murata dated July 18, 1995, consisting
        of 1 page;

203)    Photo Display Folder, MPD Form No. 2067 consisting of
        1 page;

204)    Police Report No. 95-39250, Evidence Record by
        Detective Brian Kaya dated July 17, 1995, consisting of
        1 page;

205)    Photo Display Folder, MPD Form No. 2067 consisting of
        1 page;

206)    Police Report No. 95-39250, Evidence Record by
        Detective Brian Kaya dated July 28, 1996, consisting of
        1 page;

207)    Photo Display Folder, MPD Form No. 2067 consisting of
        1 page;

208)    Police Report No. 95-39250, Evidence Record by
        Detective Jody Murata dated July 14, 1995, consisting
        of 1 page;

209)    Photo Display Folder, MPD Form No. 2067 consisting of
        1 page;

    The above reports (641 pages) have been provided to
Dennis W. Jung, Esq.  Pages 642-680 may be reviewed and/or copied
at our office.
-----------------------------------------------------------------

This is to acknowledge that on the _11th_ day of _December_,
1996, I was afforded the opportunity to review and copy the
discovery material listed above.

Signed: _Brian Aleman_          Date: _12-11-96_

Print Name: _BRIAN ALEMAN_      Time: _2:30_



LINDA CROCKETT LINGLE
Mayor

RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

February 6, 1997


Anthony L. Ranken, Esq.
222 N. Church Street
Wailuku, Hawaii 96793

Re:  State of Hawaii v. Taryn Christian
Criminal No. 95-0389(1)

Dear Mr. Ranken:

Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

1)  Police Report No. 95-39250, Evidence Record by Detective Timothy Gapero dated January 17, 1997, consisting of 1 page;

The above report (page 642) may be reviewed and/or copied at our office.

Thank you for your cooperation in this matter.

Very truly yours,

DAVELYNN M. TENGAN
Deputy Prosecuting Attorney

DMT:cin

cc:  Second Circuit Court File
Criminal No. 95-0389(1)

52

A. Ranken
Trial 2/24/97
DMT/cin


February 6, 1997

ACKNOWLEDGMENT REGARDING DISCOVERY


State of Hawaii v. Taryn Christian

Criminal No. 95-0389(1)

Police and Expert Reports:

    1)    Police Report No. 95-39250, Evidence Record by
           Detective Timothy Gapero dated January 17, 1997,
           consisting of 1 page;

    The above report (page 642) may be reviewed and/or copied at
our office.

-------------------------------------------------------------

This is to acknowledge that on the _11th_ day of _February_,
1997, I was afforded the opportunity to review and copy the
discovery material listed above.

Signed: _____     Date: _2/11/97_

Print Name: _Alexander_          Time: _11.35 am_

A. Ranken
Trial 2/24/97
DMT/cin

February 13, 1997

ACKNOWLEDGMENT REGARDING DISCOVERY

State of Hawaii v. Taryn Christian

Criminal No. 95-0389(1)

Police and Expert Reports:

1) Copy of one 60 minute 3M/542 audio cassette tape with conversation between Taryn Christian and Lisa Kimmey on August 17, 1995 at 1310;

2) Copy of one 30 minute 3M/542 audio cassette tape with 911 calls to Maui Police Department Dispatch on July 14, 1995;

3) Copy of one VHS T-120 Maxwell video cassette containing interviews of three inmates from Maui Community Correctional Center including Todd Nishimura, Paul Richardson, and David Auld at 1600 on October 5, 1995.

The above audio and video tapes may be picked up at our office. A bill will be included with the tapes.

------------------------------------------------------------------

This is to acknowledge that on the ___13th___ day of ___Feb.___,

1997, I was afforded the opportunity to review and copy the

discovery material listed above.

Signed: _____     Date: _2/17/97_

Print Name: _Anthony Ranken_     Time: _10:00 am_

# Law Offices of Anthony L. Ranken

| Anthony L. Ranken | 222 N. Church Street | Amber L.M. Alexander |
|---|---|---|
| Kevin M. Ranken | Wailuku, Maui, Hawaii 96793 | Legal Assistant |
| Attorneys | (808) 244-7011 ● Fax (808) 244-7022 | |

February 18, 1997

Ms. Davelyn Tengan
Deputy Prosecuting Attorney
County of Maui
<u>via fax & court jacket</u> (fax no. 243-7625)

Re:    State v. Taryn Christian;
       <u>Cr. No. 95-0389(1)</u>

Dear Ms. Tengan:

Just sent you the witness list but neglected to mention our investigators, who might potentially be called, mostly as rebuttal witnesses: Mike Orian, Honolulu, and Robert Vickers, c/o Bethel Investigations, Maui.

