IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| RICHARD BISSEN, Acting | ) | |
| Director, STATE OF HAWAI'I, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Respondents' Memorandum in Opposition to Petitioner Taryn Christian's First Motion for Leave to Conduct Discovery; Affidavit of Peter A. Hanano Regarding Appendices "A" and "B"; and Appendices "A" and "B" was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by mailing the same on May 4, 2006.

                                                      /s/ Peter A. Hanano
                                                      PETER A. HANANO
                                                      Deputy Prosecuting Attorney
                                                      County of Maui
                                                      Attorney for Respondents