# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Richard Bissen, et al. |
| ATTYS FOR PLA: | Keith S. Shigetomi<br>Mark Barrett |
| ATTYS FOR DEFT: | Peter A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 5/17/2006 | TIME: | 9:08-9:20 |

COURT ACTION:  EP: Discovery Conference held.  Mark Barrett, Laureen Martin (Corporation Counsel) and Peter Hanano all participated by phone.  Keith Shigetomi physically present.

Subpoenas issued as to Davelynn M. Tengan and Maui Police Department, Custodian of Records are Quashed, and these witnesses do not have to appear on May 22, 2006 at the hearing before this Court.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager