# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Richard Bissen, Acting Director, State of Hawaii Department of Public Safety |
| ATTYS FOR PLA: | Mark Barrett<br>Keith S. Shigetomi |
| ATTYS FOR DEFT: | Pater A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 5/22/2006 | TIME: | 10:03-10:51 |

COURT ACTION:  EP: Petitioner Taryn Christian's First Motion for Leave to Conduct Discovery - Arguments heard.

Petitioner Taryn Christian's First Motion for Leave to Conduct Discovery taken under Advisement.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager