DEPARTMENT OF THE PROSECUTING ATTORNEY  207

DAVELYNN M. TENGAN  3263
Prosecuting Attorney
PETER A. HANANO  6839
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawaii  96793
Tel. No. 243-7630
Fax. No. 270-7927

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | RESPONDENTS' MOTION |
| vs. | ) | TO RECONSIDER COURT'S |
| | ) | JUNE 14, 2006 ORDER |
| RICHARD BISSEN, Acting | ) | GRANTING MOTION FOR |
| Director, STATE OF HAWAI'I, | ) | LEAVE TO CONDUCT |
| DEPARTMENT OF PUBLIC SAFETY, | ) | DISCOVERY |
| | ) | |
| Respondents. | ) | |

**RESPONDENTS' MOTION TO RECONSIDER COURT'S
JUNE 14, 2006 ORDER GRANTING MOTION FOR
LEAVE TO CONDUCT DISCOVERY**

**MEMORANDUM IN SUPPORT OF MOTION**

**CERTIFICATE OF SERVICE**

## TABLE OF CONTENTS

|  | Page |
|---|---|
| TABLE OF CONTENTS................................................................................. | i |
| TABLE OF AUTHORITIES............................................................................. | ii |
|    A. Exhaustion............................................................................................... | 1 |
|    B. Available State Corrective Process......................................................... | 7 |
|    C. Conclusion.............................................................................................. | 10 |

# TABLE OF AUTHORITIES CITED

## CASES

| | Page |
|---|---|
| Baldwin v. Reese, 541 U.S. 27 (2004)............................................... | 2 |
| Briones v. State of Hawai`i, 74 Haw. 442, 848 P.2d 966 (Haw. 1993)................................................................................................ | 4, 5, 6 |
| Casey v. Moore, 386 F.3d 896, 912 n. 13 (9th Cir.2004)................... | 3 |
| Duncan v. Henry, 513 U.S. 364, 365 (1995).................................... | 2 |
| Fields v. Waddington, 401 F.3d 1018 (9th Cir. 2005)...................... | 2, 3 |
| Hiivala v. Wood, 195 F.3d 1098, 1106 (9th Cir.1999)..................... | 2 |
| Jones v. State, 79 Haw. 330, 902 P.2d 965 (1995).......................... | 4 |
| Lyons v. Crawford, 232 F.3d 666, 670 (9th Cir.2000)..................... | 2 |
| Rose v. Lundy, 455 U.S. 509, 516 (1982)........................................ | 8 |
| State v. Antone, 62 Haw, 346, 615 P.2d 101 (1980)........................ | 4 |
| Washington v. Texas, 388 U.S. 14 (1967)....................................... | 3 |

## LOCAL RULES OF PRACTICE

| | |
|---|---|
| LR7.2.................................................................................................. | 2 |
| LR60.1(c)........................................................................................... | 2 |
| LR74.1................................................................................................ | 2 |

# TABLE OF AUTHORITIES CITED

Page

## HAWAII REVISED STATUTES

Section 844D-121..................................................................... 8

Section 844D-123..................................................................... 8, 9, 10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | RESPONDENTS' MOTION |
| vs. | ) | TO RECONSIDER COURT'S |
| | ) | JUNE 14, 2006 ORDER |
| RICHARD BISSEN, Acting | ) | GRANTING MOTION FOR |
| Director, STATE OF HAWAI'I, | ) | LEAVE TO CONDUCT |
| DEPARTMENT OF PUBLIC SAFETY, | ) | DISCOVERY |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**RESPONDENTS' MOTION TO RECONSIDER COURT'S
JUNE 14, 2006 ORDER GRANTING MOTION FOR
LEAVE TO CONDUCT DISCOVERY**

COME NOW, JAMES PROPOTNICK, Acting Director, Department of Public Safety, State of Hawaii, (hereinafter "State"), by and through their attorney, PETER A. HANANO, Deputy Prosecuting Attorney for the County of Maui, and present this Motion To Reconsider Court's June 14, 2006 Order Granting Motion For Leave to Conduct Discovery, which granted Petitioner Taryn Christian's First Motion For Leave To Conduct Discovery filed on April 19, 2006 by and through his attorneys, Keith Shigetomi, Esq. and Mark Barrett, Esq.

This Motion is made pursuant to the Local Rules of Practice for the United States District Court for the District of Hawaii, LR7.2, LR60.1(c), LR74.1,

-2-

and is based upon the accompanying Memorandum in Support of Motion, and the previously filed "Respondent's Memorandum in Opposition to Petitioner Taryn Christian's First Motion For Leave To Conduct Discovery" filed on May 4, 2006, and the previously filed "Respondent's Answer To Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus By A Person In State Custody, Filed on December 22, 2004", filed on September 30, 3005.

DATED:  Wailuku, Hawaii, <u>June 23, 2006</u>.

Respectfully submitted,

DEPARTMENT OF THE PROSECUTING ATTORNEY
DAVELYNN M. TENGAN,
PROSECUTING ATTORNEY

By /s/ Peter A. Hanano
   PETER A. HANANO
   Deputy Prosecuting Attorney
   County of Maui
   Attorney for Respondents