IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RICHARD BISSEN, Acting ) | |
| Director, STATE OF HAWAI'I, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Respondents' Motion to Reconsider Court's June 14, 2006 Order Granting Motion for Leave to Conduct Discovery, Memorandum in Support of Motion was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by mailing the same on June 23, 2006.

      /s/Peter A. Hanano
      PETER A. HANANO
      Deputy Prosecuting Attorney
      County of Maui
      Attorney for Respondents