# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Richard Bissen, Acting Director, State of Hawaii Department of Public Safety |
| ATTYS FOR PLA: | Mark Barrett |
| ATTYS FOR DEFT: | Peter A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/30/2006 | TIME: | 9:08-9:26 |

COURT ACTION:  EP: Discovery Conference held.  Mark Barrett and Peter A. Hanano participated by phone.  Court to issue Order.

Status Conference held Re: Respondents' Motion for Reconsideration.  Motion taken under Advisement by Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager