KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| TARYN CHRISTIAN, | ) | CIV NO. 04-00743 DAE-LEK |
|---|---|---|
| Petitioner, | ) | |
| | ) | RESPONSE TO MOTION |
| | ) | FOR RECONSIDERATION |
| vs. | ) | |
| RICHARD BISSEN, Acting Director, State of Hawaii Department of Public Safety, | ) | |
| Respondent. | ) | |

**RESPONSE TO RESPONDENT'S JUNE 23, 2006 MOTION FOR RECONSIDERATION**

**MEMORANDUM IN SUPPORT**

**CERTIFICATE OF SERVICE**

Petitioner, Taryn Christian, through counsel, responds to Respondent's June 23, 2006 Motion to Reconsider Court's June 14, 2006 Order Granting Motion for Leave to Conduct Discovery.

This response is based on the accompanying Memorandum in Support of Response and on Petitioner's reply to Respondent's Answer to Petition for Writ of Habeas Corpus.

Partial response, addressing the Hawaii DNA statute, to the Motion for Reconsideration was filed previously.

Dated: Norman, Oklahoma, July 7, 2006.

/s/ Mark Barrett
MARK BARRETT
Attorney