

*Mark Barrett, Attorney*
*P. O. Box 896*
*Norman, Oklahoma 73070*

July 10, 2006

United States Court Clerk
300 Ala Moana Boulevard, Room C338
Honolulu, HI 96850

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUL 1 7 2006
DISTRICT OF HAWAII

Dear Court Clerk:

    Please find enclosed the originals of two documents which recently were presented to the Court with faxed signatures.

    I ask that these originals be filed on behalf of the Petitioner in Christian v. Bissen, Civil No. 04-00743DAE-LEK.

    Thank you in advance for your assistance.

Sincerely,

Mark Barrett