*Mark Barrett, Attorney*
*P. O. Box 896*
*Norman, Oklahoma 73070*

July 18, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 25 2006
DISTRICT OF HAWAII

United States Court Clerk
300 Ala Moana Boulevard, Room C338
Honolulu, HI 96850

Dear Court Clerk:

    Enclosed is a signed original of the "Memorandum Regarding State DNA Testing Statute," presented on behalf of Petitioner in Christian v. Bissen, Civil No. 04-00743-DAE-LEK.

This document was first sent on June 29, 2006 with a faxed signature.

I apologize for the error in sending a followup "original" without a signature.

Thank you again for your assistance.

Sincerely,

Mark Barrett