IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RICHARD BISSEN, Acting ) | |
| Director, STATE OF HAWAI'I, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice and Statement of Appeal and Appendices "A" and "B" was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by mailing the same on September 22, 2006.

PETER A. HANANO
Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents