ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 8 2006

at 8 o'clock and 54 min. P M
SUE BEITIA, CLERK

KEITH SHIGETOMI # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 596-0880

Attorney for Petitioner
TARYN CHRISTIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Petitioner,<br><br>    vs.<br><br>RICHARD BISSEN,<br><br>    Respondents. | CIVIL NO. 04-00743 DAE-LEK<br>(HABEAS CORPUS PROCEEDING)<br><br>REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY TO RESPONDENTS' APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY AND COURT'S SEPTEMBER 11, 2006 ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY; DECLARATION OF KEITH SHIGETOMI; CERTIFICATE OF SERVICE |

**REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY TO RESPONDENTS' APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY AND COURT'S SEPTEMBER 11, 2006 ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY**

COMES NOW, TARYN CHRISTIAN, ("Petitioner") by and through his attorney, KEITH SHIGETOMI, hereby moves this Honorable Court for an enlargement of time to October 13, 2006 to file reply Respondents' appeal of Magistrate Judges' Order Denying Respondents' Motion To Reconsider Court's June 14, 2006 Order

Granting Motion For Leave To Conduct Discovery and Court's September 11, 2006 Order Denying Respondents' Motion To Reconsider Court's June 14, 2006 Order Granting Motion For Leave To Conduct Discovery. This Request is made pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, September 28, 2006.

By_____
KEITH SHIGETOMI
Attorney For Petitioner
TARYN CHRISTIAN