IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Petitioner,<br><br>    vs.<br><br>RICHARD BISSEN,<br><br>    Respondents.<br>_____ | ) CIVIL NO. 04-00743 DAE-LEK<br>) (HABEAS CORPUS PROCEEDING)<br>)<br>) DECLARATION OF KEITH<br>) SHIGETOMI<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KEITH SHIGETOMI

Comes now KEITH SHIGETOMI, AND declares:

1. I am an attorney licensed to practice law in the State of Hawai'i, and am licenced to practice law before this Court;

2. I am local counsel to Petitioner in the above-captioned action.

3. This Honorable Court has approved Attorney Mark Barrett ("Mark") of Norman, Oklahoma to represent Petitioner pro hoc vice in the above-captioned action;

4. I am currently in trial in this Court and am unable to adequately reply to the Respondents' appeal as described above. Mark is also in trial in California and is unable to adequately reply to the Respondents' appeal as described above;

5. On Thursday, September 26, 2006, I telephonically spoke with Peter Hanano, ("Peter") Deputy Prosecuting Attorney, County of Maui regarding an enlargement of time to reply to respondents' appeal of Magistrate Judge's Order Denying Respondents' Motion To Reconsider Court's June 14, 2006 Order Granting Motion For Leave

To Conduct Discovery and Court's September 11, 2006 Order Denying

Respondents' Motion To Reconsider Court's June 14, 2006 Order

Granting Motion For Leave To Conduct Discovery. Peter did not

have any objections to an enlargement of time to October 13,

2006.

    I declare under penalty of perjury that the foregoing is true

and correct.

    DATED: Honolulu, Hawai'i, September 28, 2006.

By_____
    KEITH SHIGETOMI
    Attorney For Petitioner
    TARYN CHRISTIAN