2

KEITH SHIGETOMI # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 596-0880

Attorney for Petitioner
TARYN CHRISTIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | ) CIVIL NO. 04-00743 DAE-LEK |
| | ) (HABEAS CORPUS PROCEEDING) |
| Petitioner, | ) |
| | ) REQUEST FOR AN EXTENSION OF |
| Vs. | ) TIME TO PREPARE A STIPULATED |
| | ) DISCOVERY ORDER FROM SEPTEMBER |
| RICHARD BISSEN, | ) 29, 2006 TO OCTOBER 15, 2006; |
| | ) DECLARATION OF KEITH SHIGETOMI; |
| | ) CERTIFICATE OF SERVICE |
| Respondents. | ) |
| | ) |

**REQUEST FOR AN EXTENSION OF TIME TO PREPARE A STIPULATED DISCOVERY ORDER FROM SEPTEMBER 29, 2006 TO OCTOBER 15, 2006**

COMES NOW, TARYN CHRISTIAN, ("Petitioner") by and through his attorney, KEITH SHIGETOMI, hereby moves this Honorable Court for an enlargement of time to prepare a stipulated discovery order from September 29, 2006 to October 13, 2006.

DATED: Honolulu, Hawaii, September 28, 2006.

By _____
KEITH SHIGETOMI
Attorney For Petitioner
TARYN CHRISTIAN