IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | ) CIVIL NO. 04-00743 DAE-LEK |
| | ) (HABEAS CORPUS PROCEEDING) |
| Petitioner, | ) |
| | ) DECLARATION OF KEITH |
| vs. | ) SHIGETOMI |
| | ) |
| RICHARD BISSEN, | ) |
| | ) |
| Respondents. | ) |

### DECLARATION OF KEITH SHIGETOMI

Comes now KEITH SHIGETOMI, AND declares:

1. I am an attorney licensed to practice law in the State of Hawai'i, and am licenced to practice law before this Court;

2. I am local counsel to Petitioner in the above-captioned action.

3. This Honorable Court has approved Attorney Mark Barrett("Mark") of Norman, Oklahoma to represent Petitioner pro hoc vice in the above-captioned action;

4. I am currently in trial in this Court and am unable to adequately prepare a stipulated discovery order for review and approval by respondents' by September 29, 2006 and will need an extension of time until October 13, 2006. Mark is also in trial in California and is unable to adequately prepare a stipulated discovery order for review and approval by respondents' by September 29, 2006 and will need an extension of time until

October 15, 2006

    5. On Thursday, September 28, 2006, I telephonically spoke with Peter Hanano, ("Peter") Deputy Prosecuting Attorney, County of Maui regarding an enlargement of time to adequately prepare a stipulated discovery order for review and approval by respondents' and submit to the this Honorable Court by September 29, 2006. Peter did not have any objections to an extension of time to October 13, 2006.

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: Honolulu, Hawai'i, September 28, 2006.

By _____
KEITH SHIGETOMI
Attorney For Petitioner
TARYN CHRISTIAN