2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | ) CIVIL NO. 04-00743 DAE-LEK |
| | ) (HABEAS CORPUS PROCEEDING) |
| Petitioner, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| RICHARD BISSEN, | ) |
| | ) |
| Respondents. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, a copy of the following was duly served to all parties, through their respective counsel of record, in the manner shown below, to their respective address as follows:

PETER A. HANANO                ( ) Hand Delivery
Deputy Prosecuting Attorney    (X) U.S. Mail, Postage
County of Maui                     Prepaid
Wailuku, Maui, Hawaii 96793

Attorney for Respondents
RICHARD BISSEN, ET., AL

Dated: Honolulu, Hawaii, September 28, 2006.

By_____
KEITH SHIGETOMI
Attorney For Petitioner
TARYN CHRISTIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | ) CIVIL NO. 04-00743 DAE-LEK |
| | ) (HABEAS CORPUS PROCEEDING) |
| Petitioner, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| RICHARD BISSEN, | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, a copy of the following was duly served to all parties, through their respective counsel of record, in the manner shown below, to their respective address as follows:

PETER A. HANANO             ( ) Hand Delivery
Deputy Prosecuting Attorney (X) U.S. Mail, Postage
County of Maui                  Prepaid
Wailuku, Maui, Hawaii 96793

Attorney for Respondents
RICHARD BISSEN, ET., AL

Dated: Honolulu, Hawaii, September 28, 2006.

By _____
KEITH SHIGETOMI
Attorney For Petitioner
TARYN CHRISTIAN