KEITH SHIGETOMI # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 596-0880

Attorney for Petitioner
TARYN CHRISTIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>　　　　Petitioner,<br><br>　Vs.<br><br>RICHARD BISSEN,<br><br>　　　　Respondents.<br>_____ | ) CIVIL NO. 04-00743 DAE-LEK<br>) (HABEAS CORPUS PROCEEDING)<br>)<br>) ORDER GRANTING<br>) REQUEST FOR AN EXTENSION OF<br>) TIME TO PREPARE A STIPULATED<br>) DISCOVERY ORDER FROM SEPTEMBER<br>) 29, 2006 TO OCTOBER 13, 2006<br>)<br>)<br>) |

**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO
PREPARE A STIPULATED DISCOVERY ORDER FROM SEPTEMBER 29,
2006 TO OCTOBER 13, 2006**

On September 28, 2006 Taryn Christian ("Petitioner") filed ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO PREPARE A STIPULATED DISCOVERY ORDER FROM SEPTEMBER 29, 2006 TO OCTOBER 13, 2006 Petitioner has demonstrated good cause for extending the requested time limit.

　　It is hereby ordered that the reply as described above shall be filed by October 13, 2006.

DATED: Honolulu, Hawaii, ___Oct. 3___, 2006.

APPROVED AND ALLOWED

_Leslie E. Kobayashi_

for the District of Hawai`i