KEITH SHIGETOMI # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 596-0880

Attorney for Petitioner
TARYN CHRISTIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | ) CIVIL NO. 04-00743 DAE-LEK |
| | ) (HABEAS CORPUS PROCEEDING) |
| Petitioner, | ) |
| | ) ORDER GRANTING |
| vs. | ) PETITIONER'S REQUEST FOR |
| | ) ENLARGEMENT OF TIME |
| RICHARD BISSEN, | ) TO FILE REPLY TO RESPONDENTS' |
| | ) APPEAL OF MAGISTRATE JUDGE'S |
| Respondents. | ) ORDER DENYING RESPONDENTS' |
| | ) MOTION TO RECONSIDER COURT'S |
| | ) JUNE 14, 2006 ORDER GRANTING |
| | ) MOTION FOR LEAVE TO CONDUCT |
| | ) DISCOVERY AND COURT'S |
| | ) SEPTEMBER 11, 2006 ORDER |
| | ) DENYING RESPONDENTS' MOTION |
| | ) TO RECONSIDER COURT'S JUNE 14, |
| | ) 2006 ORDER GRANTING MOTION FOR |
| | ) LEAVE TO CONDUCT DISCOVERY UNTIL |
| | ) OCTOBER 13, 2006 |
| | ) |

**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY TO RESPONDENTS' APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY AND COURT'S SEPTEMBER 11, 2006 ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY UNTIL OCTOBER 13, 2006**

On September 28, 2006 Taryn Christian ("Petitioner") filed REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY TO RESPONDENTS' APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE

TO CONDUCT DISCOVERY AND COURT'S SEPTEMBER 11, 2006 ORDER DENYING RESPONDENTS' MOTION TO RECONSIDER COURT'S JUNE 14, 2006 ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DISCOVERY Until October 13, 2006. Petitioner has demonstrated good cause for extending the requested time limit.

It is hereby ordered that the reply as described above shall be filed by October 13, 2006.

DATED: Honolulu, Hawaii, _____, 2006.

APPROVED AND ALLOWED

_____
The Honorable David Alan Ezra, Chief United States District Judge for the District of Hawai`i

2