ORIGINAL

KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV NO. 04-00743 DAE-LEK |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD BISSEN, Acting ) | |
| Director, State of Hawaii ) | |
| Department of Public Safety, ) | |
| ) | |
| Respondent. ) | |

PETITIONER'S RESPONSE TO APPEAL OF MAGISTRATE'S
DISCOVERY ORDER

CONTAINING

MEMORANDUM IN SUPPORT OF PETITIONER'S RESPONSE

DECLARATION OF COUNSEL

CERTIFICATE OF SERVICE

**MEMORANDUM IN SUPPORT OF PETITIONER'S RESPONSE
TO MAGISTRATE'S APPEAL OF DISCOVERY ORDER**