# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................... i

TABLE OF AUTHORITIES ........................................................................ ii

FACTS ....................................................................................................... 1

ARGUMENT .............................................................................................. 2

    A.  Discovery Is Permissible to Determine the Availability of the Innocence
        Gateway ............................................................................................ 2

    B.  Christian Has Exhausted the Issues Before the Court ........................ 3

    C.  Discovery Is Appropriate Whenever It Would Aid in Determining
        Entitlement to Relief ......................................................................... 5

    D.  Christian Need Not Repeatedly Ask the State for DNA Testing ........ 6

CONCLUSION .......................................................................................... 7

# TABLE OF AUTHORITIES

CASES

Baldwin v. Reese, 541 U.S. 27 (2004) ....................................................... 3, 5

Bracy v. Gramley, 520 U.S. 899 (1997) ................................................... 6

Briones v. State, 74 Haw. 442, 848 P.2d 966 (Haw. 1993) ..................................... 4

Cooper v. Woodford, 358 F.3d 1117 (9th Cir. 2004) ................................................. 3

Costa v. Cook, 2006 WL 1737837 (June 20, 2006) .................................................. 4

Osborne v. District Attorney's Office, 423 F.3d 1050 (9th Cir. 2005) ................... 6-7

Roberts v. LaVallee, 389 U.S. 40 (1967) ................................................... 7

Schlup v. Delo, 513 U.S. 298 (1995) ......................................................... 3

Vasquez v. Hillery, 474 U.S. 254 (1986) ................................................... 6

STATUTE

28 U.S.C. § 2254 ..................................................................... 1