## DECLARATION OF COUNSEL

I, Mark Barrett, state that I am a licensed lawyer in the state of Oklahoma and am admitted pro hac vice in the present habeas case.

Based on having examined Taryn Christian's files over a period of several years, I attest that, to the best of my knowledge and belief, all facts set forth in the facts section are supported by documents attached to Christian's state court Rule 40 petition and/or by the transcripts in his case.

_____
MARK BARRETT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on Peter Hanano, attorney for Respondent Richard Bissen, by mailing it to him through the United States Postal Service to the Prosecuting Attorney's Office, 150 South High Street, County of Maui, Wailuku, Maui, Hawaii 96793, on October 13, 2006.

_____
MARK BARRETT