# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CIVIL NO. 04-00743DAE-LEK

CASE NAME:         Taryn Christian vs. Richard Bissen, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    11/29/2006                  TIME:

COURT ACTION:  EO: Rule 16 Scheduling Conference set for 9:00 12/11/06, LEK is Vacated.

Evidentiary Hearing set for **4/26/07 at 9:00 a.m. before Judge David Alan Ezra**.

Opening Brief is due **2/1/07**.
Responsive Brief is due **3/1/07**.
Reply Brief is due **3/29/07**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager