# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/10/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV NO. 04-00743DAE-LEK

CASE NAME:       Christian Vs. Bissen, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     01/10/2007                 TIME:

COURT ACTION:        "MINUTE ORDER"

EO: COURT ORDER RE: RESPONDENTS' OBJECTIONS TO PETITIONER'S INITIAL DISCOVERY ORDER FILED ON OCTOBER 23, 2006

On October 26, 2006, Respondents filed their Objections to Petitioner's Initial Discovery Order Filed on October 23, 2006. The Court construes the objections as a motion to reconsider the Initial Discovery Order filed by this Court on October 23, 2006. The Court finds Respondents objections to be well taken and therefore WITHDRAWS the Initial Discovery Order.

The Court DIRECTS Petitioner to: prepare a Proposed Discovery Order that is consistent with this Court's minute order concerning the June 30, 2006 discovery conference; submit the Proposed Order to Respondents' counsel for review; and submit the Proposed Order to this Court for review and signature by **January 24, 2007.** If Respondents object to the Proposed Order, Respondents shall submit an alternate Proposed Order by **February 7, 2007.** Respondents shall also submit a memorandum explaining what portions of Petitioner's Proposed Order they object to. This Court reiterates that the Discovery Order shall not take effect unless and until the district court affirms this Court's Order Granting Motion for Leave to Conduct Discovery.

```
IT IS SO ORDERED.
```

Submitted by Leslie L. Sai, Courtroom Manager