# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/25/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Richard Bissen, et al. |
| ATTYS FOR PLA: | Mark Barrett |
| ATTYS FOR DEFT: | Pater A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/25/2007 | TIME: | 1:30-1:40 |

COURT ACTION:  EP: Status Conference held.  All parties participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager