IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Petitioner, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| IWALANI D. WHITE, Interim ) | |
| Director, STATE OF HAWAI`I, ) | |
| DEPARTMENT OF PUBLIC ) | |
| SAFETY, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Respondents Proposed Order Regarding Discovery; Memorandum in Support of Respondents' Proposed Order Regarding Discovery; Appendices "A" and "B" was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by mailing the same on February 8, 2007.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents