IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| IWALANI WHITE, Acting ) | |
| Director, STATE OF HAWAI'I, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Responsive Brief was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by the CM/ECF system on March 1, 2007.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents