IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | CIV. NO. 04-00743 DAE-LEK |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| RICHARD BISSEN, Acting Director, STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY, | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Notice and Statement of Appeal and Appendix "A" were served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, via the CM/ECF electronic filing system on May 11, 2007.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents