ORIGINAL

KEITH S. SHIGETOMI   3380
ATTORNEY AT LAW
PACIFIC PARK PLAZA, SUITE 1440
711 KAPIOLANI BOULEVARD
HONOLULU, HAWAII   96813
TELEPHONE NUMBER   596-0880

LOCAL COUNSEL FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | CIVIL NO. 04-00743 DAE-LEK |
| Petitioner, | EX-PARTE MOTION TO EXTEND TIME TO FILE MEMORANDUM; DECLARATION OF LOCAL COUNSEL; ORDER GRANTING EX-PARTE MOTION TO EXTEND TIME TO FILE MEMORANDUM and CERTIFICATE OF SERVICE |
| vs. | |
| RICHARD BISSEN, etc. et al., | |
| Respondents. | |

EX-PARTE MOTION TO EXTEND TIME TO FILE MEMORANDUM

COMES NOW TARYN CHRISTIAN, Petitioner, by and through his local counsel, KEITH S. SHIGETOMI, and hereby moves this Honorable Court, ex-parte, for an Order extending the time for Petitioner to file a memorandum in opposition to Respondent's appeal of the Magistrate Judge's Order Granting Petitioner's Motion for Leave to Conduct Discovery and Findings of Fact and Recommendation Regarding Petition for Writ of Habeas Corpus in the above-entitled matter.

This Motion is based upon the Declaration of Local Counsel attached hereto and made a part hereof and the records and files of the instant case.

DATED:  Honolulu, Hawaii, May 21, 2007.

KEITH S. SHIGETOMI
ATTORNEY AT LAW

LOCAL COUNSEL FOR PETITIONER