IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, | CIVIL NO. 04-00743 DAE-LEK |
| Petitioner, | ORDER GRANTING EX-PARTE MOTION TO EXTEND TIME TO FILE MEMORANDUM |
| vs. | |
| RICHARD BISSEN, etc. et al, | |
| Respondent. | |

ORDER GRANTING EX-PARTE MOTION TO
EXTEND TIME TO FILE MEMORANDUM

Good Cause appearing,

IT IS HEREBY ORDERED that Petitioner's Ex-Parte Motion to Extend Time to File Memorandum is granted;

IT IS FURTHER ORDERED that time for Petitioner to file a Memorandum in opposition to Respondent's appeal of the Magistrate Judge's Order Granting Petitioner's Motion for Leave to Conduct Discovery and Findings and Recommendation Regarding Petition for Writ of Habeas Corpus be extended to _June 5, 2007_.

DATED: Honolulu, Hawaii, __MAY 24 2007__

_____
DAVID ALAN EZRA
JUDGE OF THE ABOVE-ENTITLED COURT

Taryn Christian vs. Richard Bissen, etc, et al.,
Civil No 04-00743 DAE-LEK
Order Granting Ex-Parte Motion to Extend Time to File Memorandum
The Honorable David Alan Ezra

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing will be mailed to the Department of the Prosecuting Attorney, 150 South High Street, Wailuku, Hawaii, 96793.

DATED: Honolulu, Hawaii, May 21, 2007.

_____