IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIVIL NO. 04-00743 DAE-LEK |
| ) | |
| Petitioner, ) | DECLARATION OF LOCAL COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| RICHARD BISSEN, etc. et al., ) | |
| ) | |
| Respondents. ) | |

<u>DECLARATION OF LOCAL COUNSEL</u>

KEITH S. SHIGETOMI, hereby declares and says the following:

1. Declarant is the local counsel representing Petitioner in the above-entitled matter;

2. Declarant has reviewed the records and files of the instant case, has spoken with pro hac vice counsel Mark Barrett, and is informed and of the belief:

   a. Respondent has filed an appeal of the Magistrate Judge's Order Granting Petitioner's Motion for Leave to Conduct Discovery and Findings and Recommendation Regarding Petition for Writ of Habeas Corpus;

   b. Pursuant to an extension, the Memorandum in opposition to the appeal is due on June 5, 2007;

   c. Pro Hac Vice counsel, Mark Barrett is currently experiencing serious personal emergencies;

   d. Mr. Barrett's father has passed away and Mr. Barrett is attending to funeral arrangements and other personal responsibilities;

   e. Mr. Barrett resides in Oklahoma while his father

resided in Kansas so Mr. Barrett will be away from his office tending to his personal affairs;

       f.   Mr. Barrett requests an extension of time of two weeks to June 19, 2007 in which to file a Memorandum in opposition to the Respondent's appeal;

       g.   Peter Hanano, Esq., counsel for Respondent has been informed of this request;

    3.   This Honorable Court should grant this Motion;

I declare under penalty of law that the foregoing is true and correct. Executed on May 30, 2007.

_____
KEITH S. SHIGETOMI