CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing will be mailed to the Department of the Prosecuting Attorney, 150 South High Street, Wailuku, Hawaii, 96793.

DATED: Honolulu, Hawaii, May 30, 2007.

_____