# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Iwalani D. White, et al. |
| ATTYS FOR PLA: | Mark Barrett |
| ATTYS FOR DEFT: | Peter A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 12/10/2007 | TIME: | 9:08-9:12 |

COURT ACTION: EP: Status Conference held. Mark Barrett and Peter A. Hanano participated by phone.

Letter Briefs are due 12/17/2007.

Letter will set forth a list from each party of:

1. Discovery produced to date.
2. Discovery agreed to be produced and the dates by which production will be made.
3. Discovery issues remaining and the party's proposal with regard to these issues.

Submitted by: Warren N. Nakamura, Courtroom Manager