# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. State of Hawaii Department of Public Safety, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/27/2007 | TIME: | |

COURT ACTION: EO: Court Order:

      Based on the information provided by the parties in their letter briefs regarding discovery in the above-referenced matter, the Petitioner shall produce the discovery described in sections C.1, C.2 and C.4 of Respondent's discovery letter brief dated December 17, 2007 ("Letter Brief") by not later than January 24, 2008 and shall submit reimbursement for costs of production described in Section C.3 of the Letter Brief by January 24, 2008.

      Discovery shall be completed by **February 28, 2008,** Petitioner's expert report(s) shall be filed by no later than **March 27, 2008** and Respondent's expert report(s) shall be filed by no later than **April 24, 2008**. A motion for evidentiary hearing shall be filed by no later than **March 13, 2008**.

      If the motion for evidentiary hearing is granted, then deadlines for witness lists, exhibits and other pretrial matters may be assigned.

**IT IS SO ORDERED.**

Submitted by: Warren N. Nakamura, Courtroom Manager