CHARMAINE TAVARES
Mayor



BENJAMIN M. ACOB
Prosecuting Attorney

PETER A. HANANO
First Deputy Prosecuting Attorney

DEPARTMENT OF THE PROSECUTING ATTORNEY
COUNTY OF MAUI
150 S. HIGH STREET
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 270-7777 • FAX (808) 270-7927

February 22, 2008

Mark Barrett, Esq.
P.O. Box 896
Norman, Oklahoma 73070

Re: Taryn Christian v. Richard Bissen, Director of
Department of Public Safety
USDC - Civ. No. 04-00743 DAE-LEK

Dear Mr. Barrett:

We are in receipt of your electronic mail correspondence dated February 21, 2008. We have several concerns pertaining to the requests in the email message.

First, at this point, we are opposed to any further discovery being conducted in violation of Judge Kobayashi's 12/27/07 Minute Order ("Order"). Specifically, we are opposed to sending any further evidence to any expert that is not described in the Order.

If you recall, in the latter part of January, you indicated that you were possibly interested in having the Gas Express videotapes, the knife sheath, and the shorts sent to your experts for analysis. Now, in addition to those items, you are expressing interest in swabs and audiotapes of other witness interviews. Based upon this, there are serious concerns that this discovery process could continue indefinitely.

Moreover, as mentioned earlier, we are unaware of the whereabouts of the shorts, and have no idea as to the specific swabs or witness interviews you are referring to, or whether those items even exist.

Second, it appears that your expert, Brian Wraxall is not complying with the Court Initial Discovery Order. Specifically, it appears that Mr. Wraxall has decided not to test items #7 & #8, which are the jacket and cap, respectively.

Mark Barrett, Esq.
Page Two
February 22, 2008


Third, we oppose any request to have all deadlines occur on the same date. In our opinion, the deadline for the motion for evidentiary hearing should fall *after* all other discovery deadlines. This way, both sides will have a better understanding of what questions of fact exist, if any, which would necessitate an evidentiary hearing.

Finally, we have not received ANY payment from you as mandated by the Court in the Order. Back then, the total outstanding was $294.58. Now, the total amount due stands at $449.83. (See attached copies of all invoices to date). Due to this high outstanding balance, we are reluctant to incur any additional non-reimbursed discovery related expenses.

Should you have any questions or concerns, please contact me at (808) 270-7777.

                                    Very truly yours,

                                    PETER A. HANANO
                                    First Deputy Prosecuting Attorney

c: Judge Leslie Kobayashi

attachments

*Maui Police Dept*



400 S HANA HWY
KAHULUI, HI 96732

Location:        OGGA
Device ID:       OGGA-POS1
Employee:        556658
Transaction:     710119745668

---

PRIORITY OVERNIGHT
 845246506810    1.00 lb (S)      $34.83
PRIORITY OVERNIGHT
 845246506820    9.00 lb (M)      $65.89
PRIORITY OVERNIGHT
 845246506831    2.00 lb (M)      $37.96
PRIORITY OVERNIGHT
 845246506853     .50 lb (M)      $23.26
PRIORITY OVERNIGHT
 845246506864    1.00 lb (M)      $34.83
PRIORITY OVERNIGHT
 845246506875    1.00 lb (M)      $34.83

              Shipment subtotal:   $231.60

                    Total Due:     $231.60

                  FedEx Account:   $231.60
                    ****99697

### DUPLICATE

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

October 9, 2007 11:46:05 AM

Keith S. Shigetomi, Esq.
711 Kapiolani Boulevard, Suite 1440
Honolulu, Hawaii  96813

Re: Taryn Christian v. Richard Bissen, et al.
    Civil No. 04-00743 DAE-LEK

| | |
|---|---:|
| Five (5) video tapes @ $10.00 each | $50.00 |
| One (1) audio cassette tape @ $5.00 | 5.00 |
| Total due | $55.00 |

Please make check payable to "COUNTY OF MAUI"

RETURN YELLOW COPY WITH REMITTANCE

```
                                              FedEx
                                              400 S HANA HWY
                                              KAHULUI, HI 96732

                                              Location:      OGGA
                                              Device ID:     OGGA-POS2
                                              Employee:      271996
                                              Transaction:   1012082727279

                                              PRIORITY OVERNIGHT
                                              8631984770777   4.00 lb (M)

                                              Shipment subtotal:      $7.98

                                              Total Due:              $7.98

                                              FedEx Account:          $7.98
                                              ****2037

                        DUPLICATE

                                              M = Weight entered manually
                                              S = Weight read from scale
                                              T = Taxable item

                                              Subject to additional charges. See FedEx Service Guide
                                              at fedex.com for details. All merchandise sales final.

                                              Visit us at: fedex.com
                                              Or call 1.800.GoFedEx
                                              1.800.463.3339

                                              October 4, 2007 1:49:33 PM
```

| FedEx US Airbill | FedEx Tracking Number: 8631 9847 7077 |
|---|---|

**From** Please print and press hard.

Date: 10/4/07   Sender's FedEx Account Number: 1239-2037-1

Sender's Name: MARGO EVANS   Phone: (808) 270-7777

Company: Dept of The Prosecuting Attorney

Address: 150 South High St.

City: Wailuku   State: HI   ZIP: 96793

Your Internal Billing Reference:

**To**

Recipient's Name: KEITH SHIGETOMI   Phone: (808) 596-0880

Company:

Recipient's Address: Pacific Park Plaza   Suite 475

Address: 711 Kapiolani Boulevard

City: Honolulu   State: HI   ZIP: 96813

Sender's Copy

**4a Express Package Service** — Packages up to 150 lbs.
- (X) FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- (X) FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- (X) No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

**7 Payment** Bill to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: 1   Total Weight: 4   Total Declared Value: $.00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

520




STATEMENT

# MAUI COUNTY POLICE DEPARTMENT
55 Mahalani Street
Wailuku, Maui, Hawaii 93793

Date January 16, 2008

Name: Peter Hanano

Deputy Prosecuting Attorney

Main Street

Wailuku, HI 96793

Case No. CR. NO.: 95-0389(1)

| DATE | ITEM | AMOUNT |
|---|---|---|
| 01/16/08 | State of Hawaii vs. Taryn Christian<br><br>Copying charge for MPD report #95-39250<br>2 sets of photos: 74@$1.00<br><br>                        Total Due | $0.00<br>$74.00<br><br><br>$74.00 |
| sg | | |

Please make check payable to:
Maui Police Department
Records Division

## DEPARTMENT OF THE PROSECUTING ATTORNEY
COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
(808) 270-7777

January 17, 2008

Keith S. Shigetomi, Esq.
711 Kapiolani Boulevard, Suite 1440
Honolulu, Hawaii  96813

Re:  Taryn Christian v. Richard Bissen, et al.
     Civil No. 04-1-00743 DAE-LEK

---

Police Report No. 95-39250 - 433 pages @ $.25        $108.25

RETURN YELLOW COPY WITH REMITTANCE

**DEPARTMENT OF THE PROSECUTING ATTORNEY**
COUNTY OF MAUI
WAILUKU, MAUI, HAWAII 96793
(808) 270-7777

January 17, 2008

Keith S. Shigetomi, Esq.
711 Kapiolani Boulevard, Suite 1440
Honolulu, Hawaii  96813

Re: Taryn Christian v. Richard Bissen, et al.
    Civil No. 04-00743 DAE-LEK

---

One (1) video tape @ $10.00              $10.00


Please make check payable to "COUNTY OF MAUI"




RETURN YELLOW COPY WITH REMITTANCE