IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF |
| vs. ) | COUNSEL |
| ) | |
| RICHARD BISSEN, Acting ) | |
| Director, STATE OF HAWAI'I, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## DECLARATION OF COUNSEL

I, PETER A. HANANO, do declare as follows:

1. That Declarant was admitted in 1997 to practice before the United States District Court for the District of Hawaii;

2. That Declarant is a Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and is assigned to answer or otherwise respond on behalf of the State of Hawai'i, Department of Public Safety ("Respondent"), to the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody ("Petition") filed on December 22, 2004, by Petitioner TARYN CHRISTIAN ("Petitioner");

3. That on information and belief, based on Declarant's review of the relevant case files, associated documents of Cr. No. 95-0389(1) and S.P.P. No. 00-1-0002, the factual statements as related in the attached Memorandum in Opposition particularly in the "STATEMENT OF RELEVANT FACTS" section, are true and correct to the best of Declarant's knowledge and belief;

4. That APPENDIX "A" is a true and accurate copy of the letter, including exhibits, sent to Petitioner's attorney on or about October 8, 2007, which is attached hereto and incorporated herein;

5. That APPENDIX "B" is a true and accurate copy of the "letter brief" sent to the Honorable Leslie Kobayashi on December 17, 2007, which is attached hereto and incorporated herein;

6. That APPENDIX "C" is a true and accurate copy of the "letter brief" received from Petitioner's attorney, Mark Barrett, Esq. on December 17, 2007, which is attached hereto and incorporated herein;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Wailuku, Hawaii, March 13, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui