IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RICHARD BISSEN, Acting ) | |
| Director, STATE OF HAWAI'I, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Respondent's Memorandum in Opposition to Petitioner Christian's Motion to Continue Discovery Dates and to Compel Discovery; Declaration of Counsel; and Appendices "A" - "C" was served upon MARK BARRETT, ESQ., Attorney for Petitioner, by electronic mail via the CM/ECF system on March 14, 2008.

PETER A. HANANO
Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents