## **CERTIFICATE OF SERVICE**

    I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last-known address:

    Served electronically through CM/ECF:

Peter Hanano      [peter.hanano@co.maui.hi.us](mailto:peter.hanano@co.maui.hi.us)    March 21, 2008

.

                                              /s/ Mark Barrett
                                              MARK BARRETT