KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367
Fax: 405-366-8329
Email: barrettlaw@sbcglobal.net

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV NO. 04-00743 DAE-LEK |
| | ) | |
| Petitioner, | ) | PETITIONER S EXPERT |
| | ) | WITNESS DISCLOSURE |
| | ) | RE AUDIO RECORDINGS; |
| vs. | ) | |
| | ) | |
| IWALANI D. WHITE, | ) | EXHIBITS RE RECORDINGS; |
| Director, State of Hawaii | ) | |
| Department of Public Safety, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Respondent. | ) | |

**PETITIONER S EXPERT WITNESS DISCLOSURE
RE AUDIO RECORDINGS**

Pursuant to the Court s December 27, 2007 order, Petitioner Taryn Christian

1

hereby files information regarding the work of audio expert John J. Mitchell and his proposed testimony for evidentiary hearing.

The report of Mr. Mitchell, attached as Exhibit A, has been provided previously to the prosecution.

Mr. Mitchell's qualifications and his past testimony are contained in his curriculum vitae, attached as Exhibit B.

The proposed additional paper exhibits for evidentiary hearing are a transcript prepared by Mr. Mitchell of the 911 tape, attached as Exhibit C, and a transcript of the conversation between Lisa Kimmey and Taryn Christian. This transcript (except for the needed addition of the word "Lisa" as set forth in Mr. Mitchell's 2007 report) is contained in the record on pages 748-773 (in Volume VII) of Exhibit Z to the response to the Petition for Writ of Habeas Corpus.

Other proposed exhibits for evidentiary hearing are the original of the 911 tape (in the possession of the prosecution), the original of the Kimmey-Christian tape (in the possession of the prosecution), an audio CD prepared by Mr. Mitchell and labeled "Segments from Kimmey/Christian Recording" (copy provided to the Office of the Prosecuting Attorney for Maui in 2002), an audio CD prepared by Mr. Mitchell and labeled "James Burkhart segments from 911 recording" (copy provided to Office of the Prosecuting Attorney for Maui in 2002), and a data DVD

prepared by Mr. Mitchell and labeled Christian 2007 Wav Data Files. (copy provided recently to the Office of the Prosecuting Attorney for Maui)


Dated: March 27, 2008                                   /s/ Mark Barrett