# Curriculum Vitae

**John J. Mitchell**
Owner/Engineer
Computer Audio Engineering
4810 Marquette Ave., NE
Albuquerque NM 87108
505-268-0496
*info@CAEaudio.com*
http://www.CAEaudio.com

## PROFESSIONAL EXPERIENCE

**1995 - present**   *Computer Audio Engineering, Albuquerque*

Owner, engineer and forensic audio specialist. Providing professional services in the areas of forensic audio (enhancement, authenticity, signal analysis, event sequence analysis, sound identification, dialogue decoding and verification), and commercial audio (recording, editing, signal processing, mastering, Internet audio development and implementation). 40 years of experience in electronic audio techniques, approximately 12 years specializing in forensic audio.

Past forensic clients include agencies of the United States Department of Justice, including the Drug Enforcement Administration, the FDIC Inspector General's Office and the United States Attorney's Office, and various municipal police departments, public defender agencies, plaintiffs' civil lawyers, civil defense lawyers, insurance companies, private investigation agencies, private individuals and have been an audio forensics consultant for CBS News and Canadian news media. A partial client list may be viewed at http://www.caeaudio.com/clients.html. Additional forensic information may be viewed at http://www.caeaudio.com/forensicaudio.html.

**1988-1995**   *The University of New Mexico Foundation, Albuquerque*

Independent contractor as the editor, arranger and orchestrator for The John Donald Robb Musical Trust. Activities included editing, arranging and creating full symphonic orchestrations from piano scores of music in the John Donald Robb music collection archived at the Center for Southwest Research, Zimmerman Library, University of New Mexico.

**1980-1988**   *Albuquerque Public Schools*

Substitute teacher covering all subjects and all grade levels.

**1975-1978**            *Juniata College, Huntingdon, PA*

Instructor of the Classic Guitar.

**1971-1973**            *Bridgewater-Raritan School District, Bridgewater, NJ*

Substitute teacher.

## OTHER PROFESSIONAL EXPERIENCE

**1983-1995**            *Composer America Editions, Albuquerque*

Founded in 1983, a publishing concern for contemporary music and books. Publications have been distributed by international distributors and placed in libraries all over the world.

**1970-1973**            *Free lance musician, New York*

Acquired expert audio recording, mastering, editing and processing technique training from Gary Chester, engineer, Mayfair Studios (United Artists), New York.

## EDUCATION

**1992**            *University of New Mexico*

One credit summer course in computers, music and audio technology.

**1973 -1976**            *The Pennsylvania State University*

34 credits earned, 3.6 GPA, Master of Music, Music Composition. Studies included extensive work in electronic music, including signal processing, recording and editing techniques, signal analysis, sound design, audio recorder operation and maintenance.

**1973 -1976**            *Private student*

Private study of the Classic Guitar with Leonid Bolotine (*The Mannes College of Music, New York*.)

**1964 -1969**            *The Pennsylvania State University*

Bachelor of Science, Music Education, Deans List. Began studies of electronic music in 1967.

## PROFESSIONAL MEMBERSHIP

   Lifetime member American College of Forensic Examiners

*John J. Mitchell*                                               2                                        *September 13, 2007*

**Testimony and Deposition Record**

In addition to the following, numerous affidavits have been submitted.

Testimony

January 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHlGAN
SOUTHERN DIVISION
CASE NO.4:04-CR-50044-01
UNITED STATES OF AMERICA v. MUKUNDA DEV MUKHERJEE, M.D.

---------------------------------

Deposition

Date of deposition: March 29, 2007

Superior Court of California
County of San Mateo
CASE NO: CIV 453148

Valery Walsh-Nicholas v. City of Pacifica, Erica Johnson, Chief Patrick Brennan, Captain James Tasa and Does 1 to 25, inclusive