IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | Civil No. 04-00743-DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD BISSEN, ET AL. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## TRANSCRIPT OF 911 TAPE

| | | |
|---|---|---|
| 0:03.6 | OPERATOR: | 911. |
| 0:05.3 | MR. PERRY: | Hi, um, this is Rob Perry at 20D Haleakala Gardens, Kulanihakoi Street in Kihei. |
| 0:12.3 | OPERATOR: | Uh-huh. |
| 0:12.8 | MR. PERRY: | I'm just hearing some loud noises that I don't know if it's a domestic disturbance, but it's out on the street, some people are yelling. |
| 0:19.3 | UNIDENTIFIED FEMALE: | (Indistinguishable). |
| 0:20.6 | OPERATOR: | Okay. |
| 0:21.5 | MR. PERRY: | And... |
| 0:21.7 | OPERATOR: | Out on the street in front of Haleakala Gardens? |
| 0:23.8 | MR. PERRY: | Yeah. They're right, like, by the church or the, uh, Kiawe Terrace. |
| 0:27.9 | UNIDENTIFIED FEMALE: | Don't call him an asshole. |
| 0:29.2 | MR. PERRY: | There's some... |
| 0:30.1 | OPERATOR: | Is that the yelling that's going on out...that I hear in the background? |
| 0:32.4 | MR. PERRY: | Yes, that is, and that's...well, at least a few hundred yards away, you can tell. |
| 0:37.7 | UNIDENTIFIED FEMALE: | Tesha. |
| 0:38.7 | MR. PERRY: | Hear it? |

| | | |
|---|---|---|
| 0:38.9 | OPERATOR: | Okay. Yes. Is it male or female... |
| 0:42.2 | MR. PERRY: | It... |
| 0:42.6 | OPERATOR: | …females or… |
| 0:43.0 | MR. PERRY: | I hear females and males. |
| 0:45.4 | UNIDENTIFIED MALE: | You get help. This is serious. |
| 0:49.9 | MR. PERRY: | There seems to be a number of people. |
| 0:53.4 | UNIDENTIFIED SPEAKER: | (Indistinguishable). |
| 0:54.1 | UNIDENTIFIED SPEAKER: | Really. |
| 0:56.0 | OPERATOR: | Can you tell what they're screaming at or saying? |
| 0:58.0 | MR. PERRY: | They're saying something like Sasha or Stasha, something like that. |
| 1:01.1 | OPERATOR: | Sasha. |
| 1:04.2 | UNIDENTIFIED FEMALE: | Sasha. |
| 1:05.8 | OPERATOR: | Is she looking for somebody? |
| 1:07.4 | MR. PERRY: | I have no idea. It sounds like she's looking for someone or something, and I'm hearing some male voices yelling in the background. |
| 1:15.0 | OPERATOR: | Same name. |
| 1:16.1 | MR. PERRY: | Yeah. Or they're yelling at the other lady now. |
| 1:20.9 | UNIDENTIFIED FEMALE: | Vilmar |
| 1:22.7 | UNIDENTIFIED MALE: | (Indistinguishable). |
| | (Telephone tones.) | |
| 1:24.0 | UNIDENTIFIED FEMALE: | Help. Tesha. |
| 1:27.0 | UNIDENTIFIED MALE: | You lose today. |
| 1:27.8 | MR. PERRY: | Some sort of arguing going on. |
| 1:29.2 | OPERATOR: | Okay. Can you, um...are you able to see them or... |
| 1:32.1 | MR. PERRY: | No, there's a hedge between me and the road from where my... |
| 1:35.4 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 1:36.0 | OPERATOR: | You're just going by what you're hearing? |
| 1:37.2 | UNIDENTIFIED SPEAKER: | Chris. |

