## CERTIFICATE OF SERVICE

    I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last-known address:

    Served electronically through CM/ECF:

Peter Hanano      peter.hanano@co.maui.hi.us      March 27, 2008

.

                                        /s/ Mark Barrett
                                        MARK BARRETT