# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Iwalani D. White, etc. |
| ATTYS FOR PLA: | Keith S. Shigetomi<br>Mark Barrett |
| ATTYS FOR DEFT: | Peter A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7; Courtroom 7-No Record |
| DATE: | 04/02/2008 | TIME: | **FTR (9:09-9:43)**; No Record (9:44-9:52) |

COURT ACTION:  EP: Petitioner's Motion to Continue Discovery Dates and to Compel Discovery - Mark Barrett participated by phone.

Arguments heard.

Motion Granted in Part and Denied in Part and terminated.  Court to issue Order.

Status Conference held.

Evidentiary Hearing set for 10/27/2008 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager