# EXHIBIT "A"

CHARMAINE TAVARES
Mayor



BENJAMIN M. ACOB
Prosecuting Attorney

PETER A. HANANO
First Deputy Prosecuting Attorney

**DEPARTMENT OF THE PROSECUTING ATTORNEY**
COUNTY OF MAUI
150 SOUTH HIGH STREET
WAILUKU, MAUI, HAWAII 96793
PHONE (808) 270-7777 • FAX (808) 270-7927

4/9/08

TO:           PETER HANANO, FIRST DEPUTY PROSECUTING ATTORNEY

FROM:         MARGO E.R. EVANS, INVESTIGATOR V

RE:           TARYN CHRISTIAN CIVIL NO. 04-00743

RE:           EVIDENCE AT THE MAUI POLICE DEPARTMENT
              MURDER 2 CASE RPT# 95-39250

On 4/8/08 at about 1100 hrs., along with First Deputy Peter Hanano, Dpa Richard Minatoya and MPD Evidence Custodian Sheila Kimura, viewed the evidence in this case and I listed audio and video tapes that were being held at MPD. Refer to attached evidence records of items viewed.

**ORIGINAL <u>AUDIO CASSETTE</u> TAPES AT THE MAUI POLICE DEPARTMENT:**
Lisa Kimmey and Taryn Christian telephone conversation
911 call
Patricia Mullins
Wayne Barrileaux
Darrel Macadangdang and Tammy Lee Dooley
Laura Lei Gorospe
Megan Kenny
Danny Macadangdang
Det. Hervina Santos and James H. Burkhart interview

**ORIGINAL <u>VIDEO TAPES</u> AT THE MAUI POLICE DEPARTMENT:**
Gas Express (First Hawaiian Bank outside)
Gas Express (Office)
MCCC Inmates (Todd Nishihara, Paul Richardson, David Auld)
Hidden camera at the wake service at Saint Theresa
Autopsy of Vilmar Cabaccang
Mrs. L. Smith

Submitted by:
*Margo E.R. Evans*

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO. **95-39250**

**Type of Property:** X Evidence Record

| Field | Value |
|---|---|
| Classification | MURDER-II |
| Date Occurred | 07/14/95 |
| Recovered by | Det. A. Funes |
| Date Recovered - Time | 08/17/95 13:10 |
| Complainant | CABACCANG, VILMAR |
| Address | # Kulanihakoi St. Kihei |
| Name of Owner | Maui Police Dept., Det. A. Funes |
| Address | c/o Maui Police |
| Witness to Recovery | Lt. Ribao, Wayne |
| Address | c/o Maui Police |

**Brief Facts and Circumstances of Recovery:** Below item recovered & submitted as evidence.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION | SERIAL NO. | $ VALUE | WHERE/HOW MARKED |
|---|---|---|---|---|---|---|
| 1 | 1 | Cassette Tape | With a conversation between Taryn Christian & Lisa Kimmey | | | Det. A. Funes 08/17/95 on envelope |

N/A

## CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Det. A. Funes | P. Dimaca | 09/05/95 | 12:50 |
| 1 | P. Dimaca 6335 | M. Rogers | 10/2/95 | 1531 |
| 1 | M. Rogers | S. Tukuda | 16/1/01 | 800 |
| 1 | S. Tukuda | P. D. 6305 | 10/01/07 | 08:45 |

**Report written by:** Det. A. Funes   Date: 08/17/95   Time: 14:21

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137
REPORT NO. 95-3925C

**TYPE OF PROPERTY:** X — EVIDENCE RECORD

- Classification: MURDER-II
- Date Occurred: 07.14.95
- Recovered By: DET. A. FUNES
- Date Recovered: 08.16.95 / 15:—
- Complainant: CABACCANG, VILMAR P. — #6 Kulani Akoi St., Kihei
- Vocation/Person Recovered From: Maui Police Dept. / Det. A. Funes — c/o Maui Police Dept.

