IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | FIRST STIPULATION TO ALLOW |
| vs. ) | RESPONDENTS ADDITIONAL |
| ) | TIME TO CONDUCT TESTING |
| CLAYTON A. FRANK, Director, ) | AND SUBMISSION OF EXPERT |
| STATE OF HAWAI'I, ) | REPORTS REGARDING |
| DEPARTMENT OF PUBLIC SAFETY, ) | DNA TESTING |
| ) | |
| Respondents. ) | |
| _____) | |

**FIRST STIPULATION TO ALLOW RESPONDENTS
ADDITIONAL TIME TO CONDUCT TESTING AND SUBMISSION
OF EXPERT REPORTS REGARDING DNA TESTING**

COME NOW, CLAYTON A. FRANK, Director, Department of Public Safety, State of Hawaii, (hereinafter "Respondents"), by and through their attorney, PETER A. HANANO, First Deputy Prosecuting Attorney for the County of Maui, and hereby presents this First Stipulation to Allow Respondents Additional Time to Conduct Testing and Submission of Expert Reports Regarding DNA Testing pursuant to the Court's Order Granting in Part and Denying in Part Petitioner's Motion to Continue Discovery Dates and to Compel Discovery and Setting Schedule for Evidentiary Hearing filed on April 4, 2008 (Document 101).

Pursuant to the above mentioned Order, Local Rule 6.2, and the fact that Respondents need additional time in which to conduct DNA testing and/or submit experts reports, IT IS HEREBY STIPULATED by and between Petitioner and Respondents, through their respective counsel, that Respondents must complete the testing and submit the report to Petitioner by **July 18, 2008.**

DATED:  Wailuku, Hawaii, June 5, 2008.

>DEPARTMENT OF THE PROSECUTING ATTORNEY
>BENJAMIN M. ACOB
>PROSECUTING ATTORNEY
>
>By /s/ Peter A. Hanano
>  PETER A. HANANO
>  First Deputy Prosecuting Attorney
>  County of Maui
>  Attorney for Respondents

DATED:  Honolulu, Hawaii, June 5, 2008.

>/s/ Mark Barrett
>MARK BARRETT, OK BAR #557
>Attorney for Petitioner, Taryn Christian

APPROVED AND SO ORDERED:



>/S/ Leslie E. Kobayashi
>Leslie E. Kobayashi
>United States Magistrate Judge

**TARYN CHRISTIAN V. CLAYTON A. FRANK, ET AL; CIVIL NO. 04-00743 DAE; FIRST STIPULATION TO ALLOW RESPONDENTS ADDITIONAL TIME TO CONDUCT TESTING AND SUBMISSION OF EXPERT REPORTS REGARDING DNA TESTING**