KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367
Fax: 405-366-8329
Email: barrettlaw@sbcglobal.net

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| **TARYN CHRISTIAN,** | ) | CIV NO. 04-00743 DAE-LEK |
| | ) | |
| Petitioner, | ) | PETITIONER S JUNE 6, 2008 |
| | ) | EXPERT WITNESS DISCLOSURES; |
| | ) | |
| | ) | CERTIFICATE   OF SERVICE |
| vs. | ) | |
| | ) | |
| **IWALANI WHITE,** | ) | |
| **Director, State of Hawaii** | ) | |
| **Department of Public Safety,** | ) | |
| | ) | |
| Respondent. | ) | |

PETITIONER CHRISTIAN S JUNE 6, 2008
EXPERT WITNESS DISCLOSURES

Pursuant to the Court s discovery orders, Taryn Christian, through counsel,

1

hereby files the following discovery reports:

Jack Mitchell s revised report regarding audio analysis of 911 tape and Taryn Christian-Lisa Kimmey tape (Exhibit A);

Jack Mitchell s report regarding his review of the David Smith analysis (Exhibit B);

Jack Mitchell s report regarding videotapes (Exhibit C);

Brian Wraxall s second report regarding DNA analysis (Exhibit D).

Proposed exhibits associated with these reports, in addition to the contents of the reports themselves, are (1) the exhibits, including transcripts of the audio tapes, mentioned in Petitioner s March 27, 2008 discovery notice; (2) the audio and video tapes themselves, excerpts from the tapes, and enhanced versions of the tapes (all such materials either previously provided or provided contemporaneously with this discovery notice to the prosecution); (3) a DVD labeled Sound Testimony Review; Substantiating Evid. Data a copy of which is being mailed to opposing counsel contemporaneously with this notice and which relates to Mr. Mitchell s review of Mr. Smith s work; (4) a DVD labeled Video Evidence Data Files (copy being mailed contemporaneously with this notice) containing captured still images from a Gas Express tape, video segments from a Gas Express tape, audio segments from the videotape of the crime scene, and

video images from the videotape of the crime scene; (5) the crime scene videotape.

.

Dated: June 6, 2008.

/s/ Mark Barrett
MARK BARRETT