June 6, 2008

Mark Barrett
Attorney at Law
P.O. Box 896
Norman, OK  73070

SERI Case No. M'5324'01
Civil Case No. 04-00743 DAE-LEK
Victim: Vilmar Cabaccang
Suspects: Taryn Christian
                James Burkhart

Peter A. Hanano, DPA
Department of the Prosecuting Attorney
County of Maui
150 S. High Street
Wailuku, Maui, HI  96793

Other: Serena Seidell

## SECOND ANALYTICAL REPORT

On October 10th 2007, fourteen items of evidence were received in five separate boxes from Evidence Specialist Anthony Earles, Maui Police Department, via Federal Express (#'s 8452 4650 6820, 6875, 6864, 6853 and 6831).  On April 15th 2008, one further item of evidence was received from Anthony Earles via Federal Express (#8654 0222 8159).  An Analytical Report was issued on May 9th 2008.  The following items were analyzed as follows:

### ITEM 8   BASEBALL CAP (#2)

Three further areas from the brim of the cap were extracted for DNA content, amplified by PCR and subjected to genetic testing.  The results are in the table below.

### ITEM 15   KNIFE SHEATH

This consists of a heavy duty black fabric knife sheath with a belt loop and a metal belt clip.  There was no obvious staining on the sheath except for a small area on the back of the sheath next to the belt clip.  This staining gave a positive presumptive test for blood and the area was designated 15-4.  Three areas of the sheath were selected for examination for the presence of DNA from the owner or handler.  Area 15-1 is the flap which holds the knife (when present) in place.  Area 15-2 is the area just inside the belt loop and 15-3 is the metal belt clip.  All three areas, together with area 15-4, were swabbed separately with sterile water and the swabs were extracted for DNA content.  The resulting extracts were amplified by PCR and subjected to genetic marker analysis.  The results are in the table below.  After analyzing the results a further examination was conducted on the sheath.  The belt loop was cut open and inspected using low power microscopy, revealing apparent cellular debris.  The area was swabbed (15-5) and two areas sampled by cutting.  Area 15-6 is the right front side of the loop and 15-7, the right back side of the loop.  All three samples were extracted for DNA content, amplified by PCR and subjected to genetic marker analysis.  The results are tabulated below.

Mark Barrett
SERI Case No. M'5324'01
June 6, 2008
Page 2 of 2

**TABLE OF RESULTS**

| ITEM | DESCRIPTION | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | THO1 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | AMEL | D5S818 | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Reference From- Serena Seidell | 10,13 | 27,28 | 8,11 | 10,11 | 14,16 | 7,9.3 | 12,13 | 10,11 | 20>25 | 13>14 | 14,16 | 8 | 14,15 | X,X | 11,12 | 19,24 |
| 11 | Reference From- Taryn Christian | 13,14 | 30>33.2 | 12 | 10,11 | 16,17 | 6,9.3 | 11,13 | 11,14 | 18,24 | 14,14.2 | 17,19 | 8,11 | 17 | X,Y | 12 | 20,21 |
| 14 | Reference From- Vilmar Cabaccang | 14,16 | 30 | 9,13 | 9[11] | 16,18 | 8,9 | 10,11 | 10,11 | [20,24] | 13.2,16.2 | 15,19 | 8>11 | 14[20] | X,Y | 11 | 19[22] |
| 12 | Hair Reference - James Hina Burkhart | 13,15 | 28 | 11[14] | [12]15 | 15,16 | 7>9.3 | 12<13 | 9,11 | [18,19] | 15.2 | 15,19 | 11 | 19 | X,Y | 12 | 24,26 |
| 8-7 | Baseball Cap- Brim | 14[10, 11,13] (16) | NA | NA | NA | 16>18 | NA | NA | NA | NA | 13.2,16.2 | NA | NA | NA | X(Y) | 11 | NA |
| 8-8 | Baseball Cap- Brim | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 8-9 | Baseball Cap-Brim | NA | NA | NA | NA | [18] | NA | NA | [11] | NA | 13.2,16.2 | NA | NA | NA | [X,Y] | NA | NA |
| 15-1 | Knife Sheath - Clasp | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 15-2 | Knife Sheath - Loop | 13[14] | NA | NA | NA | [15,16,17] | NA | NA | NA | NA | 14,14.2>13 | 17[14] | NA | NA | X(Y) | 12 | NA |
| 15-3 | Knife Sheath - Clip | 14 | NA | NA | NA | NA | NA | NA | [11] | NA | [14.2] | NA | NA | NA | NA | NA | NA |
| 15-4 | Knife Sheath - Stain | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 15-5 | Knife Sheath - Rt Loop | 13,14 | 30 [29,33.2] | NA | NA | 15,16,17 (18) | 7[6,9.3] | 13[14] | NA | NA | 14>13, 14.2 | 17(14) | [8,11] | [10] | X(Y) | 12(11) [10] | [23] |
| 15-6 | Knife Sheath – Ft Rt Loop | 13,14 | [28,30, 32.2, 33.2] | [12] | NA | 16, 17>15, 18 | 6[7,9, 9.3] | 11>10 [12,13] | NA | [18] | 14>13, 14.2 (13.2) | 14,17> 19[16] | [10] | NA | X(Y) | 12>11 [10] | [20, 21] |
| 15-7 | Knife Sheath – Bk Rt Loop | 13>14 [16] | 30[32.2] | [8,11,12] | [11,12] | 15, 16>17 (18) | 6,9.3[8] | [11,12] | 9[14] | NA | 14>13, 14.2 | 14>17, 19[16] | 9[8] | [17] | X>Y | 12(11) | [20, 21,24] |
|  | Extraction Blanks | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

Key:

| | | |
|---|---|---|
| NA | = | No activity. |
| ( ) | = | Weak results for types in parenthesis. |
| > | = | Greater than. |
| X,X | = | Female DNA. |
| X,Y | = | Male DNA. |
| [ ] | = | Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus. |
| NR | = | No Results. |