## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last-known address:

Served electronically through CM/ECF:

Peter Hanano       peter.hanano@co.maui.hi.us     June 6, 2008.

I further certify that at the same time as filing this discovery notice the DVDs mentioned in the notice were sent to Mr. Hanano by first class mail.

/s/ Mark Barrett
MARK BARRETT