# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Clayton A. Frank, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/10/2008 | TIME: | |

COURT ACTION: EO: Regarding Evidentiary Hearing currently set for **8/18/2008 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi.**

The Court is going to allow 3 hours for the scheduled hearing. All direct testimony is to be provided by affidavit or declaration which are due 10 days before the hearing, along with any exhibits that the testimony relies upon or refers to.

Witnesses must be made physically available in court for cross-examination questioning only.

Submitted by: Warren N. Nakamura, Courtroom Manager