# MINUTES

CASE NUMBER:     CIVIL NO. 04-00743DAE-LEK

CASE NAME:       Taryn Christian vs. Clayton A. Frank, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    07/01/2008                   TIME:

COURT ACTION:  EO: Regarding the Court's Order Setting Schedule for Evidentiary Hearing filed 4/3/2008 and the Court's Minute Order filed 6/10/2008.

The Court hereby clarifies the conflicting deadlines.

Evidentiary Hearing is currently set for **8/18/2008 at 09:00 AM before** Magistrate Judge Leslie E. Kobayashi.

The Court is going to allow **3 hours** for the scheduled hearing.

All direct testimony is to be provided by affidavit or declaration, with any exhibits that the testimony relies upon or refers to by **7/8/2008.**

Witnesses must be made physically available in Court for cross-examination and limited re-direct examination **only**.

Petitioner's Opening Brief is due **7/18/2008.**

Respondents' Response is due **7/31/2008.**

There will be no reply allowed.

Submitted by: Warren N. Nakamura, Courtroom Manager