```
DEPARTMENT OF THE PROSECUTING ATTORNEY   207

BENJAMIN M. ACOB   4471
Prosecuting Attorney
PETER A. HANANO   6839
First Deputy Prosecuting Attorney
RICHARD K. MINATOYA   5840
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawai`i 96793
Tel. No. (808) 270-7630
Fax. No. (808) 270-7927

Attorney for Respondents
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CLAYTON FRANK, Director,<br>STATE OF HAWAI'I,<br>DEPARTMENT<br>OF PUBLIC SAFETY,<br>et al.,<br><br>    Respondents. | CIV. NO. 04-00743 DAE-LEK<br><br>NOTICE OF WITHDRAWAL,<br>SUBSTITUTION AND<br>AND APPEARANCE OF<br>COUNSEL; CERTIFICATE OF<br>SERVICE |

NOTICE OF WITHDRAWAL, SUBSTITUTION AND APPEARANCE OF COUNSEL

CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CLAYTON FRANK, Director,<br>STATE OF HAWAI'I,<br>DEPARTMENT<br>OF PUBLIC SAFETY,<br>et al.,<br><br>    Respondents. | CIV. NO. 04-00743 DAE-LEK<br><br>NOTICE OF WITHDRAWAL,<br>SUBSTITUTION, AND<br>APPEARANCE OF COUNSEL |

## NOTICE OF WITHDRAWAL, SUBSTITUTION AND APPEARANCE OF COUNSEL

COMES NOW the Department of the Prosecuting Attorney for the County of Maui, State of Hawaii, BENJAMIN M. ACOB, Prosecuting Attorney, and hereby withdraws the appearance of DAVELYNN M. TENGAN, former-Prosecuting Attorney, enters his substitution as Prosecuting Attorney, County of Maui, and also enters the appearance of RICHARD K. MINATOYA, Deputy Prosecuting Attorney, as co-counsel to PETER A. HANANO, First Deputy

Prosecuting Attorney, for Respondents in the above-entitled matter.

    DATED: Wailuku, Hawaii, <u>July 9, 2008</u>.

        DEPARTMENT OF THE PROSECUTING ATTORNEY
        BENJAMIN M. ACOB
        PROSECUTING ATTORNEY


        By <u>/s/Richard K. Minatoya</u>
         PETER A. HANANO
         First Deputy Prosecuting Attorney
         RICHARD K. MINATOYA
         Deputy Prosecuting Attorney
         County of Maui
         Attorney for Respondents