IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CLAYTON FRANK, Director,<br>STATE OF HAWAI'I,<br>DEPARTMENT<br>OF PUBLIC SAFETY,<br>et al.,<br><br>    Respondents. | CIV. NO. 04-00743 DAE-LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal, Substitution and Appearance of Counsel was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by the CM/ECF system on July 9, 2008.

                                    /s/ Richard K. Minatoya
                                  RICHARD K. MINATOYA
                                  Deputy Prosecuting Attorney
                                  County of Maui
                                  Attorney for Respondents