**EXHIBIT "A"**

1185 Agnes Avenue
Johnstown, PA 15905
814.410.4787

www.soundtestimony.com
david@soundtestimony.com

# David A. Smith / Sound Testimony®

**Professional Summary**
- 26 years Professional Audio Engineering & Audio Recording Arts
- 20 years Broadcasting

**Skills**

Sound Testimony® / Owner — Soundsmith Studio / Owner
**Audio Engineer (Professional Recording & Broadcast)**
- In-depth knowledge of and experience in using specialized forensic audio applications as well as major computer-based audio analysis platforms
- Computer audio consultant to attorneys, broadcast facilities, and corporations
- Performed audio enhancement on hundreds of recordings
- On-location sound recording specialist
- Designed, programmed, and developed software that uses specialized voice recognition technology, on-the-fly digital recording and playback of the user's voice ensuring greater intelligibility for the purpose of security, sorting, and inventory control. U.S. Patent Number:20050288930. (Status–Patent Pending)
- U.S. Patent, Application Number 11/641035, further advances the state of the art of digital voice recording and playback as it broadens applications of earlier patent (Application filed December 19, 2006) (Status – Patent Pending)

**Experience**

**Forensic Audio Services / Audio Engineering / Litigation Support**
- Working over two decades in the recording arts before computer-based tools were available helped refine recorded speech comprehension enhancement techniques. This experience and the latest computerized analysis and recovery tools provide clients with professional solutions to their audio enhancement and recovery needs.
- Refined technique to verify authenticity of analog tape recordings using computer analysis
- Sound Testimony® developed a proprietary system of hardware, digital signal processing (DSP), and computer analysis to recover speech from 911 calls, surveillance tapes, answering machines, voice mail, interviews, depositions, and meetings without altering the original recording
- Guest speaker on audio and broadcast audio topics at colleges and universities
- Recording studio owner for 26 years

**Clients**
- National Security Agency (NSA)—Cyber Defense Immersive Demonstration (through CTC contract)
- I-IMS—Sound On & Voice Over intelligibility improvement projects
- Training Technologies—intelligibility improvement projects for field-recorded audio for General Electric Transportation Systems (GETS) & Electro-Motive Division of General Motors (EMD) training programs
- Legal, corporate, broadcast, & independent production facilities
- Audio Consulting and Studio/System Design for a wide variety of clients including Pennsylvania Electric Company and Lenfest Communications
- Randall C. Rodkey, Esq., Johnstown, PA 15904
- Richard P. Arnold, Esq., Greenbelt, MD 20770

**Professional Associations**
- Audio Engineering Society (AES)
- American College of Forensic Examiners (ACFEI)

**References**
- Christian A. Fisanick, Esq., Chief of the Criminal Division for the United States Attorney's Office, Scranton, PA
- Denis Stager, SONY Electronics, Inc., Park Ridge, NJ 07656
- Donald Kaltenbaugh, Concurrent Technologies Corporation, Johnstown, PA 15904

EXHIBIT " A "