# EXHIBIT "C"

Q1 — TRANSCRIPT OF 911 TAPE between 911 OPERATOR and MR. PERRY

| | | |
|---|---|---|
| 00:04.2 | OPERATOR: | 911. |
| 00:05.1 | MR. PERRY: | Hi, um, this is, uh, Rob Perry at 20D Haleakala Gardens, Kulanihakoi Street in Kihei. |
| 00:12.3 | OPERATOR: | Uh-huh. |
| 00:12.8 | MR. PERRY: | I'm just hearing some loud noises that I don't know if it's a domestic disturbance, but it's out on the street, some people are yelling. |
| 00:20.7 | OPERATOR: | Okay. |
| 00:21.5 | MR. PERRY: | And... |
| 00:21.6 | OPERATOR: | Out on the street in front of Haleakala Gardens? |
| 00:23.8 | MR. PERRY: | Yeah. They're right, like, by the church or the, uh, Kiawe Terrace. |
| 00:27.9 | UNIDENTIFIED FEMALE: | (Unintelligible) |
| 00:29.3 | MR. PERRY: | There's some... |
| 00:30.2 | OPERATOR: | Is that the yelling that's going on out — that I hear in the background? |
| 00:32.4 | MR. PERRY: | Yes, that is, and that's — well, at least a few hundred yards away, you can tell. |
| 00:37.8 | UNIDENTIFIED FEMALE: | Tesha |
| 00:38.7 | MR. PERRY: | Hear it? |
| 00:39.0 | OPERATOR: | Okay. Yes. Is it male or female? |
| 00:42.3 | MR. PERRY: | It... |
| 00:42.6 | OPERATOR: | or females? |
| 00:43.0 | MR. PERRY: | I hear females and males. |

911 OPERATOR and MR. PERRY — Page 1 of 11

EXHIBIT " C "

| | | |
|---|---|---|
| 00:50.0 | MR. PERRY: | There seems to be a number of people. |
| 00:51.2 | OPERATOR: | (Telephone dialing tones.) |
| 00:54.0 | ANOTHER PERSON ON TELEP"HONE LINE: | (Unintelligible) |
| 00:54.7 | OPERATOR: | (Telephone dialing tones.) |
| 00:56.1 | OPERATOR: | Can you tell what they're screaming at or saying? |
| 00:58.0 | MR. PERRY: | They're saying something like Sasha or Stasha, something like that. |
| 01:01.1 | OPERATOR: | Sasha. |
| 01:04.3 | UNIDENTIFIED FEMALE: | Tesha. |
| 01:05.9 | OPERATOR: | Is she looking for somebody? |
| 01:07.5 | MR. PERRY: | I have no idea. It sounds like she's looking for someone or something, and I'm hearing some male voices yelling in the background. |
| 01:15.0 | OPERATOR: | Same name. |
| 01:16.2 | MR. PERRY: | Yeah. Or they're yelling at the other lady now. |
| 01:22.5 | UNIDENTIFIED MALE: | (Unintelligible) |
| 01:23.3 | OPERATOR: | (Telephone dialing tones.) |
| 01:24.7 | UNIDENTIFIED FEMALE: | Tesha. |
| 01:27.1 | UNIDENTIFIED MALE: | (Unintelligible) |
| 01:27.7 | OPERATOR: | (Telephone dialing tones.) |
| 01:28.0 | MR. PERRY: | Some sort of arguing going on. |
| 01:29.3 | OPERATOR: | Okay. Can you, um, are you able to see them or… |

| | | |
|---|---|---|
| 01:32.1 | MR. PERRY: | No, there's a hedge between me and the road from where my… |
| 01:35.3 | UNIDENTIFIED MALE: | Unintelligible) |
| 01:36.0 | OPERATOR: | You're just going by what you're hearing? |
| 01:37.2 | UNIDENTIFIED SPEAKER – PERHAPS OTHER OPERATOR OR CALLER (phased voice sound – perhaps telephone interference is the voice source) | Christa |
| 01:38.0 | MR. PERRY: | Yeah. |
| 01:38.3 | OPERATOR: | Okay. |
| 01:38.5 | UNIDENTIFIED FEMALE: | (Unintelligible) |
| 01:39.0 | MR. PERRY: | I'm hearing a big argument and it sounds like a fight going on now. |
| 01:42.0 | OPERATOR: | Now, a big argument. |
| 01:46.5 | UNIDENTIFIED FEMALE: | Tesha. |
| 01:47.4 | UNIDENTIFIED MALE: | Drop it. |
| 01:49.1 | OPERATOR: | Is it verbal or just… do you hear any punches? |
| 01:51.4 | MR. PERRY: | I hear verbal… stuff. I don't see anything. |
| 01:55.4 | UNIDENTIFIED MALE: | Back up. Get back. Drop the knife. |
| 02:00.3 | UNIDENTIFIED MALE: | Don't panic. |
| 02:01.1 | UNIDENTIFIED FEMALE: | Nooooooo. (Crying.) Oh my God. |
| 02:01.8 | UNIDENTIFIED MALE: | (Unintelligible) |
| 02:02.2 | MR. PERRY: | I hear crying. |
| 02:03:0 | OPERATOR: | Crying. Somebody's crying? |

