**EXHIBIT "D"**

Q2 — TRANSCRIPT OF TELEPHONE CONVERSATION BETWEEN TARYN CHRISTIAN AND LISA KIMMEY on August 17, 1995

| | | |
|---|---|---|
| 00:10.8 | DET. FUNES: speaking into tape recorder | In the following case, complainant is Cabaccang. First name is Vilmar. V as in Victor, i – l – m – a – r. Middle initial is a P. Address will be number 6 Kulanihakoi street, Kihei, Maui, Hawaii. Date of occurrence is 7/14/95 — Kihei. Report number is 95-39250. Classification is MURDER II.<br><br>Heading:<br>This is Detective Tony FUNES of the Maui Police Department. The date is August 17, 1995. We are about ready to make a phone call from the Maui Police Department, detective division. An attempt... an attempt will be made to contact the following individual. Taryn T-A-R-Y-N. Surname is Christian, C-H-R-I-S-T-I-A-N. The caller, a female identified as Lisa KIMMEY, K-I-M-M-E-Y. She would be using the Maui Police Department detective division phone and calling her former boyfriend, Taryn CHRISTIAN. She will speak with him in regards to her allegations she has reported to this investigator, A. FUNES, earlier this date, 8/17/1995, whereby she indicates that her former boyfriend, Taryn CHRISTIAN, had told her on or about July 17 or 18, 1995 that he, Taryn CHRISTIAN, had stabbed an individual down in the Kihei area a couple of days prior.<br><br>This conversion between CHRISTIAN and KIMMEY will be in line with this investigation. |
| 02:51.4 | TELE-PHONE RING-ING | TELEPHONE CALL BEGINS<br>(Telephone ringing sounds) |
| 03:04.2 | FEMALE: | Aloha, you have reached 878-3625.<br><br>(Telephone ringing sounds)<br><br>1235. You have reached (unintelligible) Design and the Birds of Paradise Collection and Company. Please leave a message after the beep and we will return your call as soon as we can. Thank you. |

CHRISTIAN – KIMMEY TELEPHONY CALL — Page 1 of 17

EXHIBIT " D "

| | | |
|---|---|---|
| 03:46.2 | LISA: | Hi, Taryn. I was hoping it would be your lunch break around now. It's been about a half an hour since I last called. It's 12:35. Um, can you please call me back at 244-6424. I want you to know that I love you and that everything's going to be all right. I just wanted to talk to you and see what you're doing and hear your voice, so I'll try to call back later. Bye. |
| 04:27.2 | LISA: | Hello. |
| 04:28.2 | TARYN: | Hello. |
| 04:29.2 | LISA: | Hi. |
| 04:29.9 | TARYN: | Hi. |
| 04:31.2 | LISA: | How are you? |
| 04:32.2 | TARYN: | I'm okay. |
| 04:34.0 | LISA: | Are you mad at me? |
| 04:36.0 | TARYN: | About what? |
| 04:38.1 | LISA: | About telling Jennifer. |
| 04:40.0 | TARYN: | (Unintelligible). |
| 04:43.2 | LISA: | She's not going to tell anyone, okay? |
| 04:47.3 | TARYN: | You don't know that. |
| 04:47.7 | LISA: | Taryn, you're going to be okay. |
| 04:51.0 | TARYN: | I don't know that. |
| 04:53.8 | LISA: | Are you scared? |
| 04:55.7 | TARYN: | What'd you think? More than ever. I'm OK. |
| 05:03.6 | LISA: | Now do you want to leave sooner? |
| 05:05.4 | TARYN: | I don't know. |
| 05:08.0 | LISA: | She's not going to tell anyone, okay? |
| 05:12.3 | TARYN: | What about her boyfriend? |
| 05:14.4 | LISA: | She didn't tell her boyfriend. I promise to make her not tell anyone. |
| 05:18.5 | TARYN: | And what did she say? |
| 05:19.6 | LISA: | What? |
| 05:20.1 | TARYN: | Who talked to you? |

