# EXHIBIT "E"

## Q2 — TRACK SHEET OF SEGMENTS FROM CHRISTIAN / KIMMEY
## TELEPHONE CALL ON AUGUST 17, 1995
The time column refers to the Sound Testimony® prepared Q2 transcript.

### TRACK ONE

| | | |
|---|---|---|
| 04:34.0 | LISA: | Are you mad at me? |
| 04:36.0 | TARYN: | About what? |
| | | |
| 04:38.1 | LISA: | About telling Jennifer. |
| 04:40.0 | TARYN: | (Unintelligible). |
| | | |
| 04:43.2 | LISA: | She's not going to tell anyone, okay? |
| 04:47.3 | TARYN: | You don't know that. |
| | | |
| 04:47.7 | LISA: | Taryn, you're going to be okay. |
| 04:51.0 | TARYN: | I don't know that. |
| | | |
| 04:53.8 | LISA: | Are you scared? |
| 04:55.7 | TARYN: | What'd you think?  More than ever.  I'm OK. |

### TRACK TWO

| | | |
|---|---|---|
| 05:43.5 | LISA: | I mean when I told her that you stabbed that guy, she got really scared but she's not going to tell anyone. |
| 05:47.3 | TARYN: | Wait, wait, (Under Lisa's voice) wait, say that again.  She what? |
| | | |
| 05:49.7 | LISA: | When I told her that it was you who did the stabbing, she got scared but she didn't tell anyone. |
| 05:56.9 | TARYN: | Wha… |
| 05:56.9 | LISA: | She promised me. |
| | | |
| 05:57.9 | TARYN: | What if she does? |

### TRACK THREE

| | | |
|---|---|---|
| 06:00.7 | LISA: | Why did you do it, Taryn? |
| 06:03.3 | TARYN: | Do what? |
| | | |
| 06:03.7 | LISA: | Why did you go down there and do that? |
| 06:06.5 | TARYN: | I don't know.  You think I don't regret it?  Shit. |
| | | |
| 06:11.5 | LISA: | Well, like it, it seems like you have no conscience of stabbing that guy. |
| 06:15.6 | TARYN: | Of course I do.  You mean… I… It didn't happen like that OK? |
| | | |
| 06:22.5 | LISA: | Taryn, I'm scared. |
| 06:24.7 | TARYN: | Why? |
| | | |
| 06:25.8 | LISA: | 'Cause I don't want anything to happen to you. |

**EXHIBIT " E "**    CHRISTIAN – KIMMEY TELEPHONE CALL SEGMENTS— Page 1 of 7

| 12:04.0 | LISA: | Why not? |
| 12:05.6 | TARYN: | Why? You want to bust me or something? |

**TRACK TEN**

| 13:39.9 | LISA: | I kept your... I'm keeping your secret, and for so long. Do you know how much that hurts? |
| 13:44.8 | TARYN: | You're not keeping it. |

| 13:49.3 | LISA: | What did you say? |
| 13:50.6 | TARYN: | You're not keeping it. |

| 13:53.3 | LISA: | I am keeping it. |
| 13:54.3 | TARYN: | You (unintelligible) buddy, someone who hates my guts. |

| 13:58.7 | LISA: | And so you think she's going to tell? |
| 14:00.6 | TARYN: | What if she told her boyfriend. |

| 14:02.4 | LISA: | She would never tell her boyfriend. She promised me, Taryn. I know for a fact, okay? |
| 14:10.6 | TARYN: | Mm-hum. |

**TRACK ELEVEN**

| 14:22.4 | LISA: | I can't hear you. |
| 14:24.0 | TARYN: | After you told me that last night... that... you... had told her? |

| 14:29.0 | LISA: | Yeah. |
| 14:29.7 | TARYN: | Like that whole entire call? (Unintelligible) |

| 14:34.9 | LISA: | She tried to call me? |
| 14:36.4 | TARYN: | (Unintelligible) |

| 14:38.8 | LISA: | Why'd you try and call me? I'm talking to you right now. |
| 14:44.9 | TARYN: | She was like acting real weird. |

| 14:47.0 | LISA: | Brooke was acting weird? |
| 14:48.8 | TARYN: | She was acting weird. |
| 14:49.8 | LISA: | I told her what you did with that girl. |
| 14:52.5 | TARYN: | I know, and I thought you told her something else. |

