IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| CLAYTON FRANK, Director, ) | |
| STATE OF HAWAI'I, DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Declaration of David A. Smith; Exhibits "A" - "G" was served upon MARK BARRETT, ESQ., Attorney for Petitioner, P.O. Box 896, Norman, Oklahoma 73070, by the CM/ECF system on July 14, 2008.

                                                                  /s/ Richard K. Minatoya
                                                                 RICHARD K. MINATOYA
                                                                 Deputy Prosecuting Attorney
                                                                 County of Maui
                                                                Attorney for Respondents