DEPARTMENT OF THE PROSECUTING ATTORNEY 207

BENJAMIN M. ACOB 4471
Prosecuting Attorney
PETER A. HANANO 6839
First Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawaii 96793
Tel. No. 243-7630
Fax. No. 270-7927

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | RESPONDENTS EXPERT |
| | ) | WITNESS DISCLOSURES; |
| vs. | ) | DECLARATION OF PETER |
| | ) | A. HANANO; EXHIBITS "A"- |
| CLAYTON FRANK, Director, | ) | "C"; CERTIFICATE OF |
| STATE OF HAWAI'I, DEPARTMENT | ) | SERVICE |
| OF PUBLIC SAFETY, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**RESPONDENTS EXPERT WITNESS DISCLOSURES**

**DECLARATION OF PETER A. HANANO**

**EXHIBITS "A" - "C"**

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | RESPONDENTS EXPERT |
| ) | WITNESS DISCLOSURES |
| vs. ) | |
| ) | |
| CLAYTON FRANK, Director, ) | |
| STATE OF HAWAI'I, DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al. ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

## RESPONDENTS EXPERT WITNESS DISCLOSURES

COME NOW, CLAYTON A. FRANK, Director, Department of Public Safety, State of Hawaii, (hereinafter "Respondents"), by and through their attorney, PETER A. HANANO, First Deputy Prosecuting Attorney for the County of Maui, and hereby presents this Respondents Expert Witness Disclosures pursuant to the First Stipulation to Allow Respondents Additional Time to Conduct Testing and Submission of Expert Reports Regarding DNA Testing filed on June 5, 2008 (Document 106).

Attached as Exhibit "A", are the following reports submitted by Brian Wraxall, Chief Forensic Serologist, Serological Research Institute: 1) Preliminary Analytical Report dated January 24, 2008; 2) Analytical Report dated May 9, 2008; and 3) Second Analytical Report dated June 10, 2008.

Also attached as Exhibit "B", are the following reports submitted by Chantel Marie Giamanco, Forensic Scientist, Human Identification Technologies, Inc.: 1) Testing Report dated June 30, 2008; and 2) Testing Report dated July 8, 2008.

Also attached as Exhibit "C", are the following reports submitted by David Smith, Sound Testimony: 1) Report dated March 7, 2008; 2) Q1 - Transcript of 911 Tape between 911 Operator and Mr. Perry signed on March 7, 2008; 3) Q2 - Transcript of Telephone Conversation Between Taryn Christian and Lisa Kimmey on August 17, 1995 signed March 7, 2008; 4) Q2 - Track Sheet of Segments From Christian / Kimmey Telephone Call on August 17, 1995; 5) Final Report including listening analysis of DVD-ROM WAV data files and Audio Enhancement Methodology Summary dated June 23, 2008; 6) Report of CAE's review of Sound Testimony's Findings dated July 3, 2008.

DATED:  Wailuku, Hawaii, <u>July 16, 2008</u>.

DEPARTMENT OF THE PROSECUTING ATTORNEY
BENJAMIN M. ACOB
PROSECUTING ATTORNEY

By_____
PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents