IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION OF |
| vs. | ) | PETER A. HANANO |
| | ) | |
| CLAYTON FRANK, Director, | ) | |
| STATE OF HAWAI'I, DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## DECLARATION OF PETER A. HANANO

I, PETER A. HANANO, do declare as follows:

1. That Declarant was admitted in 1997 to practice before the United States District Court for the District of Hawaii;

2. That Declarant is a Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and is assigned to answer or otherwise respond on behalf of the State of Hawai'i, Department of Public Safety ("Respondent"), to the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody ("Petition") filed on December 22, 2004, by Petitioner TARYN CHRISTIAN ("Petitioner");

3. That EXHIBIT "A" are true and accurate copies of reports received from Petitioner's Attorney, Mark Barrett, Esq., and submitted by Brian Wraxall, Chief Forensic Serologist, Serological Research Institute: (1) Preliminary Analytical Report dated January 24, 2008, (2) Analytical Report dated May 9, 2008, and (3) Second Analytical Report dated June 10, 2008;

4. That EXHIBIT "B" are true and accurate copies of reports received from and submitted by Chantel Marie Giamanco, Forensic Scientist, Human Identification Technologies, Inc.: (1) Testing Report dated June 30, 2008, and (2) Testing Report dated July 8, 2008;

5.  That EXHIBIT "C" are true and accurate copies of reports and documents submitted by David Smith, Sound Testimony:  (1) Report dated March 7, 2008, (2) Q1 - Transcript of 911 Tape between 911 Operator and Mr. Perry signed on March 7, 2008, (3) Q2 - Transcript of Telephone Conversation Between Taryn Christian and Lisa Kimmey on August 17, 1995 signed March 7, 2008, (4) Q2 - Track Sheet of Segments From Christian / Kimmey Telephone Call on August 17, 1995, (5) Final Report including listening analysis of DVD-ROM WAV data files and Audio Enhancement Methodology Summary dated June 23, 2008, (6) Report of CAE's review of Sound Testimony's Findings dated July 3, 2008;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Wailuku, Hawaii, July 16, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui