DEPARTMENT OF THE PROSECUTING ATTORNEY  207

BENJAMIN M. ACOB  4471
Prosecuting Attorney
PETER A. HANANO  6839
First Deputy Prosecuting Attorney
RICHARD MINATOYA  5840
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawaii  96793
Tel. No. 243-7630
Fax. No. 270-7927

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | RESPONDENTS ADDENDUM |
| | ) | TO EXPERT WITNESS |
| vs. | ) | DISCLOSURES FILED ON |
| | ) | JULY 16, 2008; |
| CLAYTON FRANK, Director, | ) | DECLARATION OF PETER |
| STATE OF HAWAI'I, DEPARTMENT | ) | A. HANANO; EXHIBITS "A"- |
| OF PUBLIC SAFETY, et al. | ) | "B"; CERTIFICATE OF |
| | ) | SERVICE |
| Respondents. | ) | |
| | ) | |

**RESPONDENTS ADDENDUM TO EXPERT WITNESS
DISCLOSURES FILED ON JULY 16, 2008**

**DECLARATION OF PETER A. HANANO**

**EXHIBITS "A" - "B"**

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
| | ) | |
| Plaintiff, | ) | RESPONDENTS EXPERT |
| | ) | WITNESS DISCLOSURES |
| vs. | ) | |
| | ) | |
| CLAYTON FRANK, Director, | ) | |
| STATE OF HAWAI'I, DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## RESPONDENTS ADDENDUM TO EXPERT WITNESS DISCLOSURES FILED ON JULY 16, 2008

COME NOW, CLAYTON A. FRANK, Director, Department of Public Safety, State of Hawaii, (hereinafter "Respondents"), by and through their attorney, PETER A. HANANO, First Deputy Prosecuting Attorney for the County of Maui, and hereby presents this Respondents Addendum to Expert Witness Disclosures Filed on July 16, 2008 (Document 116).

DATED: Wailuku, Hawaii, July 18, 2008.

DEPARTMENT OF THE PROSECUTING ATTORNEY
BENJAMIN M. ACOB
PROSECUTING ATTORNEY

By_____
PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui