IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAYTON FRANK, Director, ) <br> STATE OF HAWAI'I, DEPARTMENT ) <br> OF PUBLIC SAFETY, et al. ) <br> ) <br> Respondents. ) <br> _____ ) | CIV. NO. 04-00743 DAE-LEK <br><br> DECLARATION OF <br> PETER A. HANANO |

## DECLARATION OF PETER A. HANANO

I, PETER A. HANANO, do declare as follows:

1. That on July 16, 2008, Declarant filed Respondents Expert Witness Disclosures (Document 116), along with the various Exhibits "A" - "C";

2. That on July 18, 2008, Declarant noticed that certain pages from both DNA expert witnesses Brian Wraxall and Chantel Giamanco were inadvertently omitted from the exhibits;

3. That Declarant has attached herein as Exhibit "A", complete copies of Brian Wraxall's: (1) Analytical Report dated May 9, 2008, and (2) Second Analytical Report dated June 10, 2008;

      4. That Declarant has attached herein as Exhibit "B", complete copies of Chantel Giamanco's: (1) Testing Report dated June 30, 2008, and (2) Testing Report dated July 8, 2008;

    I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

      DATED: Wailuku, Hawaii, <u>July 18, 2008</u>.

                                      PETER A. HANANO  
                                      First Deputy Prosecuting Attorney  
                                      County of Maui