IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CLAYTON FRANK, Director, ) | |
| STATE OF HAWAI'I, DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Respondents Addendum to Expert Witness Disclosures Filed on July 16, 2008, Declaration of Peter A. Hanano, and Exhibits "A" - "B", were served upon MARK BARRETT, ESQ., Attorney for Petitioner, by electronic mail via the CM/ECF system on July 18, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents