# EXHIBIT "B"



**SEROLOGICAL   RESEARCH   INSTITUTE**

January 24, 2008

Mark Barrett   SERI Case No. M'5324'01
Attorney at Law   Civil No. 04-00743 DAE-LEK
P.O. Box 896   Victim: Vilmar Cabaccong
Norman, OK 73070   Suspects: Taryn Christian
via fax: (405) 366-8329   James Burkhart

### PRELIMINARY ANALYTICAL REPORT

As per court order requirements for me to provide results of analysis as of January 24th 2008, the following is a summary of my analysis to date:

Bloodstains were found on the following items:

SERI Item 1   Swabs from the Sidewalk (#12, 12A & 12B)
SERI Item 2   Knife Blade (#1)
SERI Item 3   Screwdriver (#3)
SERI Item 5   Swabs from Scene (#10, 10A, 11 & 11A)
SERI Item 6   Tank Top – Seidell (#5)

DNA STR typing revealed profiles consistent with Vilmar Cabaccong on all the above items.

**SERI Item 4**, Keys from Vehicle (#2), had traces of blood and provided only limited typing.

**SERI Items 7** (Jacket from Scene) and **Item 8** (Baseball Cap) have not been examined at this time.

Reference samples from Vilmar Cabaccong, Taryn Christian and Serena Seidell have been extracted for DNA content and subjected to DNA STR typing. STR profiles have been obtained from all three individuals. A reference sample from James Burkhart consists of only a hair sample. This has been extracted for DNA typing but no DNA profile has been obtained as of yet. It is possible a new reference sample (e.g. buccal swab or bloodstain) will be required.

The shorts (#4) from Serena Seidell has not been received (it was separated from her other clothing (#5) as per a note on the evidence box).

Some further analysis needs to be completed and the shorts (#4) will need to be analyzed when it arrives at my laboratory. On completion of all testing and full report will be issued.

SEROLOGICAL RESEARCH INSTITUTE

Brian Wraxall
Chief Forensic Serologist

SERJI/CaseFiles/M'532/'01/PreliminaryRpt.

3053 RESEARCH DRIVE • RICHMOND, CA 94806 • (510) 223-7374 (SERI) • FAX (510) 222-8887