# EXHIBIT "D"



RECEIVED
PROSECUTOR'S OFFICE
2008 JUN 20 PM 2:32
COUNTY OF MAUI
WAILUKU, HI 96793

# SEROLOGICAL RESEARCH INSTITUTE

June 10, 2008

Mark Barrett
Attorney at Law
P.O. Box 896
Norman, OK 73070

SERI Case No. M'5324'01
Civil Case No. 04-00743 DAE-LEK
Victim: Vilmar Cabaccang
Suspects: Taryn Christian
          James Burkhart
Other: Serena Seidell

Peter A. Hanano, DPA
Department of the Prosecuting Attorney
County of Maui
150 S. High Street
Wailuku, Maui, HI 96793

## SECOND ANALYTICAL REPORT

On October 10th 2007, fourteen items of evidence were received in five separate boxes from Evidence Specialist Anthony Earles, Maui Police Department, via Federal Express (#'s 8452 4650 6820, 6875, 6864, 6853 and 6831). On April 15th 2008, one further item of evidence was received from Anthony Earles via Federal Express (#8654 0222 8159). An Analytical Report was issued on May 9th 2008. The following items were analyzed as follows:

### ITEM 8   BASEBALL CAP (#2)

Four further areas from the brim of the cap were extracted for DNA content, amplified by PCR and subjected to genetic testing. The results are in the table below.

### ITEM 15   KNIFE SHEATH

This consists of a heavy duty black fabric knife sheath with a belt loop and a metal belt clip. There was <u>no</u> obvious staining on the sheath except for a small area on the back of the sheath next to the belt clip. This staining gave a <u>positive</u> presumptive test for blood and the area was designated 15-4. Three areas of the sheath were selected for examination for the presence of DNA from the owner or handler. Area 15-1 is the flap which holds the knife (when present) in place. Area 15-2 is the area just inside the belt loop and 15-3 is the metal belt clip. All three areas, together with area 15-4, were swabbed separately with sterile water and the swabs were extracted for DNA content. The resulting extracts were amplified by PCR and subjected to genetic marker analysis. The results are in the table below. After analyzing the results a further examination was conducted on the sheath. The belt loop was cut open and inspected using low power microscopy, revealing apparent cellular debris. The area was swabbed (15-5) and two areas sampled by cutting. Area 15-6 is the right front side of the loop and 15-7, the right back side of the loop. All three samples were extracted for DNA content, amplified by PCR and subjected to genetic marker analysis. The results are tabulated below.

