# EXHIBIT "A"



**CURRICULUM VITAE**

**Charisse Marie Giamanco**

840 Business Center Court
Redlands, CA 92373

909-557-1828
FAX 909-557-1838

E-mail:  c.giamanco@hitdna.com

**May 5, 2008**

**PROFESSIONAL EXPERIENCE**

**FORENSIC SCIENTIST, Human Identification Technologies, Inc., Redlands, CA, July 2006 to present**

- Lead forensic biology (DNA) testing caseworker since September 2007
- Perform screening tests for biological fluids (semen, blood, saliva, etc.)
- Interpret findings of testing and prepare reports of analyses
- Perform various Quality Assurance tasks
- Perform statistical calculations of population frequencies
- Present training for buccal swab collection
- Testify for legal proceedings
- Provide consultation and case review
- Provide technical and administrative review of casework
- Participate in research and validation of emerging techniques for DNA analysis, such as Quantifiler™ Y and Yfiler™
- Remain compliant with accreditation standards

**RESEARCH ASSOCIATE, Ionian Technologies, Upland, CA. June 2006 to July 2006**

- Performed PCR and mass spectrophotometry on synthetic and genomic bacterial targets for detection of biological threats
- Learned and utilized an isothermal nucleic acid amplification technique

**Chantel Marie Giamanco**
continued

**ANALYST, Spencer Laboratories, Santa Ana, CA, November 2004 to April 2006**

- Primary forensic scientist to perform forensic biology (DNA) testing
- Perform screening tests for blood and semen, including microscopic examination
- Interpret findings of testing and prepare reports of analyses
- Assisted in achieving and maintaining ISO/IEC 17025 accreditation
- Performed various Quality Assurance tasks
- Assisted with validation of Y-STRs
- Assisted with marketing, including customer presentations

**FORENSIC SCIENTIST I, Armed Forces DNA Identification Laboratory, Rockville, MD, March 2004 to October 2004**

- Mitochondrial DNA PCR amplifications (HVI/HVII regions)
- Analysis of mitochondrial DNA sequencing using Sequencher® software

**RESEARCH TECHNICIAN II, La Jolla Institute for Allergy and Immunology, La Jolla, CA, August 2002 to February 2004**

- Cancer research focused on Trail as a p53 target
- Mastered various techniques such as, RNA extractions, Real Time PCR, Western Blot analysis, and agarose gel electrophoresis
- Interpreted findings of testing
- Presented current journal articles at laboratory meetings

**Internships**

- San Diego Police Department, Forensic Biology Unit, San Diego, CA, 2001 to 2004
- Cellmark Diagnostics, Research Department, Germantown, MD, summer 2001
- Escondido Police Department, Crime Scene Investigations, Escondido, CA, 1999 to 2001

**Chantel Marie Giamanco**
continued

## COURT TESTIMONY QUALIFICATIONS

**DNA**

Qualified as an expert witness in Identifiler™ (STR) PCR-based DNA analysis.

**Supreme Court**
Anchorage, Alaska

**Superior Court**
Fresno County, CA

**Superior Court**
Riverside County, CA

## ACADEMIC QUALIFICATIONS

**BACHELOR OF SCIENCE**, Cellular and Molecular Biology, 2002
San Diego State University

## SPECIALIZED TRAINING AND EDUCATION

Forensic Analysis of DNA, University of Florida, fall semester 2006

Forensic Immunology, University of Florida, spring semester 2006

Forensic Genetics, University of Florida, fall semester 2005

DNA User's Group Workshop, sponsored by California Association of Criminalists, October 2005 (8 hours)

Blood Distribution and Spatter, University of Florida, summer semester 2005

Biological Evidence and Serology, University of Florida, fall semester 2004

17th Annual Forensic Anthropology Course, sponsored by American Registry of Pathology, Armed Forces Institute of Pathology, and National Museum of Health and Medicine, 2004 (40 hours)

Analytical Chemistry, San Diego State University, spring semester 2003

**Chantel Marie Giamanco**
continued

## PUBLICATIONS

Giamanco, Chantel Marie., "A 'Peak' into DNA Analysis", Criminal Defense Attorneys of Michigan, The Right To Counsel, Volume 14, Number 2, Summer 2007, page 14

Giamanco, Chantel Marie., "Collecting a Buccal Swab: An Art of a Cinch?", The Defender, April 2008, page 24-26

## LECTURES AND CONFERENCES

The Northwest Association of Forensic Scientists, 2nd Tri – Division Educational Conference, Salt Lake City, Utah, 2007

Forensic Expert Witness Association, Los Angeles chapter February meeting, Seeing is Believing: Juror Reactions to Expert Witness Testimony, Sherman Oaks, CA 2007

California Association of Criminalists, 108th Semi-Annual Seminar, Temecula, CA 2006

California Association of Criminialists, DNA Study Group, Orange County, CA 2006

Applied Biosystems Human Identification University, Future Trends in Forensic DNA Technology, Los Angeles, CA 2006

California Association of Criminalists, Fall Conference, Los Angeles, CA 2005

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

California Association of Criminalists