Also meant to give you the address of Robert Pimentel, Jr. since he is about the only one I listed who is not included in police reports.  It is 304 Kenolio Rd., Kihei.

If you need addresses for any others I listed, let me know and I will try to find the addresses and get them to you right away.

Very truly yours,

Anthony L. Ranken

D:\DOC\L\pros.tch

# Law Offices of Anthony L. Ranken

| | | |
|---|---|---|
| Anthony L. Ranken<br>Kevin M. Ranken<br>Attorneys | 222 N. Church Street<br>Wailuku, Maui, Hawaii 96793<br>(808) 244-7011 ● Fax: (808) 244-7022 | Amber L.M. Alexander<br>Legal Assistant |

February 18, 1997

Ms. Davelyn Tengan
Deputy Prosecuting Attorney
County of Maui
<u>via court jacket</u>

      Re:    State v. Taryn Christian;
            <u>Cr. No. 95-0389(1)</u>

Dear Ms. Tengan:

I have obtained from the various investigators, from former defense counsel, and from Lori Smith, all of the audio tapes that I believe exist which are relevant in any way to this case or the investigation of this case.

I previously gave you copies of the following:

      Interview with Jennifer and Joan German
      Interview with Betty Teruya
      Interview with Phil Schmidt
      Interview with Donna Piatkowski
      Telephone messages left by Lisa Kimmey on Lori Smith's answering machine,
          and tape of phone conversation between Lori and Lisa.

In addition, I am now forwarding to you at this time the originals of all the other tapes that I know to exist, except of course for taped interviews between the investigator working for prior defense counsel and the client, which are protected by Evidence Rule 503. They were made by investigators Rae MacPherson and Robert Vickers. Here is a list of those tapes, all of which I am turning over to you at this time.

     1.     Tesha Santana
     2.     Garrett Braiwith
     3.     Patricia Mullens
     4.     April McCall
     5.     "Jason" and others

D:\L\pros tch

February 18, 1997
Ms. Davelynn Tengan
page two

6.    "Jason" and others (tape 2)
7.    Kelleen Norton
8.    Phil Schmidt
9.    Dr. Horie
10.   Marvin Prickett
11.   Mullens, and Padilla
12.   Stanley and David Makekau, and Gamiao
13.   Romero, and Hawes
14.   Khristie Brooks, Robert Perry, Sr., and Jean Perry
15.   Bruce Metz, and Judy Laury
16.   Meghan Kenney
17.   Patricia Mullens
18.   Anne Leong and Lee Johnson
19.   Phil Schmidt
20.   Rob Perry
21.   Cynthia Warnock
22.   Joe Santana and Tesha Santana

These are my only copies of the above tapes.  Please return them to me on or before the day we begin jury selection.  If you have any questions, feel free to give me a call.

Very truly yours,

Anthony L. Ranken
ALR/ba

encs

D:\L\pros.tch

57

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625

February 19, 1997

Anthony L. Ranken, Esq.
222 N. Church Street
Wailuku, Hawaii 96793

        Re:  State of Hawaii v. Taryn Christian
             Criminal No. 95-0389(1)

Dear Mr. Ranken:

     Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure,
the State of Hawaii hereby provides the above-named Defendant
with the following additional discovery in the above-referenced
matter:

            1)  Police Report No. 95-39250, Copy of one T-160
                video cassette containing interview of Paul
                Richardson within the Maui Police Department
                Criminal Investigation Division office.

     The above video tape may be picked up at our office.  A bill
will be included with the tape.

                        Very truly yours,

                        DAVELYNN M. TENGAN
                        Deputy Prosecuting Attorney

DMT:cin

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

A. Ranken
Trial 2/24/97
DMT/cin


February 19, 1997

ACKNOWLEDGMENT REGARDING DISCOVERY


State of Hawaii v. Taryn Christian

Criminal No. 95-0389(1)

Police and Expert Reports:

1)   Police Report No. 95-39250, Copy of one T-160 video
     cassette containing interview of Paul Richardson within
     the Maui Police Department Criminal Investigation
     Division office.

     The above video tape may be picked up at our office.  A
     bill will be included with the tape.

-----------------------------------------------------------------

This is to acknowledge that on the _21st_ day of _Feb._ ,
1997, I was afforded the opportunity to review and copy the
discovery material listed above.