| | | |
|---|---|---|
| 1:37.8 | MR. PERRY: | Yeah. |
| 1:38.1 | OPERATOR: | Okay. |
| 1:38.4 | UNIDENTIFIED FEMALE: | (Indistinguishable.) |
| 1:38.8 | MR. PERRY: | I'm hearing a big argument and it sounds like a fight going on now. |
| 1:41.9 | OPERATOR: | Now, a big argument. |
| 1:46.4 | UNIDENTIFIED FEMALE: | Tesha. |
| 1:47.3 | UNIDENTIFIED MALE: | Drop him. |
| 1:49.1 | OPERATOR: | Is it verbal or just...do you hear any punches? |
| 1:51.2 | MR. PERRY: | I hear verbal stuff. I don't see anything. |
| 1:55.3 | UNIDENTIFIED MALE: | Back up. Get back. Drop the knife. |
| 1:58.6 | UNIDENTIFIED FEMALE: | (Crying). |
| 2:00.3 | UNIDENTIFIED MALE: | Don't panic. |
| 2:01.0 | UNIDENTIFIED FEMALE: | (Crying). |
| 2:02.0 | MR. PERRY: | I hear crying. |
| 2:02.8 | OPERATOR: | Crying. Somebody's crying? |
| 2:04.0 | MR. PERRY: | Yeah. |
| 2:04.2 | OPERATOR: | Okay. |
| 2:06.5 | UNIDENTIFIED SPEAKER: | (Likely is system cross-talk. "Tell her to call back" can be heard). |
| 2:11.1 | OPERATOR: | Okay. Hold on. What else? |
| 2:15.1 | MR. PERRY: | Hold on. Let me see if I can… |
| 2:18.0 | OPERATOR: | No, you don't have to look if you don't want to, just... |
| 2:19.7 | MR. PERRY: | Oh, no, I can...I can go out there. |
| 2:20.9 | OPERATOR: | Okay. |
| 2:23.1 | UNIDENTIFIED FEMALE: | Stop. |
| 2:25.1 | MR. PERRY: | It sounds like someone is being hurt. |
| 2:27.4 | OPERATOR: | Okay. Sounds like they're running or something? |
| 2:29.4 | MR. PERRY: | Yeah. |
| 2:31.9 | (Door opens) | |

| Time | Speaker | Text |
|---|---|---|
| 2:41.9 | MR. PERRY: | Okay. There's...yeah, my father, who is the, um, manager of this complex... |
| 2:48.1 | OPERATOR: | Yeah. |
| 2:48.3 | MR. PERRY: | …has gone out to investigate, also. |
| 2:50.5 | OPERATOR: | Okay. |
| 2:50.6 | UNIDENTIFIED FEMALE: | Tesha. |
| 2:51.0 | (Background voices) | |
| 2:53.1 | MR. PERRY: | Let me, let me go out. He's...he's right by. I can see what's going on now. |
| 2:56.9 | OPERATOR: | Okay. |
| 2:58.6 | UNIDENTIFIED FEMALE: | I'm looking out the window. I can see movement now. |
| 3:01.9 | UNIDENTIFIED MALE: | Call the... |
| 3:03.0 | UNIDENTIFIED FEMALE: | Oh, God. |
| 3:03.8 | UNIDENTIFIED MALE: | Call the police. |
| 3:04.9 | UNIDENTIFIED FEMALE: | Help. |
| 3:05.2 | MR. PERRY: | Yes. |
| 3:06.5 | UNIDENTIFIED FEMALE: | (Indistinguishable). |
| 3:07.1 | MR. PERRY: | Oh, God, there's something wrong. There's people bleeding. |
| 3:10.0 | OPERATOR: | Okay. |
| 3:10.4 | MR. PERRY: | There's some... |
| 3:10.6 | OPERATOR: | You need a medic, too. |
| 3:11.1 | UNIDENTIFIED MALE: | He'll outrun the police. |
| 3:12.0 | MR. PERRY: | Yeah, you're going to be all right. This...we need the police. Someone's hurt bad. |
| 3:15.3 | OPERATOR: | Is it a phone call...I mean, is it an accident or... |
| 3:17.7 | MR. PERRY: | Yes. There's someone...there's someone out here. He's bleeding. |
| 3:20.6 | OPERATOR: | Okay. |
| 3:21.4 | MR. PERRY: | Stay still. |
| 3:22.2 | OPERATOR: | Okay. |