**Brief Facts and Circumstances of Recovery:** Below item submitted as evidence.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARK (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | Cassette Tape | From Dispatch on cassette, calls on Nine One-One Line | | | A. Fun 08/16/95 on tape |

Will be sending original to [signature]

to MPD 10/3/07

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Det. A. Funes | M. Rogers | 9.26.95 | 14— |
| | M. Rogers | | | |

Report Written By: Det. A. Funes   Date: 08/16/95   Time: 15:00

**FINAL DISPOSITION OF PROPERTY**

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137 — (SEI)

REPORT NO. **95-39250**

**TYPE OF PROPERTY:** EVIDENCE RECORD

| Field | Value |
|---|---|
| Classification | MURDER II |
| Date Occurred | 07/14/95 |
| Recovered By | T. GAPERO |
| Date Recovered - Time | 04/18/96  1500 |
| Complainant | CABACCANG, Vilmar |
| Address | #6 Hakoi Pl., Kihei, HI. |
| Name of Owner | Maui Police Dept. |
| Address | 55 Mahalani St., Wailuku, HI. |

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY:**
The below listed item was recovered during the continued investigation of this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | CASSETTE TAPE | Maxell UR 60 minutes audio cassette tape containing the interview of Patricia MULLINS. Placed within a white envelope marked 95-39250, TKG | | | |

(23)

## CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | P. Dimua | 09/04/96 | 05:45 |
| 1 | P. Dimua 6835 | M. Rogers | 2/11/97 | 1345 |
| | M. Rogers | | | |

**REPORT WRITTEN BY:** Timothy K. GAPERO, E6634    DATE: 04/18/96    TIME: 1615

FINAL DISPOSITION OF PROPERTY

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137  
REPORT NO. 95-39250  
(SEI)

**TYPE OF PROPERTY:** EVIDENCE RECORD

| Field | Value |
|---|---|
| Classification | MURDER II |
| Date Occurred | 07/14/95 |
| Recovered By | T. GAPERO |
| Date Recovered - Time | 09/09/96  1400 |
| Complainant | CABACCANG, Vilmar |
| Address | #6 Hakoi Pl., Kihei, HI. |
| Location/Person Recovered From | 55 Mahalani St., Wailuku (C.I.D.) |

**Brief Facts and Circumstances of Recovery:**  
The below listed item was recovered during the investigation of this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | CASSTTE TAPE: | Audio cassette tape, Maxell UR 60 contains tape recorded conversation of Wayne BARRILLEAUX.  Place within a white envelope marked 95-39250, TKG. | | | |

## CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | [signature] | 09/10/96 | 07/40 |
| 1 | [signature] 6835 | [signature] Rogers | 2/11/97 | 1345 |
| 1 | [signature] Rogers | | | |

**Report Written By:** Timothy K. GAPERO, E6634  **Date:** 09/09/96  **Time:** 1412

FINAL DISPOSITION OF PROPERTY

SEI

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO. 95-39250

**TYPE OF PROPERTY**

**PRISONER PROPERTY RECEIPT**
- DATE ARRESTED:
- CHARGE:
- NAME OF PRISONER (LAST, FIRST, MIDDLE):
- OFFICER CONDUCTING SEARCH:
- DISTRICT REPORT NO.:
- PRISONER SIGNATURE:
- DATE PROPERTY TAKEN - TIME:
- WITNESS TO SEARCH:

**PROPERTY RECEIPT**
- OFFICER RECEIVING PROPERTY:
- NAME OF OWNER (IF KNOWN) LAST, FIRST, MIDDLE:
- ADDRESS:
- DATE PROPERTY REC. - TIME:

**EVIDENCE RECORD**
- CLASSIFICATION: MURDER II
- DATE OCCURRED: 07/14/95
- RECOVERED BY: T. GAPERO
- DATE RECOVERED - TIME: 09/03/96  1200
- COMPLAINANT: CABACCANG, Vilmar
- ADDRESS: #6 Hakoi Pl., Kihei, HI.
- NAME OF OWNER: Maui Police Dept.
- ADDRESS: 55 Mahalani St., Wailuku, HI.
- LOCATION/PERSON RECOVERED FROM:
- WITNESS TO RECOVERY:

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY**
The below listed item was recovered during the continued investigation of this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | CASSETTE | Sony HF 60 minutes audio cassette tape contains the interview of Darrel Macadangdang and Tammy Lee Dooley | | | |

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | S. Dimura | 09/04/96 | 1545 |
| 1 | S. Dimura 6835 | M. Rogers | 2/11/97 | 1345 |
| 1 | M. Rogers | | | |

REPORT WRITTEN BY: Timothy K. GAPERO, E6634   DATE: 09/03/96   TIME: 1245
SUPERVISOR APPROVAL:

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.