911 OPERATOR and MR. PERRY — Page 3 of 11

| Time | Speaker | Statement |
|---|---|---|
| 02:04.1 | MR. PERRY: | Yeah. |
| 02:04.5 | OPERATOR: | Okay. |
| 02:06.7 | UNIDENTIFIED SPEAKER: | (Unintelligible) |
| 02:07.9 | UNIDENTIFED SPEAKER: | Tell her to call back. |
| 02:11.3 | OPERATOR: | Okay. Hold on. What else? |
| 02:15.1 | MR. PERRY: | Hold on. Let me see if I can... |
| 02:18.2 | OPERATOR: | No, you don't have to look if you don't want to, just... |
| 02:19.9 | MR. PERRY: | Oh, no, I can... I can go out there. |
| 02:21.1 | OPERATOR: | Okay. |
| 02:23.4 | UNIDENTIFIED FEMALE: | Stop. |
| 02:25.3 | MR. PERRY: | It sounds like someone is being hurt. |
| 02:27.7 | OPERATOR: | Okay. It sounds like they're running or something? |
| 02:29.6 | MR. PERRY: | Yeah. (Door squeaks as it opens.) |
| 02:42.2 | MR. PERRY: | Okay. That is... yeah, my, ah, my father, who is the, ah, um, manager of this complex... |
| 02:48.4 | OPERATOR: | Yeah. |
| 02:48.5 | MR. PERRY: | has gone out to investigate, also. |
| 02:50.7 | OPERATOR: | Okay. (Background voices.) |
| 02:50.9 | UNIDENTIFIED FEMALE: | Tesha |
| 02:51.4 | UNIDENTIFED SPEAKERS | (Background Voices) |
| 02:53.5 | MR. PERRY: | Let me, let me go out. He's, he's right by. I can see what's going on now. |
| 02:57.1 | OPERATOR: | Okay. |

| | | | |
|---|---|---|---|
| 02:58.0 | UNIDENTIFIED MALE: | (Unintelligible) | |
| 02:58.7 | UNIDENTIFIED FEMALE: | (Unintelligible) | |
| 03:00.2 | UNIDENTIFIED FEMALE: | (Unintelligible) | |
| 03:02.2 | UNIDENTIFIED MALE: | Call them. | |
| 03:03.3 | UNIDENTIFIED FEMALE: | Oh, God. | |
| 03:04.2 | UNIDENTIFIED MALE: | Call the police. | |
| 03:05.2 | UNIDENTIFIED FEMALE: | (Unintelligible) He's cut. | |
| 03:05.6 | MR. PERRY: | Yes. | |
| 03:06.9 | UNIDENTIFIED FEMALE: | (Unintelligible) | |
| 03:07.4 | MR. PERRY: | Oh, God, there's something wrong. There's people bleeding. | |
| 03:10.4 | OPERATOR: | Okay. | |
| 03:10.7 | MR. PERRY: | There's some… | |
| 03:10.9 | OPERATOR: | You need a medic, too. | |
| 03:11.1 | UNIDENTIFIED MALE: | He'll be okay. | |
| 03:12.3 | MR. PERRY: | Yeah, you're going to be all right. This… We need the police. Someone's hurt bad. | |
| 03:15.6 | OPERATOR: | Is it a phone call? I mean, is it an accident or… | |
| 03:18.0 | MR. PERRY: | Yes. There's someone, there's someone out here. He's bleeding. | |
| 03:21.0 | OPERATOR: | Okay. | |
| 03:21.8 | MR. PERRY: | Stay still. | |
| 03:22.6 | OPERATOR: | Okay. | |
| 03:22.7 | MR. PERRY: | We need an ambulance here. | |