| | | |
|---|---|---|
| 05:22.0 | LISA: | What do you mean? |
| 05:22.6 | TARYN: | Who would talk to me? |
| 05:24.8 | LISA: | Who would talk to me? |
| 05:26.0 | TARYN: | What? |
| 05:27.0 | LISA: | What are you talking about? |
| 05:28.2 | TARYN: | You said for me to call you at this house. |
| 05:31.5 | LISA: | Oh, it's at her friend's house. |
| 05:34.5 | TARYN: | Who, who are you talking about? Oh, Jennifer's friend? |
| 05:37.2 | LISA: | Yeah. |
| 05:38.0 | TARYN: | Oh, okay. |
| 05:41.3 | TARYN: | (Unintelligible) |
| 05:43.5 | LISA: | I mean when I told her that you stabbed that guy, she got really scared but she's not going to tell anyone. |
| 05:47.3 | TARYN: | Wait, wait, (Under Lisa's voice) wait, say that again. She what? |
| 05:49.7 | LISA: | When I told her that it was you who did the stabbing, she got scared but she didn't tell anyone. |
| 05:56.9 | TARYN: | Wha… |
| 05:56.9 | LISA: | She promised me. |
| 05:57.9 | TARYN: | What if she does? |
| 06:00.7 | LISA: | Why did you do it, Taryn? |
| 06:03.3 | TARYN: | Do what? |
| 06:03.7 | LISA: | Why did you go down there and do that? |
| 06:06.5 | TARYN: | I don't know. You think I don't regret it? Shit. |
| 06:11.5 | LISA: | Well, like it, it seems like you have no conscience of stabbing that guy. |
| 06:15.6 | TARYN: | Of course I do. You mean… I… It didn't happen like that OK? |
| 06:22.5 | LISA: | Taryn, I'm scared. |
| 06:24.7 | TARYN: | Why? |
| 06:25.8 | LISA: | 'Cause I don't want anything to happen to you. |
| 06:28.2 | TARYN: | Well, you're kind of screwing it up, you know. |

| | | | |
|---|---|---|---|
| 06:33.3 | LISA: | I'm screwing it up? You're the one who stabbed him, not me. | |
| 06:33.8 | TARYN: | Will you be quiet then? | |
| 06:36.0 | LISA: | No one's home. I'm here all by myself. They went to the store. | |
| 06:39.2 | TARYN: | (Unintelligible) | |
| 06:47.0 | LISA: | So you think it's my fault that you're going to go to jail now for stabbing him? | |
| 06:51.0 | TARYN: | No. | |
| 06:51.6 | LISA: | I'm not the one who stabbed him | |
| 06:53.3 | TARYN: | I know, but, you know, you're the one who's saying all the shit. | |
| 06:58.5 | LISA: | I was crying and saying... I was like why did you do it? Why did you do it, and she heard me. | |
| 07:02.4 | TARYN: | You know, that's bullshit, okay. | |
| 07:05.5 | LISA: | You make it seem like it's my fault for what you did. | |
| 07:08.3 | TARYN: | No. But it didn't even happen like that and you know it. | |
| 07:13.0 | LISA: | Happen like what? | |
| 07:15.0 | TARYN: | (SIGH) Unbelievable. (SIGH) | |
| 07:21.5 | LISA: | Are you scared that they might find your fingerprints on the knife? | |
| 07:25.0 | TARYN: | Of course. | |
| 07:28.0 | LISA: | Do you think they found your hat? | |
| 07:31.0 | TARYN: | Yeah. | |
| 07:33.0 | LISA: | Do you remember where the hat dropped when you... | |
| 07:35.5 | TARYN: | No. | |
| 07:36.0 | LISA: | ... ran away? | |
| 07:37.0 | TARYN: | No. | |
| 07:41.0 | LISA: | Taryn, I want you to know I love you, okay? | |
| 07:45.5 | TARYN: | I know. | |
| 07:48.0 | LISA: | I love you and I'll never stop loving you, no matter what. I just wish you would have told me about that girl, okay? | |
| 07:57.4 | TARYN: | (Whispers something unintelligible) | |