**TRACK TWELVE**

| 14:58.4 | LISA: | You have to talk clearly. I can't understand you. |
| 15:00.8 | TARYN: | (Unintelligible) do something to myself. (Unintelligible) You know what happens if I go to jail? Do you know how long (unintelligible) ...20 to 30 years. |

| 15:13.3 | LISA: | And that's what scares you?  You don't want to go to jail? |
| 15:16.1 | TARYN: | I'll be able to like be done... (unintelligible) ...50 years old.  and I'm not even 20. |

| 15:33.3 | LISA: | Did you tell any of your friends that you killed that guy? |
| 15:35.9 | TARYN: | Uh-uh. |

| 15:37.5 | LISA: | So you've been keeping it inside? |
| 15:39.1 | TARYN: | Uh-huh. |

| 15:40.3 | LISA: | And I'm the only one you told? |
| 15:41.7 | TARYN: | Yes. |

**TRACK THIRTEEN**

| 16:15.8 | LISA: | What? |
| 16:16.7 | TARYN: | Why don't you just turn me in? |
| 16:18.6 | LISA: | Why don't I just turn you in? |
| 16:20.6 | TARYN: | Yeah. |

| 16:21.1 | LISA: | Why do you always say that? |
| 16:22.9 | TARYN: | If you're so angry with me, do it. |

**TRACK FOURTEEN**

| 16:36.9 | LISA: | I know you love me, okay, it's just you're going through a really hard time right now.  I was trying to be there for you.  I wanted to understand where you were coming from, but you were hiding your feelings from me.  Why didn't you just tell me you were having a hard time because you were sad about what you did to that guy?  You like walk around like it never happened, but it did, Taryn. |
| 16:59.6 | TARYN: | No, I walk around pretending. |

| 17:02.9 | LISA: | Why do you pretend?  Why don't you just cry about it for once? |
| 17:06.0 | TARYN: | Other people would know. |

| 17:09.1 | LISA: | So the thing that you're most scared about is going to jail? |
| 17:13.3 | TARYN: | Wouldn't you be?  (Unintelligible)  I deserve it. |

| 17:25.5 | LISA: | Well, do you think the cops found any of your clothes? |
| 17:29.0 | TARYN: | No. |

| 17:30.2 | LISA: | No? |
| 17:30.6 | TARYN: | I know that they found that hat because they described it. |

| 17:35.0 | LISA: | Where did you dump that jacket again? |
| 17:38.5 | TARYN: | Don't worry about it.  I got it covered. |

| 17:40.9 | LISA: | Didn't you tell me you dumped it in a Porta Potty, or something? |
| 17:43.0 | TARYN: | Why do you want to know?  You're not getting me for something, are you? |

| 17:46.6 | LISA: | No. |
| 17:47.7 | TARYN: | OK.  Promise? |

| 17:49.7 | LISA: | I promise. |
| 17:50.9 | TARYN: | Are you sure?  Just don't worry about it then. |
| 17:53.8 | LISA: | Okay. |
| 17:55.2 | TARYN: | You're not trying to get me busted, are you? |

| 17:57.2 | LISA: | No, Taryn. |
| 17:59.5 | TARYN: | Are you sure? |

| 17:59.6 | LISA: | It's going to be okay. |
| 18:01.2 | TARYN: | I don't know. |

**TRACK FIFTEEN**

| 18:44.0 | LISA: | I don't understand how you can just pretend like nothing happened. |
| 18:47.5 | TARYN: | You think it's easy? |

**TRACK SIXTEEN**

| 18:57.9 | LISA: | Ever since you stabbed that guy, Taryn, you've been totally hateful towards me, everything. |
| 19:04.4 | TARYN: | No.  Maybe.  I don't know. |

| 19:07.4 | LISA: | But I didn't do anything, it's you who did the thing.  Taryn, isn't it in your conscience that you killed someone? |
| 19:16.6 | TARYN: | Of course.  Every day. |

**TRACK SEVENTEEN**

| 20:06.1 | LISA: | Did you tell your mom? |
| 20:07.7 | TARYN: | What? |

| 20:09.0 | LISA: | That you stabbed that guy? |
| 29:10.6 | TARYN: | No. |

| 20:13.1 | LISA: | So she doesn't know? |
| 20:14.7 | TARYN: | No. |

**TRACK EIGHTEEN**

~~24:21.5~~

| 24:30.0 | LISA: | (Unintelligible)  Do you have a conscience about what you did? |

24:25.8     TARYN:     Yes.  But Lisa, I have to go.  Are you going to be home then or not?