3053 RESEARCH DRIVE • RICHMOND, CA 94806 • (510) 223-7374 (SERI) • FAX (510) 222-8887

Mark Barrett
SERI Case No. M5324'01
June 10, 2008
Page 2 of 3

## TABLE OF RESULTS

| ITEM | DESCRIPTION | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | TH01 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | AMEL | D5S818 | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Reference From- Serena Seidell | 10,13 | 27,28 | 8,11 | 10,11 | 14,16 | 7,9.3 | 12,13 | 10,11 | 20>25 | 13>14 | 14,16 | 8 | 14,15 | X,X | 11,12 | 19,24 |
| 11 | Reference From- Taryn Christian | 13,14 | 30>33.2 | 12 | 10,11 | 16,17 | 6,9.3 | 11,13 | 11,14 | 18,24 | 14,14.2 | 17,19 | 8,11 | 17 | X,Y | 12 | 20,21 |
| 14 | Reference From- Vilmar Cabaceang | 14,16 | 30 | 9,13 | 9[11] | 16,18 | 8,9 | 10,11 | 10,11 | 13,2,16.2 | 13,2,16.2 | 15,19 | 8>11 | 14[20] | X,Y | 11 | 19, [22] |
| 12 | Hair Reference - James Hina Burkhart | 13,15 | 28 | 1][14] | [12]15 | 15,16 | 7>9.3 | 12<13 | 9,11 | [18,19] | 15.2 | 15,19 | 11 | 19 | X,Y | 12 | 24,26 |
| 8-7 | Baseball Cap- Brim | 14[10, 11,13] (16) | NA | NA | NA | 16>18 | NA | NA | NA | NA | 13.2,16.2 | NA | NA | NA | X(Y) | 11 | NA |
| 8-8 | Baseball Cap- Brim | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 8-9 | Baseball Cap- Brim | NA | NA | NA | NA | [18] | NA | NA | [11] | NA | 13.2> 16.2 | NA | NA | [X,Y] | X,Y | NA | NA |
| 8-10 | Baseball Cap- Brim | [13] | NA | NA | NA | [16] | NA | NA | NA | NA | NA | NA | NA | NA | X,Y | [11] | NA |
| 15-1 | Knife Sheath - Clasp | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | X(Y) | NA | NA |
| 15-2 | Knife Sheath - Loop | 13[14] | NA | NA | NA | [15,16, 17] | NA | NA | NA | NA | 14,14,2> 13 | 17[14] | NA | NA | X(Y) | 12 | NA |
| 15-3 | Knife Sheath - Chip | 14 | NA | NA | NA | NA | NA | NA | [11] | NA | [14,2] | NA | NA | NA | X(Y) | NA | NA |
| 15-4 | Knife Sheath - Stain | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | NA | NA |
| 15-5 | Knife Sheath - Rt Loop | 13,14 | 30 [29,33.2] [28,30, 32.2, 33.2] | NA | NA | 15,16,17 [18] 16, 17>15, 18 | 7[6,9.3] 6[7,9, 9.3] | 13[14] 11>10 [12,13] | NA | [18] | 14>13, 14.2 14.2 (13,2) | 14>13, 14.17> 19[16] | [8,11] [10] | [10] | X(Y) X(Y) | 12>11 [10] 12(11) [10] | [20, 21] [23] |
| 15-6 | Knife Sheath - Rt Rt Loop | 13,14 | 32.2, 33.2 | [12] | NA | | | | NA | | | | | | | | [20, 21] |
| 15-7 | Knife Sheath - Bk Rt Loop | 13>14 [16] | 30[32.2] | [8,11,12] | [11,12] | 15, 16>17 (18) | 6,9.3[8] | [11,12] | 9[4] | NA | 14>13, 14.2 | 14>17, 19[16] | 9[8] | [17] | X>Y | 12(11) | [20, 21,24] |
| | Extraction Blanks | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

Key:
NA = No activity.
() = Weak results for types in parenthesis.
> = Greater than.
X,X = Female DNA.
X,Y = Male DNA.
[] = Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus.
NR = No Results.

Mark Barrett
SERI Case No. M'5324'01
June 10, 2008
Page 3 of 3

**EXPLANATION & INTERPRETATION**

See previous report

**CONCLUSIONS**

1. The blood staining on the Baseball Cap (item 8) area 8-7 is severely degraded and indicates a mixture. Vilmar Cabaccang cannot be excluded as a donor to the mixture.

2. Area 8-8 of the Baseball Cap produced <u>no</u> results and areas 8-9 and 8-10 revealed only trace amounts of DNA. So <u>no</u> conclusion as to the source can be drawn.

3. Little or no DNA activity was detected on areas 15-1, 15-3 or 15-4 of the knife sheath (item 15).

4. The DNA obtained from the other areas from the Knife Sheath (15-2, 15-5, 15-6 and 15-7) are mixtures. Serena Seidell, Vilmar Cabaccang and James Burkhart are all <u>excluded</u> as being a donor to the mixtures. Taryn Christian is a potential donor to the mixture. Alternatively, one person out of 40,000 individuals (or 0.0025%) in the general population could be a donor to the DNA on the knife sheath.

**EVIDENCE DISPOSITION**

All items of evidence were returned to the Maui Police Department on May 9th 2008. Residual DNA extracts and samples of reference materials will be retained at SERI.

SEROLOGICAL RESEARCH INSTITUTE

*Brian Wraxall*
Brian Wraxall
Chief Forensic Serologist

SERI1/CaseFiles/M'5324'01/Rpt.2