Signed: _____     Date: _2/21/97_

Print Name: _Anthony Ranken_        Time: _10:00 am_

59

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

## DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625
February 21, 1997

Anthony L. Ranken, Esq.
222 N. Church Street
Wailuku, Hawaii 96793

  Re: State of Hawaii v. Taryn Christian
    Criminal No. 95-0389(1)

Dear Mr. Ranken:

  Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

  1) Police Report No. 95-39250, consisting of 4 pages;

  2) Police Report No. 94-60522, consisting of 1 page;

  3) Police Report No. 94-60558, consisting of 1 page;

  4) SP94-123(W), Mutal Restraining Order filed November 16, 1994, consisting of 18 pages;

  The above report (pages 643-666) may be reviewed and/or copied at our office.

  Thank you for your cooperation in this matter.

    Very truly yours,

    DAVELYNN M. TENGAN
    Deputy Prosecuting Attorney

cc: Second Circuit Court File
  Criminal No. 95-0389(1)

A. Ranken
Trial 2/24/97
DMT/cin


February 21, 1997

ACKNOWLEDGMENT REGARDING DISCOVERY


State of Hawaii v. Taryn Christian

Criminal No. 95-0389(1)

Police and Expert Reports:

      1)    Police Report No. 95-39250, consisting of
          4 pages;

      2)    Police Report No. 94-60522, consisting of
          1 page;

      3)    Police Report No. 94-60558, consisting of
          1 page;

      4)    SP94-123(W), Mutal Restraining Order filed
          November 16, 1994, consisting of 18 pages;

    The above report (pages 643-666) may be reviewed and/or
copied at our office.

-----------------------------------------------------------------

This is to acknowledge that on the ___21ˢᵗ___ day of ___Feb.___,
1997, I was afforded the opportunity to review and copy the
discovery material listed above.

Signed: _____    Date: __2/21/97__

Print Name: __Anthony Ranken__    Time: __9:40 am__

Released to Anthony Ranken on 2/21/97 at 1005 hrs. By
                                         M. Rogers

    AE681696 6/5/96 Copy
    US Postal Inspection Audio tape
    w/ Loni Smith

61

LINDA CROCKETT LINGLE
Mayor



RICHARD T. BISSEN, Jr.
Prosecuting Attorney

# DEPARTMENT OF THE PROSECUTING ATTORNEY

COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 243-7777 • FAX (808) 243-7625
February 24, 1997

Anthony L. Ranken, Esq.
222 N. Church Street
Wailuku, Hawaii 96793

        Re:  State of Hawaii v. Taryn Christian
             Criminal No. 95-0389(1)

Dear Mr. Ranken:

        Pursuant to Rule 16 of the Hawaii Rules of Penal Procedure, the State of Hawaii hereby provides the above-named Defendant with the following additional discovery in the above-referenced matter:

    1)  Copy of one VHS T-120 Maxwell video cassette
        containing interviews of three inmates from
        Maui Community Correctional Center including
        Todd Nishimura, Paul Richardson, and
        David Auld at 1600 on October 5, 1995;

    2)  Police Report No. 95-39250, Supplementary
        Report by Detective Timothy Gapero dated
        January 24, 1996, consisting of 1 page;

        The above video tape may be picked up at our office.  A bill will be included with the tape.  The above report (page 667) may be reviewed and/or copied at our office

                        Very truly yours,

                        _____ C. ____

                    for  DAVELYNN M. TENGAN
                         Deputy Prosecuting Attorney

cc:  Second Circuit Court File
     Criminal No. 95-0389(1)

62

A. Ranken
Trial 2/24/97
DMT/cin

February 24, 1997

ACKNOWLEDGMENT REGARDING DISCOVERY

State of Hawaii v. Taryn Christian

Criminal No. 95-0389(1)

Police and Expert Reports:

    1)    Copy of one VHS T-120 Maxwell video cassette containing
         interviews of three inmates from Maui Community
         Correctional Center including Todd Nishimura, Paul
         Richardson, and David Auld at 1600 on October 5, 1995.

    2)    Police Report No. 95-39250, Supplementary Report by
         Detective Timothy Gapero dated January 24, 1996,
         consisting of 1 page;

         The above video tape may be picked up at our office.  A
         bill will be included with the tape.  The report (page
         667) may be reviewed and/or copied at our office.

------------------------------------------------------------------

This is to acknowledge that on the ___24th___ day of ___February___,
1997, I was afforded the opportunity to review and copy the
discovery material listed above.

Signed: _____    Date: _____

Print Name: _Alexander_____    Time: __3:15pm_____