| Time | Speaker | Dialogue |
|---|---|---|
| 3:22.4 | MR. PERRY: | We need an ambulance here. |
| 3:22.8 | OPERATOR: | Tell him to stay still. |
| 3:23.8 | UNIDENTIFIED MALE: | It was really tough. I didn't mean it. He's really dark inside. |
| 3:27.3 | UNIDENTIFIED MALE: | Who was it? |
| 3:28.8 | OPERATOR: | What happened? |
| 3:30.1 | MR. PERRY: | Um, do you know what happened? |
| 3:32.3 | MALE WITNESS: | There was a guy right there and he went… |
| 3:32.8 | OPERATOR: | Was it a car accident? |
| 3:33.8 | MR. PERRY: | The guy ran off towards South Kihei Road. |
| 3:36.8 | OPERATOR: | Okay, give me the description. |
| 3:38.1 | MR. PERRY: | I don't have a description. Uh... |
| 3:40.5 | MALE WITNESS: | He, he's about 6'2". |
| 3:42.5 | MR. PERRY: | 6'2". |
| 3:42.8 | MALE WITNESS: | He's wearing...he's wearing a… |
| 3:44.2 | UNIDENTIFIED FEMALE: | Tesha... |
| 3:44.7 | MALE WITNESS: | -- a green flannel shirt. |
| 3:46.6 | MR. PERRY: | Green flannel shirt. |
| 3:47.7 | MALE WITNESS: | Baggy pants. |
| 3:48.5 | MR. PERRY: | Baggy pants. |
| 3:49.7 | MALE WITNESS: | Disappeared. |
| 3:50.5 | MALE WITNESS: | He looked like a haole guy. |
| 3:51.9 | MR. PERRY: | Haole guy. |
| 3:52.8 | MALE WITNESS: | Was it a haole guy? |
| 3:53.7 | UNIDENTIFIED SPEAKER: | Yeah, I think that's right. |
| 3:54.4 | MALE WITNESS: | Yeah. |
| 3:54.9 | OPERATOR: | Baggy pants. |
| 3:56.7 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 3:57.7 | OPERATOR: | Okay. |
| 3:58.7 | MR. PERRY: | Okay. I'm starting...I'm losing contact. Sorry. |

| Time | Speaker | Dialogue |
|---|---|---|
| 4:02.3 | OPERATOR: | Okay. |
| 4:03.4 | MR. PERRY: | Uh, can you still hear me? |
| 4:04.6 | OPERATOR: | How long ago did he run? |
| 4:05.8 | MR. PERRY: | How long ago did he run? |
| 4:07.9 | MALE WITNESS: | Um, about four minutes ago. |
| 4:09.6 | MR. PERRY: | Four minutes ago, about the time I started calling. |
| 4:12.6 | OPERATOR: | And he's heading towards... |
| 4:13.9 | MR. PERRY: | Uh, we have knife wounds here. |
| 4:15.8 | OPERATOR: | Okay. |
| 4:16.7 | MR. PERRY: | He's bleeding bad and... |
| 4:18.0 | OPERATOR: | Okay. |
| 4:18.5 | MR. PERRY: | The abdomen and… |
| 4:20.1 | MR. PERRY: | …arm. |
| 4:20.6 | OPERATOR: | Abdomen and what? |
| 4:22.0 | MR. PERRY: | Abdomen and...where are the wounds, please? |
| 4:25.6 | UNIDENTIFIED MALE: | On his chest. |
| 4:25.8 | UNIDENTIFIED FEMALE: | On his chest. |
| 4:26.8 | MR. PERRY: | Chest and abdomen? |
| 4:28.2 | UNIDENTIFIED FEMALE: | Yes. |
| 4:28.7 | MR. PERRY: | Yes, chest and abdomen. |
| 4:30.8 | OPERATOR: | Okay. He's...he went towards Wailea. |
| 4:33.2 | MR. PERRY: | He went towards South Kihei Road, uh, toward the beach... |
| 4:37.3 | UNIDENTIFIED FEMALE: | It was tough. I'm hot and sweating. |
| 4:39.3 | MR. PERRY: | …from Haleakala Gardens, Kiawe Terrace area. |
| 4:53.2 | OPERATOR: | Okay. Did he take the knife with him, or did he drop it? |
| 4:55.5 | MR. PERRY: | No, the knife is still here. |
| 4:57.1 | OPERATOR: | The knife is still there. |
| 4:58.4 | MR. PERRY: | Is the knife still there? |