SIGNATURE / ADDRESS / STREET / CITY/TOWN / STATE / DATE / TIME

**FINAL DISPOSITION OF PROPERTY**

(SEI)

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO. 95-39250

**TYPE OF PROPERTY**

**PRISONER PROPERTY RECEIPT**
- DATE ARRESTED:
- CHARGE:
- NAME OF PRISONER (LAST, FIRST, MIDDLE):
- OFFICER CONDUCTING SEARCH:
- DISTRICT REPORT NO.:
- PRISONER SIGNATURE:
- DATE PROPERTY TAKEN - TIME:
- WITNESS TO SEARCH:

**PROPERTY RECEIPT**
- OFFICER RECEIVING PROPERTY:
- DATE PROPERTY REC. - TIME:
- NAME OF OWNER (IF KNOWN) LAST, FIRST, MIDDLE:
- ADDRESS:

**EVIDENCE RECORD**
- CLASSIFICATION: MURDER II
- DATE OCCURRED: 07/14/95
- RECOVERED BY NAME: T. GAPERO
- DATE RECOVERED - TIME: 08/30/96  0745
- COMPLAINANT: CABACCANG, Vilmar
- ADDRESS: #6 Hakoi Pl., Kihei, HI.
- NAME OF OWNER: Maui Police Dept.
- ADDRESS: 55 Mahalani St., Wailuku, HI.
- LOCATION/PERSON RECOVERED FROM:
- WITNESS TO RECOVERY:

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY**
The below listed item was recovered during the continued investigation of this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | CASSETTE TAPE | Sony HF 60 minutes audio cassette tape containing interview of Laura Lei GOROSPE. | | | |
| | | | Placed within white envelope marked 95-39250, TKG. | | | |

(24)

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | P. Dimmun | 09/04/96 | 15:45 |
| 1 | P. Dimmun  6835 | M. Rogers | 2/11/97 | 13:45 |
| | M. Rogers | | | |

**REPORT WRITTEN BY:** Timothy K. GAPERO, E6634
**DATE:** 08/30/96  **TIME:** 0800
SUPERVISOR APPROVAL:

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____ THE ABOVE DESCRIBED PROPERTY.
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.

SIGNATURE / ADDRESS STREET / CITY/TOWN / STATE / DATE / TIME

**FINAL DISPOSITION OF PROPERTY**

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO. 95-39250

**TYPE OF PROPERTY:** EVIDENCE RECORD

- **Classification:** MURDER II
- **Date Occurred:** 07/14/95
- **Recovered by:** T. GAPERO
- **Date Recovered - Time:** 02/28/96  1400
- **Complainant:** CABACCANG, Vilmar — #6 Hakoi Pl., Kihei, HI.
- **Name of Owner:** Maui Police Dept. — 55 Mahalani St., Wailuku, HI.

**Brief Facts and Circumstances of Recovery:**
The below listed item was recovered during the continued investigation of this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | CASSETTE TAPE | Audio cassette tape of interview with Megan KENNEY, Maxell UR 60, dated 02/26/96. | | | |
| 2 | 1 | CASSETTE TAPE | Audio cassette tape of interview with Megan KENNEY (Recording error-questions only) Maxell UR 60, dated 02/27/96. Both placed within white envelope marked 95-39250, TKG. | | | |

(25)

## CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | P. Dimura | 09/04/96 | 15:45 |
| 1-2 | P. Dimura, 6835 | M. Rogers | 2/11/97 | 1345 |
| 1-2 | M. Rogers | | | |

**Report written by:** Timothy K. GAPERO, E6634  
**Date:** 02/28/96  **Time:** 1745

FINAL DISPOSITION OF PROPERTY

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO. 95-39250

SE:1

**TYPE OF PROPERTY**

**PRISONER PROPERTY RECEIPT**
- DATE ARRESTED:
- CHARGE:
- NAME OF PRISONER (LAST, FIRST, MIDDLE):
- OFFICER CONDUCTING SEARCH:
- DISTRICT REPORT NO.:
- PRISONER SIGNATURE:
- DATE PROPERTY TAKEN - TIME:
- WITNESS TO SEARCH:

**PROPERTY RECEIPT**
- OFFICER RECEIVING PROPERTY:
- NAME OF OWNER (IF KNOWN):
- ADDRESS:
- DATE PROPERTY REC. - TIME:

**EVIDENCE RECORD**
- CLASSIFICATION: MURDER II
- DATE OCCURRED: 07/14/95
- RECOVERED BY: T. GAPERO
- DATE RECOVERED - TIME: 07/03/96  0745
- COMPLAINANT: CABACCANG, Vilmar
- ADDRESS: #6 Hakoi Pl., Kihei, HI.
- NAME OF OWNER: Maui Police Dept.
- ADDRESS: 55 Mahalani St., Wailuku, HI.
- LOCATION/PERSON RECOVERED FROM:
- WITNESS TO RECOVERY:

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY**
The below listed item was recovered during the continued investigation of this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | CASSETTE TAPE | Maxell UR 60 minutes audio cassette tape containing interview of Danny MACADANGDANG. | | | |
| | | | Placed within white envelope marked 95-39250, TKG. | | | |

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | S. Dimaya | 09/04/96 | 15:45 |
| 1 | S. Dimaya 6835 | M. Rogers | 2/11/97 | 1345 |
| 1 | M. Rogers | | | |

REPORT WRITTEN BY: Timothy K. GAPERO, E6634
DATE: 07/03/96   TIME: 0800
SUPERVISOR APPROVAL:

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.

SIGNATURE | ADDRESS STREET | CITY/TOWN | STATE | DATE | TIME

**FINAL DISPOSITION OF PROPERTY**

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

**REPORT NO.:** #95-39250

## PRISONER PROPERTY RECEIPT
- NAME OF PRISONER (LAST, FIRST, MIDDLE):
- OFFICER CONDUCTING SEARCH:
- DISTRICT REPORT NO.:
- PRISONER SIGNATURE:
- DATE PROPERTY TAKEN – TIME:
- WITNESS TO SEARCH:

## PROPERTY RECEIPT
- OFFICER RECEIVING PROPERTY:
- DATE PROPERTY REC. – TIME:
- NAME OF OWNER (IF KNOWN):
- ADDRESS:

## EVIDENCE RECORD

| Field | Value |
|---|---|
| CLASSIFICATION | MURDER II |
| DATE OCCURRED | 07/14/95 |
| RECOVERED BY | DET. SANTOS, Hervina |
| DATE RECOVERED / TIME | 02/28/96 / 1345 |
| COMPLAINANT | V-1 CABACCANG, Vilmar — #6 Hakoi Place, Kihei, HI. |
| NAME OF OWNER | MAUI COUNTY POLICE DEPARTMENT — 55 Mahalani Street, Wailuku, HI. |
| LOCATION/PERSON RECOVERED FROM | WKU C.I.D. |
| WITNESS TO RECOVERY | BURKHART, James H. — c/o M.C.C.C. |

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY:** Item listed tape interview.

| QTY | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|
| 1 | Cassette | (1) "SCOTCH BX 60" brand cassette tape, Side A – tape interview with James H. BURKHART on 02/28/96. | | | TAPE MARKED W/ADHESIVE LABEL ON SIDE A with Rpt. #95-39250 placed in cassette case and placed in ENVELOPE Marked EVIDENCE #95-39250 MURDER II 02/28/96 h.s. |

(13)

### CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | DET. HERVINA L. SANTOS E6533 | A. Dimun | 02/29/96 | 0835 |
| 1 | A. Dimun 6635 | M. Rogers | 5/14/96 | 1400 |
| 1 | M. Rogers | | | |

REPORT WRITTEN BY: DET. HERVINA L. SANTOS 6533   DATE: 02/29/96   TIME: 0830
SUPERVISOR APPROVAL:

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____ THE ABOVE DESCRIBED PROPERTY. HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.

SIGNATURE | ADDRESS | STREET | CITY/TOWN | STATE | DATE | TIME

**FINAL DISPOSITION OF PROPERTY:**   DATE:   TIME:

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

**FORM 137**

**REPORT NO.** 95-3925

| Type of Property | Field | Details |
|---|---|---|
| | PRISONER PROPERTY RECEIPT | Name of Prisoner / Prisoner Signature / Date Arrested / Charge / Officer Conducting Search / Date Property Taken – Time / Witness to Search |
| | PROPERTY RECEIPT | Name of Owner (if known) / Officer Receiving Property / Date Property Rec. |
| X | EVIDENCE RECORD | Classification / Date Occurred: 07-14-95 / Recovered by: Det. A. Funes / Date Recovered: 07-14-95 |
| | Complainant | — |
| | Name of Owner | First Hawn. Bank Kihei / Sandra Kobayashi / Lipoa Center, Kihei |
| | Location/Person Recovered From | — |
| | Witness to Recovery | — |

**Brief facts and circumstances of recovery:** Below item recovered as evidence —

| It. No. | Qty. | Item/Article | Description (Trademark, Color, Size, etc.) | Serial No. | $ Value | Where/How Marked (Evidence only) |
|---|---|---|---|---|---|---|
| 1 | 1 | Video | Cassette tape from Express, Piilani Hwy at Ohukai, Kihei | | | A. Funes 07/14/95 on cassette |