| | | |
|---|---|---|
| 03:23.4 | OPERATOR: | Tell him to stay still. |
| 03:24.2 | FIRST UNIDENTIFIED MALE: | I'm really cut... (unintelligible) |
| 03:26.2 | SECOND UNIDENTIFIED MALE: | (Unintelligible) ...side. |
| 03:27.3 | UNIDENTIFIED MALE: | Who was it? |
| 03:27.7 | UNIDENTIFIED MALE: | (Unintelligible) |
| 03:29.1 | OPERATOR: | What happened? |
| 03:30.5 | MR. PERRY: | Um, do you know what happened? |
| 03:32.6 | MALE WITNESS: | There was a guy... (unintelligible) |
| 03:33.2 | OPERATOR: | Was it a car accident? |
| 03:34.2 | MR. PERRY: | The guy ran off towards South Kihei Road. |
| 03:37.2 | OPERATOR: | Okay. Give me a description. |
| 03:38.5 | MR. PERRY: | I don't have a description. Uh... |
| 03:41.1 | MALE WITNESS: | He, he's about 6'2". |
| 03:42.9 | MR. PERRY: | 6'2". |
| 03:44.0 | MALE WITNESS: | He's wearing... |
| 03:44.6 | UNIDENTIFIED FEMALE: | Tesha. |
| 03:45.1 | MALE WITNESS: | a green flannel shirt. |
| 03:46.9 | MR. PERRY: | Green flannel shirt. |
| 03:48.2 | MALE WITNESS: | Baggy pants. |
| 03:49.0 | MR. PERRY: | Baggy pants. |
| 03:49.9 | MALE WITNESS: | (Unintelligible) |
| 03:50.8 | MALE WITNESS: | He looked like a Haole guy, huh? |
| 03:52.3 | MR. PERRY: | Haole guy? |

| | | |
|---|---|---|
| 03:53.1 | MALE WITNESS: | Was it a Haole guy? |
| 03:54.4 | FEMALE WITNESS: | Yes. |
| 03:54.9 | MR. PERRY | Yeah. |
| 03:55.3 | UNIDENTIFIED MALE: | Baggy Pants. |
| 03:57.3 | UNIDENTIFIED SPEAKER: | Hello? |
| 03:58.2 | OPERATOR: | Okay. |
| 03:59.2 | MR. PERRY: | Okay. I'm starting... I'm losing contact. Sorry. |
| 04:02.7 | OPERATOR: | Okay. |
| 04:04.1 | MR. PERRY: | Uh, can you still hear me? |
| 04:05.1 | OPERATOR: | How long ago did he run? |
| 04:06.3 | MR. PERRY: | How long ago did he run? |
| 04:07.8 | MALE WITNESS: | About four minutes ago. |
| 04:09.6 | OPERATOR: | (Telephone dialing tones.) |
| 04:10.0 | MR. PERRY: | Four minutes ago, about the time I started calling. |
| 04:13.1 | OPERATOR: | And he's heading towards? |
| 04:14.3 | MR. PERRY: | Uh, we have knife wounds here. |
| 04:16.1 | OPERATOR: | Okay. |
| 04:17.0 | MR. PERRY: | He's bleeding bad... his... |
| 04:18.5 | OPERATOR: | Okay. |
| 04:18.9 | MR. PERRY: | abdomen and... arm. |
| 04:21.1 | OPERATOR: | Abdomen and what? |
| 04:22.5 | MR. PERRY: | Abdomen and... Where are the wounds, please? |

| | | |
|---|---|---|
| 04:25.6 | UNIDENTIFIED MALE: | His chest. |
| 04:25.6 | UNIDENTIFIED FEMALE: | On his chest. |
| 04:27.2 | MR. PERRY: | Chest and abdomen? |
| 04:28.5 | UNIDENTIFIED FEMALE: | Yes. |
| 04:29.3 | MR. PERRY: | Yes, chest and abdomen. |
| 04:31.3 | OPERATOR: | Okay. He's... he went towards Wailea. |
| 04:33.7 | MR. PERRY: | He went towards South Kihei Road, uh, toward the beach. |
| 04:37.8 | UNIDENTIFIED FEMALE: | (Unintelligible) |
| 04:39.6 | MR. PERRY: | From ah, from Haleakala Gardens, Kiawe Terrace area. |
| 04:44.4 | OPERATOR: | (Telephone dialing tones) |
| 04:49.2 | OPERATOR: | (Telephone dialing tones) |
| 04:53.7 | OPERATOR: | Okay. Did he take the knife with him or did he drop it? |
| 04:56.1 | MR. PERRY: | No, the knife is still here. |
| 04:57.6 | OPERATOR: | The knife is still there. |
| 04:58.6 | UNIDENTIFIED MALE: | Yes. |
| 04:59.0 | MR. PERRY: | Is the knife still there? |
| 05:00.5 | UNIDENTIFIED FEMALE: | Yes it's there. |
| 05:01.3 | MR. PERRY: | Don't touch the knife in case we need that. |
| 05:03.2 | UNIDENTIFIED FEMALE: | That's just not a problem, we won't do that. |
| 05:05.5 | MR. PERRY: | Okay. |
| 05:07.3 | UNIDENTIFIED MALE: | (Unintelligible) |