| | | |
|---|---|---|
| 08:00.5 | LISA: | What? What? |
| 08:03.6 | TARYN: | Hold. (Unintelligible) Do you want to know one of the reasons why I couldn't (unintelligible) going out with you no more? |
| 08:17.3 | LISA: | I can't hear you. |
| 08:18.5 | TARYN: | Do you want to know one of the reasons why I couldn't handle going out with you no more? |
| 08:21.3 | LISA: | Why? |
| 08:22.3 | TARYN: | 'Cause every time we get in a fight you threaten me about that. |
| 08:25.2 | LISA: | I would never threaten you about it. |
| 08:27.0 | TARYN: | It happened so many times and you know it. |
| 08:29.7 | LISA: | Taryn, you know how hard it is for me to live with the thought? I have nightmares about it. |
| 08:34.3 | TARYN: | Why? Do I... you think I have any better? Do you think I have nightmares? |
| 08:38.0 | LISA: | So why – okay, can I just ask you a question? |
| 08:41.3 | TARYN: | What? |
| 08:42.0 | LISA: | Is the reason why you dumped me and went to that girl is because she doesn't know about it and when you're with her you don't think about it and when you're with me you think about it and I make you remember it? |
| 08:52.2 | TARYN | Yeah |
| 08:53.5 | LISA: | Is that the reason? |
| 08:56.3 | TARYN: | Kind of. |
| 08:57.1 | LISA: | Taryn, why did you do that? I was going to be there for you. |
| 09:01.2 | TARYN: | Keep on bringing it up and making me feel bad. |
| 09:04.3 | LISA: | And so that's why you had sex with her? |
| 09:06.3 | TARYN: | No, it's not. It wasn't like that, okay? She, she fucking had a boyfriend and everything. I didn't think nothing's going to happen. |
| 09:12.5 | LISA: | You're the one who was going all over her. |
| 09:15.7 | TARYN: | What do you mean? |
| 09:16.4 | LISA: | You — she told me you were like hanging all over her. You were trying to kiss her, you were putting your hand all over her. |
| 09:22.3 | TARYN: | When? |

| | | |
|---|---|---|
| 09:24.8 | LISA: | When I talked to her on the phone. |
| 09:26.9 | TARYN: | No. |
| 09:28.5 | LISA: | You were the one who was making all the moves. |
| 09:30.3 | TARYN: | No. She has a boyfriend… (unintelligible) |
| 09:33.8 | LISA: | She said she broke up with him. You guys had sex, Taryn, and I was having sex with you too. |
| 09:40.5 | TARYN: | Lisa, I told you how many times and you would like not get off my back. I told you. I just want to be friends with you. |
| 09:47.2 | LISA: | You're not being a friend. A friend doesn't have sex with someone, two people at the same time. A friend doesn't — Taryn, I have to live with what you did for like so long. Are you at your mom's house? |
| 10:04.0 | TARYN: | Yeah, so what? (Unintelligible). |
| 10:11.4 | LISA: | Don't worry. You're going to be okay. |
| 10:13.5 | TARYN: | I'm not. Have you told Brooke? |
| 10:17.1 | LISA: | No, I just told Jennifer and she's not going to tell. She promised me. |
| 10:21.1 | TARYN: | You going to tell that girl? |
| 10:23.5 | LISA: | What? (Whispered) |
| 10:25.2 | TARYN: | Are you going to tell those girls? |
| 10:26.3 | LISA: | What? |
| 10:28.3 | TAYRN: | Lisa? |
| 10:31.5 | LISA: | Am I going to tell what? |
| 10:33.5 | TARYN: | Are you going to tell those girls? |
| 10:34.5 | LISA: | Am I going to? |
| 10:35.4 | TARYN: | Yeah. |
| 10:36.2 | LISA: | No. |
| 10:37.3 | TARYN: | Promise. |
| 10:38.4 | LISA: | Why would I? |
| 10:40.1 | TARYN: | I don't know, maybe you don't want them to like (unintelligible). |
| 10:43.1 | LISA: | Maybe I don't want them to like you? What are you talking about? Taryn, I'm not going to tell them you killed that guy, okay? |
| 10:57.7 | TARYN: | Okay. |