| | | |
|---|---|---|
| 4:59.9 | UNIDENTIFIED FEMALE: | Yes (indistinguishable) there. |
| 5:00.1 | MR. PERRY: | Don't touch the knife in case we need that. |
| 5:02.9 | UNIDENTIFIED FEMALE: | That's just not a problem, we won't do that. |
| 5:04.3 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 5:05.2 | MR. PERRY: | Okay. |
| 5:06.8 | UNIDENTIFIED MALE: | James Burkhardt just walked off. |
| 5:08.1 | OPERATOR: | Okay. |
| 5:08.5 | UNIDENTIFIED FEMALE: | Save your breath. |
| 5:08.8 | UNIDENTIFIED MALE: | Get him. |
| 5:09.3 | OPERATOR: | Hold on. We have medics and police coming, okay. |
| 5:11.5 | MR. PERRY: | Ah, medics and police are coming. |
| 5:13.6 | UNIDENTIFIED FEMALE: | Don't fight it. |
| 5:14.2 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 5:14.4 | OPERATOR: | Copy for me. |
| 5:15.7 | MR. PERRY: | What? |
| 5:16.4 | OPERATOR: | No, no, no... |
| 5:17.0 | MR. PERRY: | Okay. |
| 5:17.2 | OPERATOR: | I'm talking to the other dispatcher. Okay. |
| 5:19.4 | UNIDENTIFIED MALE: | Tell her we were robbed by Chris Diaz. |
| 5:21.8 | OPERATOR: | Yeah, correct. |
| 5:22.2 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 5:23.7 | UNIDENTIFIED FEMALE: | Tesha. Tesha. |
| 5:29.8 | MR. PERRY: | Stay still, stay still. You don't want to keep bleeding. |
| 5:32.3 | UNIDENTIFIED MALE: | Why didn't the alarm go off. Turned it on a long time ago. |
| 5:36.1 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 5:37.0 | UNIDENTIFIED MALE: | Cannot breathe. |
| 5:38.0 | OPERATOR: | Okay. Only the one person is... |
| 5:39.3 | MR. PERRY: | He's complaining that he can't breathe. |
| 5:41.1 | OPERATOR: | Okay. Hold on. |

| | | |
|---|---|---|
| 5:42.9 | UNIDENTIFIED MALE: | He laughed. |
| 5:43.8 | OPERATOR: | Okay. Hold on. I'm going to dispatch the medics. I'll be right back with you. |
| 5:46.7 | MR. PERRY: | Okay. |
| 5:47.0 | UNIDENTIFIED MALE: | (Indistinguishable). |
| 5:47.6 | (Telephone tones). | |
| 6:18.5 | OPERATOR: | Okay. Rob? |
| 6:19.3 | MR. PERRY: | Yes. Yeah, they're...they're here now. |
| 6:22.6 | OPERATOR: | Okay. Go ahead, go talk to them. |
| 6:24.4 | MR. PERRY: | Okay. |
| 6:24.9 | OPERATOR: | Okay, bye-bye. |
| 6:25.4 | MR. PERRY: | All right. |

(End of 911 recording).

---

I, John J. Mitchell, having been duly sworn, State that I have prepared the foregoing **TRANSCRIPT** and that the contents therein are true and correct to the best of my knowledge and belief.

Dated this 29th day of Nov, 2007.

John J. Mitchell

Subscribed and sworn to me this 29 day of November, 2007 by John J. Mitchell.

Witness my hand and official seal.

My Commission expires: 4/25/2011

OFFICIAL SEAL
**MARGARET PACHECO-BATTLE**
NOTARY PUBLIC - STATE OF NEW MEXICO
My commission expires: 4/25/2011

Notary Public