## Chain of Custody / Property Transfer

| Item No. | Received From Signature | Received By Signature | Date | Time |
|---|---|---|---|---|
| 1 | Sandra Kobayashi | Det. A. Funes | 07-14-95 | 1655 |
| 1 | Det. A. Funes | M. Rogers | | |
| 1 | M. Rogers | | 9-26-95 | 1415 |

**Report Written By:** Det. A. Funes  **Date:** 07-14-95  **Time:** 1800

Supervisor Approval / Received of the Chief of Police, per Officer

I hereby certify that I am the legal owner or legal agent of owner of the above described property.

**Signature / Address / Street / City/Town / State / Date / Time**

**Final Disposition of Property**

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

(399) FORM 37
REPORT NO. 95-39250

**TYPE OF PROPERTY: XX EVIDENCE RECORD**

- PRISONER PROPERTY RECEIPT
- PROPERTY RECEIPT
- EVIDENCE RECORD

CLASSIFICATION: ATT. MURDER
DATE OCCURRED: 07/14/95
RECOVERED BY: DET. B. KAYA

COMPLAINANT: CABACCANG, Vilmar
NAME OF OWNER: BAILES, Donald S. — C/O GAS EXPRESS (Ohukai Road)
LOCATION/PERSON RECOVERED FROM: Video camera installed within office. — Gas Express (Ohukai Road)
WITNESS TO RECOVERY: DET. MATSUOKA, Milton M. — C/O MAUI POLICE DEPT.

BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY: The below mentioned item was recovered as evidence in this case.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | Video cassette tape | "FUJI" NAVC) (04/95) | | | Report no & initial written in black ink |

## CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Donald S. Bailes | DET. Brian M. KAYA E7446 | 07/17/95 | 1715 |
| 1 | DET. Brian M. KAYA E7446 | [signature] | 02/20/96 | 14:5 |
| | [signature] 4535 | [signature] E6052 | 7/31/% | 142 |
| | | [signature] | 07/31/96 | 16 |
| | [signature] 6033 | Rogers | 2/11/97 | 134 |
| | M. Rogers | | | |

REPORT BY: DET. Brian M. KAYA E7446  DATE: 07/17/95  TIME: 1800
SUPERVISOR APPROVAL:

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.
SIGNATURE / ADDRESS / STREET / CITY/TOWN / STATE / DATE / TIME

FINAL DISPOSITION OF PROPERTY:

**MAUI COUNTY POLICE DEPARTMENT** — PROPERTY REPORT — FORM 137

REPORT NO. **95-39250**

| | |
|---|---|
| PRISONER PROPERTY RECEIPT | DATE ARRESTED / CHARGE |
| NAME OF PRISONER  LAST NAME  FIRST  MIDDLE | OFFICER CONDUCTING SEARCH / DISTRICT REPORT NO. |
| PRISONER SIGNATURE | DATE PROPERTY TAKEN - TIME / WITNESS TO SEARCH |
| PROPERTY RECEIPT  OFFICER RECEIVING PROPERTY | DATE PROPERTY REC. - TIME |
| NAME OF OWNER (IF KNOWN) LAST NAME FIRST MIDDLE ADDRESS | |

**EVIDENCE RECORD** (X)
- CLASSIFICATION: MURDER-II
- DATE OCCURRED: 07/14/95
- RECOVERED BY: DET. A. FUNES
- DATE RECOVERED / TIME: 10/05/95 16:00
- COMPLAINANT: Cabaccang, Vilmar
- NAME OF OWNER: Maui Police Dept / Det. A. Funes
- LOCATION/PERSON RECOVERED FROM: (blank)
- WITNESS TO RECOVERY: (blank)

BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY: Below item recovered and submitted as evidence

| IT. NO | QTY | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | Video | Cassette, tape of interviews with three inmates from MCCC: ① Todd Nishihara ② Richardson, Paul ③ Auld, David | | | Det. A. Funes 10/05/95 on tape |

to MPD 10/3/07

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Det. A. Funes | M. Rogers | 10/6/95 | 1230 |
| 1 | M. Rogers | | | |

REPORT WRITTEN BY: Det. A. Funes   DATE: 10/05/95   TIME: 17:01

SUPERVISOR APPROVAL: (blank)

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____ THE ABOVE DESCRIBED PROPERTY.
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.