| | | | |
|---|---|---|---|
| 05:08.6 | OPERATOR: | | Okay. Hold on. We have medics and police coming, okay. |
| 05:12.1 | MR. PERRY: | | Ah. Medics and police are coming. |
| 05:13.8 | UNIDENTIFIED SPEAKER – PERHAPS OTHER OPERATOR OR CALLER (phased voice sound – perhaps telephone interference is voice source) | | Don't fight it. (Unintelligible) |
| 05:15.1 | OPERATOR: | | Copy for me. |
| 05:15.8 | MR. PERRY: | | What? |
| 05:16.9 | OPERATOR: | | No, no, no. I'm talking |
| 05:17.6 | MR. PERRY | | Okay. |
| 05:17.8 | OPERATOR | | to the other dispatcher. Okay. |
| 05:20.1 | UNIDENTIFIED SPEAKER – PERHAPS OTHER OPERATOR OR CALLER (phased voice sound – perhaps telephone interference) | | (Unintelligible) |
| 05:22.6 | OPERATOR: | | Yeah, correct. |
| 05:26.7 | UNIDENTIFIED FEMALE: | | Tesha. Tesha. |
| 05:30.2 | MR. PERRY: | | Stay still, stay still. You don't want to keep bleeding. |
| 05:33.1 | UNIDENTIFIED MALE: | | I was just killing time, you know. I got pushed around… (unintelligible) …long time ago. |
| 05:37.7 | UNIDENTIFIED MALE: | | Cannot breathe. |
| 05:38.6 | OPERATOR: | | Okay. Only the one person is… |
| 05:39.9 | MR. PERRY: | | He's complaining that he can't breathe. |

| Time | Speaker | Dialogue |
|---|---|---|
| 05:41.5 | OPERATOR: | Okay. Hold on. |
| 05:42.8 | UNIDENTIFIED MALE: | (Unintelligible) |
| 05:44.3 | OPERATOR: | Okay. Hold on. I'm going to dispatch the medics. I'll be right back with you. |
| 05:47.3 | MR. PERRY: | Okay. (Telephone dialing tones.) (Intermittent line noise.) |
| 06:18.3 | OPERATOR: | Okay. Rob? |
| 06:21.1 | MR. PERRY: | Yes. Yeah, they're, they're here now. |
| 06:23.2 | OPERATOR: | Okay. Go ahead, go talk to them. |
| 06:25.0 | MR. PERRY: | Okay. |
| 06:26.6 | OPERATOR: | Okay, bye-bye. |
| 06:26.2 | MR. PERRY: | All right. |

(End of 911 recording.)

911 OPERATOR and MR. PERRY — Page 10 of 11

I, David A. Smith, am a resident of Johnstown, County of Cambria, State of Pennsylvania, and do hereby certify, swear or affirm, and declare that I am competent to give the following declaration: I have prepared the preceding transcript and that the contents are true and accurate to the best of my knowledge.

WITNESS my signature this 7th day of _____ (March, 2008).

*[signature: David A. Smith]*
Signature of Declarant

State of Pennsylvania )
County of Cambria )

On 7th, 2008, March personally came before me and, being duly sworn, signed the above document in my presence.

*[signature: Karen L. Rodkey]*
Signature of Notary Public

Notary Public, In and for the County of Cambria
State of Pennsylvania
My commission expires: Nov 14 2009

Notary Seal

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN L. RODKEY  NOTARY PUBLIC
JOHNSTOWN, CAMBRIA COUNTY, PA
MY COMMISSION EXPIRES NOV. 14, 2009