CHRISTIAN – KIMMEY TELEPHONY CALL — Page 6 of 17

| | | |
|---|---|---|
| 10:59.2 | LISA: | What? I can't hear you. I cannot hear you. |
| 11:03.5 | TARYN: | Tell them (unintelligible) pregnant and all that. |
| 11:05.7 | LISA: | You did. |
| 11:06.8 | TARYN: | It's not their business to know. |
| 11:08.5 | LISA: | Well, it's my — Taryn, we've been going out for a year and a half. I have every right to know that you're sleeping with her. |
| 11:13.2 | TARYN: | Lisa, I tried so hard, you know. |
| 11:18.5 | LISA: | No, Taryn, I — you know it's hard for me too knowing that you stabbed that guy and he's totally innocent, and do you know, every time I see a car that says "In Loving Memory of Vilmar", I want to puke. |
| 11:28.5 | TARYN: | Do you think I feel good? How do you think I feel? I'm not the one who did it? |
| 11:35.9 | LISA: | And so you think it's — okay, so you think that I should feel more sorry for you because you're the one who stabbed him and not me? |
| 11:44.3 | TARYN: | I... I wasn't the one who stabbed him Lisa. (almost whispering) I know that for a fact. |
| 11:47.7 | LISA: | You had the knife. It's your knife, Taryn, it's your hat, it's your jacket, everything. |
| 11:52.2 | TARYN: | I know, but he was the one who pulled the knife. |
| 11:55.1 | LISA: | Oh, shoot, so when you guys were rolling around on the ground, he stabbed himself? |
| 11:58.1 | TARYN: | I'm not saying (unintelligible). |
| 12:00.6 | LISA: | Taryn... |
| 12:01.1 | TARYN: | Lisa, please don't... please don't talk about this on the phone, 'kay? |
| 12:04.0 | LISA: | Why not? |
| 12:05.6 | TARYN: | Why? You want to bust me or something? |
| 12:08.0 | LISA: | What are you talking about? Taryn, I will never stop loving you as long as I live, but I'm hurt by you. |
| 12:18.2 | TARYN: | I know you are. |
| 12:19.5 | LISA: | Where are you? |
| 12:20.6 | TARYN: | I'm at work. |
| 12:22.1 | LISA: | At your mom's house? |
| 12:27.0 | TARYN: | Why do you want to talk to my Mom so bad? |

| | | |
|---|---|---|
| 12:30.0 | LISA: | Cause I wanted to tell her what you did. |
| 12:32.7 | TARYN: | What do you mean? |
| 12:33.8 | LISA | How you did that stuff with that girl. |
| 12:36.7 | TARYN: | Why do you… |
| 12:37.0 | LISA: | And you don't need to bullshit me and tell me, "Oh, my favorite month is April." |
| 12:43.0 | TARYN: | Why (unintelligible) |
| 12:43.5 | LISA: | That was such a crock, Taryn. You've been lying. You have been lying to me for months. |
| 12:48.2 | TARYN: | Haven't I tried to break up with you? |
| 12:51.1 | LISA: | You haven't tried. You were like… you don't… Taryn, you don't tell people, "I love you, I want to marry you," if you want to break up with the person. |
| 12:59.3 | TARYN: | Lisa, I've been telling you for a long time. |
| 13:00.6 | LISA: | How come you told me last night you wanted to marry me? |
| 13:04.6 | TARYN: | Huh? |
| 13:05.5 | LISA: | Last night you told me you wanted to marry me. |
| 13:07.7 | TARYN: | No, I didn't. |
| 13:08.7 | LISA: | Yes, you did. |
| 13:10.3 | TARYN: | What are you talking about? |
| 13:11.9 | LISA: | Last night I said, "Do you still want to marry me?", you said, "Yes." |
| 13:16.2 | TARYN: | I wasn't even with you last night. I didn't even talk to you. |
| 13:18.3 | LISA: | I mean the night before. |
| 13:20.9 | TARYN: | When did I say that? |
| 13:22.9 | LISA: | You said that Taryn, and you're not a friend. You're not a friend to me. |
| 13:27.0 | TARYN: | I want to be. |
| 13:28.4 | LISA: | What? |
| 13:28.9 | TARYN: | I want to be. |
| 13:30.0 | LISA: | You want to be? I can't be your friend. You cheated on me, you lied to me. |
| 13:36.2 | TARYN: | You want to believe that? |