SIGNATURE / ADDRESS / STREET / CITY/TOWN / STATE / DATE / TIME

FINAL DISPOSITION OF PROPERTY

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO. **95-039250**

**TYPE OF PROPERTY:** PROPERTY RECEIPT (X)

- **Officer Receiving Property:** Det. A. Funes
- **Name of Owner (if known):** Freeland, Burt
- **Address:** c/o Maui Memorial Hospital
- **Date Property Rec. / Time:** 08/02/95 16:00

| IT. NO | QTY | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | Video | Cassette, Victim — "Vilmar Cabaccang's" Wake Service, St. Theresa's Church, Kihei — | | | Funes 08/02/95 On Cassette |

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Det. A. Funes | M. Rogers | 9.29.95 | 0945 |
| 1 | M. Rogers | | | |

**Report Written By:** Det. A. Funes — Date 08.02.95 — Time 16:30

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

**REPORT NO.:** 95-39250
**FORM 137**

**TYPE OF PROPERTY:** EVIDENCE RECORD

**CLASSIFICATION:** MURDER II
**DATE OCCURRED:** 071495
**RECOVERED BY:** HIYAKUMOTO, Ronald

**COMPLAINANT:** CABACCANG, Vilmar P. — 6 Hakoi St., Kihei, HI
**NAME OF OWNER:** FREELAND, Burt
**LOCATION/PERSON RECOVERED FROM:** 221 Mahalani St., Wailuku, HI

**Items and Circumstances of Recovery:** Item(s) recovered during investigation of the murder of Vilmar CABACCANG. Video of autopsy of CABACCANG.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION | SERIAL NO. | $ VALUE | WHERE/HOW MARKED |
|---|---|---|---|---|---|---|
|  |  | VIDEO TAPE | VHS, T-120 |  |  | *Marked with "RH." |

## CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
|  | Ronald Hiyakumoto | [signature] | 09/26/95 | 09:50 |
|  | [signature] 6835 | [signature] | 10/3/95 | 15:30 |

Detective Ronald HIYAKUMOTO  7301

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT

FORM 137

REPORT NO.: 95-39250

**PRISONER PROPERTY RECEIPT**
- DATE ARRESTED:
- CHARGE:
- NAME OF PRISONER (LAST, FIRST, MIDDLE):
- OFFICER CONDUCTING SEARCH:
- DISTRICT REPORT NO.:
- PRISONER SIGNATURE:
- DATE PROPERTY TAKEN – TIME:
- WITNESS TO SEARCH:

**PROPERTY RECEIPT**
- OFFICER RECEIVING PROPERTY:
- NAME OF OWNER (IF KNOWN) LAST, FIRST, MIDDLE:
- ADDRESS:
- DATE PROPERTY REC. – TIME:

**EVIDENCE RECORD**
- CLASSIFICATION: MURDER II
- DATE OCCURRED: 07/14/95
- RECOVERED BY: T. GAPERO
- DATE RECOVERED – TIME: 03/27/96  20:30
- COMPLAINANT: CABACCANG, Vilmar
- ADDRESS: #6 Hakoi Pl., Kihei, HI.
- NAME OF OWNER:
- LOCATION/PERSON RECOVERED FROM: Maui Police Dept., CID Office, Wailuku, HI.
- WITNESS TO RECOVERY:

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY:**
The below listed item was recovered following the interview of L. SMITH.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 1 | VIDEO CASSETTE: | Memorex HS Video Cassette 120 containing recorded interview of MRS. L. SMITH 03/27/96, 1740 – 2026 hrs. | | | Q2 AG·6816·96 |

REMOVED WORKING COPY OF VIDEO CASSETTE 06/18/96 [signature] E6634 OYCCHA

(22)

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1 | Timothy K. GAPERO, E6634 | R852 331 103 | 04/26/96 | 0940 |
| 1 | R852 331 103 | x James P Kaye | 6/5/96 | |
| | x James P Kaye | R239 171 693 | | |
| 1 | Renee Mendoza 9648 | Renee Mendoza | 06/18/96 | 07:50 |
| 1 | M. Rogers | M. Rogers | 2/11/97 | 1345 |

REPORT WRITTEN BY: Timothy K. GAPERO, E6634   DATE: 03/27/96   TIME: 2100
SUPERVISOR APPROVAL:

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE DESCRIBED PROPERTY.
SIGNATURE / ADDRESS / STREET / CITY/TOWN / STATE / DATE / TIME

**FINAL DISPOSITION OF PROPERTY:**