| | | |
|---|---|---|
| 13:39.9 | LISA: | I kept your... I'm keeping your secret, and for so long. Do you know how much that hurts? |
| 13:44.8 | TARYN: | You're not keeping it. |
| 13:49.3 | LISA: | What did you say? |
| 13:50.6 | TARYN: | You're not keeping it. |
| 13:53.3 | LISA: | I am keeping it. |
| 13:54.3 | TARYN: | You (unintelligible) buddy, someone who hates my guts. |
| 13:58.7 | LISA: | And so you think she's going to tell? |
| 14:00.6 | TARYN: | What if she told her boyfriend. |
| 14:02.4 | LISA: | She would never tell her boyfriend. She promised me, Taryn. I know for a fact, okay? |
| 14:10.6 | TARYN: | Mm-hum. |
| 14:12.2 | LISA: | What? |
| 14:14.6 | TARYN: | (Unintelligible) |
| 14:15.6 | LISA: | I can't hear you. |
| 14:17.2 | TARYN: | After you told me that last night? Mother... |
| 14:19.5 | LISA: | Yeah. |
| 14:21.4 | TARYN: | Turn it down. |
| 14:22.4 | LISA: | I can't hear you. |
| 14:24.0 | TARYN: | After you told me that last night... that... you... had told her? |
| 14:29.0 | LISA: | Yeah. |
| 14:29.7 | TARYN: | Like that whole entire call? (Unintelligible) |
| 14:34.9 | LISA: | She tried to call me? |
| 14:36.4 | TARYN: | (Unintelligible) |
| 14:38.8 | LISA: | Why'd you try and call me? I'm talking to you right now. |
| 14:44.9 | TARYN: | She was like acting real weird. |
| 14:47.0 | LISA: | Brooke was acting weird? |
| 14:48.8 | TARYN: | She was acting weird. |

| | | |
|---|---|---|
| 14:49.8 | LISA: | I told her what you did with that girl. |
| 14:52.5 | TARYN: | I know, and I thought you told her something else. |
| 14:54.6 | LISA: | No, I didn't. |
| 14:55.8 | TARYN: | You're not (unintelligible) |
| 14:58.4 | LISA: | You have to talk clearly. I can't understand you. |
| 15:00.8 | TARYN: | (Unintelligible) do something to myself. (Unintelligible) You know what happens if I go to jail? Do you know how long (unintelligible) …20 to 30 years. |
| 15:13.3 | LISA: | And that's what scares you? You don't want to go to jail? |
| 15:16.1 | TARYN: | I'll be able to like be done… (unintelligible) …50 years old. and I'm not even 20. |
| 15:33.3 | LISA: | Did you tell any of your friends that you killed that guy? |
| 15:35.9 | TARYN: | Uh-uh. |
| 15:37.5 | LISA: | So you've been keeping it inside? |
| 15:39.1 | TARYN: | Uh-huh. |
| 15:40.3 | LISA: | And I'm the only one you told? |
| 15:41.7 | TARYN: | Yes. |
| 15:42.5 | LISA: | I wish you.. and so that's the reason why you went with that girl, because when you're with me, you know I know about it and I make you think about it? |
| 15:51.3 | TARYN: | It's just a lot of things, like when we get into arguments. |
| 15:53.7 | LISA: | So do you really like that girl? |
| 15:57.1 | TARYN: | I do, but not like… as much as I fell in love with you. |
| 16:02.5 | LISA: | You hurt me, Taryn. |
| 16:03.9 | TARYN: | I know. |
| 16:05.0 | LISA: | You hurt me so bad. |
| 16:06.8 | TARYN: | I know. |
| 16:07.3 | LISA: | Your promises meant nothing. You don't know how disgusted I feel right now. |
| 16:14.1 | TARYN: | (Unintelligible) |
| 16:15.8 | LISA: | What? |
| 16:16.7 | TARYN: | Why don't you just turn me in? |

| | | |
|---|---|---|
| 16:18.6 | LISA: | Why don't I just turn you in? |
| 16:20.6 | TARYN: | Yeah. |
| 16:21.1 | LISA: | Why do you always say that? |
| 16:22.9 | TARYN: | If you're so angry with me, do it. |
| 16:24.6 | LISA: | I am angry with you. I hate you, I know, but I still love you. I will always love you. |
| 16:32.0 | TARYN: | (Unintelligible) You might not think about it. (Unintelligible) |
| 16:36.9 | LISA: | I know you love me, okay, it's just you're going through a really hard time right now. I was trying to be there for you. I wanted to understand where you were coming from, but you were hiding your feelings from me. Why didn't you just tell me you were having a hard time because you were sad about what you did to that guy? You like walk around like it never happened, but it did, Taryn. |
| 16:59.6 | TARYN: | No, I walk around pretending. |
| 17:02.9 | LISA: | Why do you pretend? Why don't you just cry about it for once? |
| 17:06.0 | TARYN: | Other people would know. |
| 17:09.1 | LISA: | So the thing that you're most scared about is going to jail? |
| 17:13.3 | TARYN: | Wouldn't you be? (Unintelligible) I deserve it. |
| 17:25.5 | LISA: | Well, do you think the cops found any of your clothes? |
| 17:29.0 | TARYN: | No. |
| 17:30.2 | LISA: | No? |
| 17:30.6 | TARYN: | I know that they found that hat because they described it. |
| 17:35.0 | LISA: | Where did you dump that jacket again? |
| 17:38.5 | TARYN: | Don't worry about it. I got it covered. |
| 17:40.9 | LISA: | Didn't you tell me you dumped it in a Porta Potty, or something? |
| 17:43.0 | TARYN: | Why do you want to know? You're not getting me for something, are you? |
| 17:46.6 | LISA: | No. |
| 17:47.7 | TARYN: | OK. Promise? |
| 17:49.7 | LISA: | I promise. |
| 17:50.9 | TARYN: | Are you sure? Just don't worry about it then. |

| | | |
|---|---|---|
| 17:53.8 | LISA: | Okay. |
| 17:55.2 | TARYN: | You're not trying to get me busted, are you? |
| 17:57.2 | LISA: | No, Taryn. |
| 17:59.5 | TARYN: | Are you sure? |
| 17:59.6 | LISA: | It's going to be okay. |
| 18:01.2 | TARYN: | I don't know. |
| 18:03.4 | LISA: | You hurt me more than I've ever — you know what's the difference, though?  Every other time I was used, I was used but I didn't love the person, and now I have been used again, but this time I'm... it was a person I was in love with. |
| 18:16.7 | TARYN: | I wasn't using you. |
| 18:17.8 | LISA: | You used me. |
| 18:19.6 | TARYN: | No. |
| 18:20.5 | LISA: | Yes, you did.  You used me.  I feel like a dirty... I feel so dirty because of you. |
| 18:27.9 | TARYN: | Why? |
| 18:29.7 | LISA: | Because of what you did, what you did to me.  Every time I read the newspapers, all his friends go, "Oh, he's such an innocent guy, he was really loving and caring." |
| 18:40.3 | TARYN: | Lisa, shh, okay.  You think I don't? |
| 18:44.0 | LISA: | I don't understand how you can just pretend like nothing happened. |
| 18:47.5 | TARYN: | You think it's easy? |
| 18:48.5 | LISA: | Every time I try to talk to you about it, you get mad at me. |
| 18:51.4 | TARYN: | Because I hate... (unintelligible). |
| 18:53.7 | LISA: | And so is that why you've been pushing me away? |
| 18:56.0 | TARYN: | I don't know. |
| 18:57.9 | LISA: | Ever since you stabbed that guy, Taryn, you've been totally hateful towards me, everything. |
| 19:04.4 | TARYN: | No.  Maybe.  I don't know. |
| 19:07.4 | LISA: | But I didn't do anything, it's you who did the thing.  Taryn, isn't it in your conscience that you killed someone? |
| 19:16.6 | TARYN: | Of course.  Every day. |

| | | |
|---|---|---|
| 19:23.7 | LISA: | What? I'm scared. |
| 19:28.0 | TARYN: | Why? |
| 19:28.5 | LISA: | 'Cause I love you. I never wanted… I really wanted to marry you, Taryn. I had all our dreams planned and everything and you ruined them. You promised me you'd never leave me. You promised me you wanted to marry me. You can't go around lying to two girls at the same time, pretending everything's going to be all right, and lying to yourself, but you know you did it. |
| 19:56.2 | TARYN: | Lisa, please. |
| 19:57.9 | LISA: | Do you know how upset I am? |
| 19:59.8 | TARYN: | Mom, it's Lisa. (Unintelligible) |
| 20:06.1 | LISA: | Did you tell your mom? |
| 20:07.7 | TARYN: | What? |
| 20:09.0 | LISA: | That you stabbed that guy? |
| 29:10.6 | TARYN: | No. |
| 20:13.1 | LISA: | So she doesn't know? |
| 20:14.7 | TARYN: | No. |
| 20:18.4 | LISA: | Are you eating lunch right now? I haven't eaten in a week. |
| 20:25.3 | TARYN: | Oh, (unintelligible). |
| 20:29.2 | LISA: | What? I lost like seven pounds, Taryn, because I've been so upset. Have I gotten ugly or something? Is that why you lost interest in me? What happened? |
| 20:44.0 | TARYN: | I don't… |
| 20:44.9 | LISA: | What? |
| 20:45.6 | TARYN: | I don't know. |
| 20:47.0 | LISA: | Taryn, no matter what happens, I want you to know I love you. okay? Okay? |
| 20:52.3 | TARYN: | Why do you say that? |
| 20:55.1 | LISA: | 'Cause you, if you want to go off with that girl, then go off with that girl, but always remember that I love you and that I'll always remember the good times we had together, okay? |
| 21:05.6 | TARYN: | What's that? |

| | | |
|---|---|---|
| 21:06.8 | LISA: | If you want to go off that, with that girl, you told that girl that you wanted to. You told me the reason why you wanted to move to the mainland is because you were scared of getting caught for stabbing that guy, but you told her the reason you wanted to go to the mainland is so you could be with her. You, you told her you hated me and that you couldn't wait to go to the mainland to be with her. You can't screw around with me, Taryn. I have real feelings. I have a heart that beats, okay? |
| 21:37.9 | TARYN: | Me too. |
| 21:39.8 | LISA: | You haven't been showing it. I thought you loved me enough to at least tell me, you know. You tried. Obviously you didn't try hard enough because you were having sex with us at the same time. |
| 21:54.0 | TARYN: | You were not (unintelligible). |
| 21:56.3 | LISA: | You should have told me, Taryn, "I don't want to be with you. I want to be with someone else." And then you should have told me that you were having sex with her. You said… you said, "I shouldn't have to tell you that." You should have to tell me that — I've put — I've given you my whole life. You are all that I felt like you were everything to me. You're my God, I would have done anything for you and you don't even want to tell me that you're having sex with someone else. And then what's that crap about, "Oh, April's my favorite month because that's when we went to the Hyatt"? But the whole time, the reason you had April on your key chain was because it was her name. Do you know how bad you hurt me? |
| 22:39.5 | TARYN: | Yes. |
| 22:41.0 | LISA: | Can you just tell me why you hurt me? |
| 22:44.8 | TARYN: | Not on purpose. |
| 22:48.5 | LISA: | Were you thinking when you hurt me? |
| 22:51.3 | TARYN: | I guess not. |
| 22:53.2 | LISA: | Can I ask you something? |
| 22:55.2 | TARYN: | What? |
| 23:00.0 | LISA: | When you have sex with her… |
| 23:03.8 | TARYN: | Don't ask some questions. |
| 23:06.0 | LISA: | No, when you did. |
| 23:07.9 | TARYN: | (Unintelligible) |

| | | |
|---|---|---|
| 23:13.5 | LISA: | (Unintelligible) |
| 23:15.9 | TARYN: | What? |
| | | |
| 23:17.3 | LISA: | What do you think? |
| 23:18.9 | TARYN: | What? |
| | | |
| 23:22.9 | LISA: | Were you happier doing it? Were you? Just answer yes or no. Were you happy? |
| 23:37.3 | TARYN: | (Unintelligible) |
| | | |
| 23:38.8 | LISA: | Huh? |
| 23:39.9 | TARYN: | Okay, I'm not going to do that. |
| | | |
| 23:43.9 | LISA: | Just tell me, were you happy when you were doing it with her? |
| 23:46.8 | TARYN: | Okay, Mom, I heard. |
| | | |
| 23:49.5 | LISA: | Were you happy when you were doing it with her? |
| 23:51.7 | TARYN: | (Unintelligible) |
| | | |
| 23:53.2 | LISA: | Huh? I can't hear you. |
| 23:56.2 | TARYN: | Can I (unintelligible). |
| | | |
| 23:58.3 | LISA: | Yeah. |
| 23:59.6 | TARYN: | Will you be home then? |
| | | |
| 24:00.2 | LISA: | Were you thinking about me? |
| 24:03.3 | TARYN: | (Unintelligible) |
| | | |
| 24:04.5 | LISA: | You were? |
| 24:05.2 | TARYN: | Uh-huh. Can I, can I... Are you going to be home later? |
| | | |
| 24:08.0 | LISA: | Yeah. |
| 24:08.7 | TARYN: | Okay, what time? |
| | | |
| 24:10.3 | LISA: | Um, well, I'm going to (unintelligible) Bruce is going to give me a ride home after... |
| 24:15.4 | TARYN: | You got to hurry 'cause my dad has to use the phone. |
| | | |
| 24:16.8 | LISA: | Okay, well... |
| 24:19.8 | TARYN: | Hurry. |
| | | |
| 24:21.5 | LISA: | (Unintelligible) Do you have a conscience about what you did? |
| 24:25.8 | TARYN: | Yes. But Lisa, I have to go. Are you going to be home then or not? |

| | | |
|---|---|---|
| 24:30.0 | LISA: | Yes. If I'm not, can you call me at Brooke's house? |
| 24:35.3 | TARYN: | Uh-huh. |
| 24:37.0 | LISA: | 'kay. |
| 24:38.1 | TARYN: | 'kay. |
| 24:38.9 | LISA: | 'Cause I really don't want to be home alone. You know what I mean? |
| 24:41.3 | TARYN: | Yeah. |
| 24:42.5 | LISA: | 'kay, I love you, Taryn. |
| 24:43.6 | TARYN: | OK. Go then. (Unintelligible) |
| 24:47.0 | LISA: | What? |
| 24:47.5 | TARYN: | Go home. |
| 24:49.2 | LISA: | 'kay |
| 24:49.9 | TARYN: | Good. 'kay? |
| 24:50.5 | LISA: | I love you. |
| 24:52.0 | TARYN: | 'kay. |
| 24:55.1 | LISA: | Taryn? |
| 24:56.0 | TARYN: | Yes? |
| 24:56.8 | LISA: | I love you. |
| 24:57.6 | TARYN: | I know. |
| 24:59.7 | LISA: | I'm sorry, okay? |
| 25:01.2 | TARYN: | Yeah, I got to go now. |
| 25:02.5 | LISA: | Okay. |
| 25:03.4 | TARYN: | Okay? |
| 25:03.7 | LISA: | Okay. |
| 25:04.3 | TARYN: | Bye. |
| 25:04.9 | LISA: | Bye. |

I, David A. Smith, am a resident of Johnstown, County of Cambria, State of Pennsylvania, and do hereby certify, swear or affirm, and declare that I am competent to give the following declaration: I have prepared the preceding transcript and that the contents are true and accurate to the best of my knowledge.

WITNESS my signature this ___7th___ day of ___March___ (March, 2008).

_____
Signature of Declarant

State of ___Pennsylvania___ )
County of ___Cambria___ )

On ___7th___, 20_08_, ___March___ _____
personally came before me and, being duly sworn, signed the above document in my presence.

_____
Signature of Notary Public

Notary Public, In and for the County of ___Cambria___
State of ___Pennsylvania___
My commission expires: ___November 14, 2009___                    Notary Seal

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
KAREN L RODKEY  NOTARY PUBLIC
JOHNSTOWN, CAMBRIA COUNTY, PA
MY COMMISSION EXPIRES NOV. 14, 2009
```

CHRISTIAN – KIMMEY TELEPHONY CALL — Page 17 of 17