# EXHIBIT "B"



# HUMAN IDENTIFICATION TECHNOLOGIES, INC.

140 Business Center Court, Redlands, CA 92373
1-877-DNA2HIT
909-557-1831 (FAX)

## Testing Report

An ASCLD/LAB-*International* accredited laboratory (since 2007)

RECEIVED
PROSECUTOR'S FILE
2008 JUL -7 PM 2:11
COUNTY OF MAUI
WAILUKU, HI 96793

**Testing Performed**
STR Typing

| | |
|---|---|
| **HIT Case #:** | DT-08-0033 |
| **Client:** | Peter Hanano |
| | First Deputy Prosecuting Attorney |
| | County of Maui |
| **Address:** | 150 South High Street |
| | Wailuku, Hawaii 96793 |
| **Phone:** | 808-270-7777 |
| **Fax:** | 808-270-7625 |
| **Client Case#(s):** | 04-00743 DAE-Lek |

**Date of Report:** June 30, 2008

**Administrative Review**
By: *[signature] Mehul Anjaria*

Date: 6/30/08

## Evidence

On June 5, 2008, Human Identification Technologies, Inc. received the following items of evidence from the Maui Police Department, CID via Federal Express:

| Item Designation | Description |
|---|---|
| N/A | Fingernail scrapings (10) from Cabaccang |
| 2 | Baseball cap |
| 6 | Jacket |

The evidence was assigned the following HIT, Inc. item designations and barcode numbers:

| HIT Item Designation | Description | Barcode Number |
|---|---|---|
| 1 | Fingernail scrapings (10) from Cabaccang | 08000070 |
| 2 | Baseball cap | 08000071 |
| 3 | Jacket | 08000072 |

Testing Report                           DT-08-0033                           June 30, 2008

## SUMMARY

The STR-DNA alleles detected from item 1.1 [scrapings (3 fingers) and swab of packaging (1) from right hand] indicate a single source, male, STR-DNA profile. **Vilmar Cabaccang is included as a possible contributor. Taryn Christian and James Hina Burkhart are excluded as possible contributors.**

The three STR-DNA alleles detected from item 1.2 [scrapings (3 fingers) and swab of packaging (1) from left hand] are consistent with a low level, partial, STR-DNA result. The alleles detected are consistent with Vilmar Cabaccang. No alleles foreign to Vilmar Cabaccang were detected. **Taryn Christian and James Hina Burkhart are excluded** as possible contributors of the three alleles.

Blood was not detected from item 2.1.A (swabs from front band area of baseball cap). Human DNA was not detected.

Although a low level of human DNA was detected from item 2.1.B (swab from left side of band area of baseball cap), an STR-DNA profile was not obtained.

Human blood is present on item 3.1 (cutting from lower back side of jacket) and item 3.2 (cutting from front, middle, near the seam of jacket). The STR-DNA alleles detected indicate a single source, male, STR-DNA profile. The STR-DNA profile detected matches the DNA profile determined for Vilmar Cabaccang. **Taryn Christian and James Hina Burkhart are excluded as possible contributors.**

## Examinations

The following item was examined visually and with an Alternate Light Source for the location of possible biological stains. Two areas of this item were also screened for the presence of blood and tested using a more specific test for the presence of human blood:

| HIT Item Designation | Description |
|---|---|
| 3 | Jacket |

The following item was screened for the presence of blood:

| HIT Item Designation | Description |
|---|---|
| 2 | Baseball cap (4 areas on inner band near bill) |

Testing Report                                  DT-08-0033                              June 30, 2008

The following items were extracted for DNA analysis:

| HIT Item Designation | Description |
|---|---|
| 1.1 | Scrapings (3 fingers) and swab of packaging (1) from right hand |
| 1.2 | Scrapings (3 fingers) and swab of packaging (1) from left hand |
| 2.1.A | Swabs (2) from front band area of baseball cap |
| 2.1.B | Swab from left side of band area of baseball cap |
| 3.1 | Cutting from lower back side of jacket |
| 3.2 | Cutting from front, middle, near the seam of jacket |

The extracts were evaluated for the presence of human DNA. All of the extracts, except item 2.1.A, were then amplified using the Identifiler™ kit, and analyzed on a 310 Genetic Analyzer.

The alleles detected were then compared to the STR-DNA profiles determined for the following reference samples (from SERI Second Analytical Report dated June 10, 2008):

- Reference From – Vilmar Cabaccang
- Reference From – Taryn Christian
- Hair Reference – James Hina Burkhart

## Results

Possible biological stains were observed visually on the following item. Alternate Light Source examination revealed no additional stains. This item screened positive for the presence of blood and tested positive using a more specific test for human blood:

| HIT Item Designation | Description |
|---|---|
| 3 | 2 questioned areas located on the jacket |

The following item screened negative for the presence of blood:

| HIT Item Designation | Description |
|---|---|
| 2 | Baseball cap (4 areas on inner band near bill) |

The DNA typing results are presented in Tables I, II, and III on the following pages. The DNA typing results for the reference samples (from SERI Second Analytical Report dated June 10, 2008) are also presented in Tables I, II, and III.

Testing Report                         DT-08-0033                          June 30, 2008

Table I: Identifiler™ alleles detected

| Item and Description / Locus | 1.1 – Scrapings and swab of packaging from right hand | 1.2 – Scrapings and swab of packaging from left hand | Reference From – Vilmar Cabaccang (from SERI Second Analytical Report dated June 10, 2008) | Reference From – Taryn Christian (from SERI Second Analytical Report dated June 10, 2008) | Hair Reference – James Hina Burkhart (from SERI Second Analytical Report dated June 10, 2008) |
|---|---|---|---|---|---|
| D8S1179 | 14,16 | 14* | 14,16 | 13,14 | 13,15 |
| D21S11 | 30 | NR | 30 | 30>33.2 | 28 |
| D7S820 | 9*,13* | NR | 9,13 | 12 | 11[14] |
| CSF1PO | 9*,11* | NR | 9[11] | 10,11 | [12]15 |
| D3S1358 | 16,18 | NR | 16,18 | 16,17 | 15,16 |
| TH01 | 8,9 | NR | 8,9 | 6,9.3 | 7>9.3 |
| D13S317 | 10*,11* | NR | 10,11 | 11,13 | 12<13 |
| D16S539 | 10*,11* | NR | 10,11 | 11,14 | 9,11 |
| D2S1338 | 20* | NR | [20,24] | 18,24 | [18,19] |
| D19S433 | 13.2,16.2 | 13.2* | 13.2,16.2 | 14,14.2 | 15.2 |
| vWA | 15,19* | NR | 15,19 | 17,19 | 15,19 |
| TPOX | 8*,11* | NR | 8>11 | 8,11 | 11 |
| D18S51 | 14*,20* | NR | 14[20] | 17 | 19 |
| Amelogenin | X,Y | X,Y | X,Y | X,Y | X,Y |
| D5S818 | 11 | 11* | 11 | 12 | 12 |
| FGA | 19*,22* | NR | 19[22] | 20,21 | 24,26 |

*weak alleles that may have an undetected sister allele if part of a heterozygous pair
NR – no typing results obtained
[] = Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus (from SERI Second Analytical Report dated June 10, 2008).
> = Greater than (from SERI Second Analytical Report dated June 10, 2008).

Testing Report　　　　　　　　　　　DT-08-0033　　　　　　　　　　　June 30, 2008

Table II: Identifiler™ alleles detected

| Item and Description Locus: | 2.1.B – Swab from left side of band area of baseball cap | Reference From – Vilmar Cabaccang (from SERI Second Analytical Report dated June 10, 2008) | Reference From – Taryn Christian (from SERI Second Analytical Report dated June 10, 2008) | Hair Reference – James Hina Burkhart (from SERI Second Analytical Report dated June 10, 2008) |
|---|---|---|---|---|
| D8S1179 | NR | 14,16 | 13,14 | 13,15 |
| D21S11 | NR | 30 | 30>33.2 | 28 |
| D7S820 | NR | 9,13 | 12 | 11[14] |
| CSF1PO | NR | 9[11] | 10,11 | [12]15 |
| D3S1358 | NR | 16,18 | 16,17 | 15,16 |
| TH01 | NR | 8,9 | 6,9.3 | 7>9.3 |
| D13S317 | NR | 10,11 | 11,13 | 12<13 |
| D16S539 | NR | 10,11 | 11,14 | 9,11 |
| D2S1338 | NR | [20,24] | 18,24 | [18,19] |
| D19S433 | NR | 13.2,16.2 | 14,14.2 | 15.2 |
| vWA | NR | 15,19 | 17,19 | 15,19 |
| TPOX | NR | 8>11 | 8,11 | 11 |
| D18S51 | NR | 14[20] | 17 | 19 |
| Amelogenin | NR | X,Y | X,Y | X,Y |
| D5S818 | NR | 11 | 12 | 12 |
| FGA | NR | 19[22] | 20,21 | 24,26 |

*weak alleles that may have an undetected sister allele if part of a heterozygous pair
NR – no typing results obtained
[] = Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus (from SERI Second Analytical Report dated June 10, 2008)
> = Greater than (from SERI Second Analytical Report dated June 10, 2008)

Testing Report                     DT-08-0033                     June 30, 2008

Table III: Identifiler™ alleles detected

| Item and Description Locus: | 3.1 – Cutting from lower back side of jacket | 3.2 – Cutting from front, middle, near the seam of the jacket | Reference From – Vilmar Cabaccang (from SERI Second Analytical Report dated June 10, 2008) | Reference From – Taryn Christian (from SERI Second Analytical Report dated June 10, 2008) | Hair Reference – James Hina Burkhart (from SERI Second Analytical Report dated June 10, 2008) |
|---|---|---|---|---|---|
| D8S1179 | 14,16 | 14,16 | 14,16 | 13,14 | 13,15 |
| D21S11 | 30 | 30 | 30 | 30>33.2 | 28 |
| D7S820 | 9,13 | 9,13* | 9,13 | 12 | 11[14] |
| CSF1PO | 9*,11* | 9,11 | 9[11] | 10,11 | [12]15 |
| D3S1358 | 16,18 | 16,18 | 16,18 | 16,17 | 15,16 |
| TH01 | 8,9 | 8,9 | 8,9 | 6,9.3 | 7>9.3 |
| D13S317 | 10,11 | 10,11 | 10,11 | 11,13 | 12<13 |
| D16S539 | 10,11 | 10,11 | 10,11 | 11,14 | 9,11 |
| D2S1338 | 20,24* | 20,24 | [20,24] | 18,24 | [18,19] |
| D19S433 | 13.2,16.2 | 13.2,16.2 | 13.2,16.2 | 14,14.2 | 15.2 |
| vWA | 15,19 | 15,19 | 15,19 | 17,19 | 15,19 |
| TPOX | 8,11 | 8,11 | 8>11 | 8,11 | 11 |
| D18S51 | 14*,20* | 14,20* | 14[20] | 17 | 19 |
| Amelogenin | X,Y | X,Y | X,Y | X,Y | X,Y |
| D5S818 | 11 | 11 | 11 | 12 | 12 |
| FGA | 19*,22* | 19,22* | 19[22] | 20,21 | 24,26 |

*weak alleles that may have an undetected sister allele if part of a heterozygous pair
NR – no typing results obtained
[] = Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus (from SERI Second Analytical Report dated June 10, 2008)
> = Greater than (from SERI Second Analytical Report dated June 10, 2008)

Testing Report    DT-08-0033    June 30, 2008

## Conclusions

**ITEM 1.1 – SCRAPINGS (3 FINGERS) AND SWAB OF PACKAGING FROM RIGHT HAND**
The STR-DNA results indicate a single source, male, STR-DNA profile. Degradation is indicated. **Vilmar Cabaccang is included as a possible contributor. Taryn Christian and James Hina Burkhart are excluded** as possible contributors. This STR-DNA profile can be expected to occur in unrelated individuals at random in:

Less than 1 in 7 billion African-Americans [calculated as 1 in $2.8 \times 10^{23}$ (280 sextillion)]
Less than 1 in 7 billion Caucasians [calculated as 1 in $1.2 \times 10^{23}$ (120 sextillion)]
Less than 1 in 7 billion Southwestern Hispanics [calculated as 1 in $4.5 \times 10^{22}$ (45 sextillion)]

**ITEM 1.2 – SCRAPINGS (3 FINGERS) AND SWAB OF PACKAGING FROM LEFT HAND**
The three STR-DNA alleles detected are consistent with a low level, partial STR-DNA result. Male DNA was detected. Inhibition is indicated. The alleles detected are consistent with **Vilmar Cabaccang**. No alleles foreign to Vilmar Cabaccang were detected. **Taryn Christian and James Hina Burkhart are excluded** as possible contributors of the three alleles. Individuals meeting the criteria for inclusion as a potential contributor of the three STR-DNA alleles detected in this low level, partial DNA result can be expected to occur at random among the following unrelated individuals:

1 in 28 African Americans
1 in 57 Caucasians
1 in 11 Southwestern Hispanics

**ITEM 2.1.A – SWABS (2) FROM FRONT BAND AREA OF BASEBALL CAP**
Blood was not detected. Human DNA was not detected.

**ITEM 2.1.B – SWAB FROM LEFT SIDE OF THE BAND AREA OF BASEBALL CAP**
Although a low level of human DNA was detected, an STR-DNA profile was not obtained.

**ITEM 3.1 – CUTTING FROM LOWER BACK SIDE OF JACKET**
Human blood is present. The STR-DNA results indicate a single source, male, STR-DNA profile. The STR-DNA profile detected matches the DNA profile determined for Vilmar Cabaccang. **Taryn Christian and James Hina Burkhart are excluded** as possible contributors. This STR-DNA profile, which matches Vilmar Cabaccang, can be expected to occur in unrelated individuals at random in:

Less than 1 in 7 billion African-Americans [calculated as 1 in $3.0 \times 10^{24}$ (3.0 septillion)]
Less than 1 in 7 billion Caucasians [calculated as 1 in $1.0 \times 10^{24}$ (1.0 septillion)]
Less than 1 in 7 billion Southwestern Hispanics [calculated as 1 in $6.8 \times 10^{23}$ (680 sextillion)]

Testing Report                            DT-08-0033                            June 30, 2008

**ITEM 3.2 – CUTTING FROM FRONT, MIDDLE, NEAR THE SEAM OF THE JACKET**
Human blood is present. The STR-DNA results indicate a single source, male, STR-DNA profile. The STR-DNA profile detected matches the DNA profile determined for Vilmar Cabaccang. Taryn Christian and James Hina Burkhart are excluded as possible contributors. This STR-DNA profile, which matches Vilmar Cabaccang, can be expected to occur in unrelated individuals at random in:

Less than 1 in 7 billion African-Americans [calculated as 1 in $3.0 \times 10^{24}$ (3.0 septillion)]
Less than 1 in 7 billion Caucasians [calculated as 1 in $1.0 \times 10^{24}$ (1.0 septillion)]
Less than 1 in 7 billion Southwestern Hispanics [calculated as 1 in $6.8 \times 10^{23}$ (680 sextillion)]

**Disposition of Evidence**

Evidence under barcode numbers 08000070, 08000071, and 08000072 is temporarily secured at Human Identification Technologies, Inc. and will be returned to Maui Police Department, CID.

The following DNA analysis by-products will be stored at Human Identification Technologies, Inc. under barcode number 08000080 for a minimum of ten years:

Extracted DNA fractions: Items 2.1.A, 2.1.B (consumed), SC (consumed), EC, RB (consumed), 1.1, 1.1 (1:10), 1.2, SC-2, EC-2, RB-2, 3.1, 3.1 (1:10), 3.2, 3.2 (1:10), EC-3, RB-3
Extracted substrates: Items 2.1.A, 2.1.B, SC, SC-2, 3.1, and 3.2

The agency(s) from which the original evidence was received must notify Human Identification Technologies, Inc. in writing 90 days prior to the date of destruction of the DNA analysis by-products if said agency(s) require extended storage of the DNA analysis by-products generated by Human Identification Technologies, Inc.

*Chantel Marie Giamanco*
Chantel Marie Giamanco
Forensic Scientist

Testing Report                           DT-08-0033                          June 30, 2008

## Description of Testing Methodologies Employed

('x' indicates method used in this case)

**Body Fluid Testing**

| | | |
|---|---|---|
| X | Ortho-tolidine | Used as a presumptive test for suspected bloodstains |
| | Acid Phosphatase (AP) | Used as a presumptive test for suspected semen stains |
| X | Alternate Light Source (ALS) | Used to locate biological stains such as semen by promoting fluorescence |
| | Radial diffusion | Used for detection of amylase (an enzyme found in high concentration in saliva) |
| X | ABAcard® HemaTrace® | Used in concert with sample appearance, the ortho-tolidine test, and human DNA typing results to determine if human blood is present. Note: this test is known to cross-react with higher primates and ferrets. Therefore, a conclusion that human blood is present is based on the entire analysis scheme and assumes the absence of ferret and/or higher primate blood. |
| | SERATEC® PSA SEMIQUANT | Used as a confirmatory test for seminal fluid. Detects the presence of prostate-specific antigen (PSA). |
| | Cellular microscopy | Extracts are stained with safranin (or nuclear fast red) followed by picroindigocarmine |

**DNA Extraction**

| | |
|---|---|
| X | Organic extraction (phenol/chloroform, Microcon®) |
| | Differential extraction-designed to separate non-sperm cell DNA from sperm cell DNA (phenol/chloroform, Microcon®) |
| | QIAamp® DNA Micro |
| | Concentration of extracts using Vacufuge |

**DNA Quantitation**

| | |
|---|---|
| X | Applied Biosystems Quantifiler™ run on an ABI Prism® 7000 Sequence Detection System |

**DNA Amplification**

| | |
|---|---|
| X | Applied Biosystems AmpFℓSTR® Identifiler™ PCR Amplification Kit |

Polymerase Chain Reaction (PCR) is used to amplify the following short tandem repeat (STR) loci:

D8S1179   D3S1358   D2S1338   D18S51
D21S11    TH01      D19S433   D5S818
D7S820    D13S317   vWA       FGA
CSF1PO    D16S539   TPOX
Plus: Amelogenin (gender determination locus)

**STR Typing**

| | |
|---|---|
| X | Capillary electrophoresis using ABI Prism® 310 Genetic Analyzer |

# EXHIBIT "C"



# HUMAN IDENTIFICATION TECHNOLOGIES, INC.

440 Business Center Court, Redlands, CA 92373
1-877-DNA2HIT
909-557-1831 (FAX)

## Testing Report

An ASCLD/LAB-*International* accredited laboratory (since 2007)

RECEIVED
SECUTOR'S OFFICE
2008 JUL 14 PM 3:06
COUNTY OF MAUI
WAILUKU, HI 96793

### Supplemental Report I

**Testing Performed**
STR Typing

| | | | |
|---|---|---|---|
| **HIT Case #:** | DT-08-0033 | **Date of Report:** | July 8, 2008 |
| **Client:** | Peter Hanano<br>First Deputy Prosecuting Attorney<br>County of Maui | | |
| **Address:** | 150 South High Street<br>Wailuku, Hawaii 96793 | **Administrative Review By:** | |
| **Phone:** | 808-270-7777 | | |
| **Fax:** | 808-270-7625 | | *Kelli Fenesan* |
| **Client Case#(s):** | 04-00743 DAE-Lek | **Date:** | July 8, 2008 |

### Evidence

See HIT, Inc. report dated June 30, 2008 for a description of evidence items and the corresponding HIT, Inc. item designations and barcode numbers.

### SUMMARY

See HIT, Inc. report dated June 30, 2008 for a previous summary.

The low level of human DNA detected from item 2.1.C [cuttings (5) from inner band of baseball cap] did not produce STR-DNA typing results.

### Examinations

See HIT, Inc. report dated June 30, 2008 for a description of previous examinations.

The following item was extracted for DNA analysis:

| HIT Item Designation | Description |
|---|---|
| 2.1.C | Cuttings (5) from inner band of baseball cap |

The extract was evaluated for the presence of human DNA. The extract was then amplified using the Identifiler™ kit, and analyzed on a 310 Genetic Analyzer.

Testing Report                          DT-08-0033                          July 8, 2008

**Results**

See HIT, Inc. report dated June 30, 2008 for a description of previous results.

A low level of human DNA was detected from item 2.1.C [cuttings (5) from inner band of baseball cap].

The DNA typing results are presented below in Table I.

Table I: Identifiler™ alleles detected

| Item and Description | Item 2.1.C – Cuttings (5) from inner band of baseball cap |
|---|---|
| D8S1179 | NR |
| D21S11 | NR |
| D7S820 | NR |
| CSF1PO | NR |
| D3S1358 | NR |
| TH01 | NR |
| D13S317 | NR |
| D16S539 | NR |
| D2S1338 | NR |
| D19S433 | NR |
| vWA | NR |
| TPOX | NR |
| D18S51 | NR |
| Amelogenin | NR |
| D5S818 | NR |
| FGA | NR |

NR – no typing results obtained

Testing Report                    DT-08-0033                    July 8, 2008

## Conclusions

See HIT, Inc. report dated June 30, 2008 for previous conclusions.

**ITEM 2.1.C – CUTTINGS (5) FROM INNER BAND OF BASEBALL CAP**
The low level of human DNA detected did not produce STR-DNA typing results.

## Disposition of Evidence

See HIT, Inc. report dated June 30, 2008 for previous disposition of evidence.

The following DNA analysis by-products will be added to the contents of barcode number 08000080 and will be stored at Human Identification Technologies, Inc. for a minimum of ten years:

Extracted DNA fractions: Items 2.1.C (consumed), EC-4, and RB-4 (consumed)
Extracted substrates: Item 2.1.C

The agency(s) from which the original evidence was received must notify Human Identification Technologies, Inc. in writing 90 days prior to the date of destruction of the DNA analysis by-products if said agency(s) require extended storage of the DNA analysis by-products generated by Human Identification Technologies, Inc.

*Chantel Marie Giamanco*
Chantel Marie Giamanco
Forensic Scientist

Testing Report            DT-08-0033            July 8, 2008

## Description of Testing Methodologies Employed

('x' indicates method used in this case)

**Body Fluid Testing**

| | | |
|---|---|---|
| | Ortho-tolidine | Used as a presumptive test for suspected bloodstains |
| | Acid Phosphatase (AP) | Used as a presumptive test for suspected semen stains |
| | Alternate Light Source (ALS) | Used to locate biological stains such as semen by promoting fluorescence |
| | Radial diffusion | Used for detection of amylase (an enzyme found in high concentration in saliva) |
| | ABAcard® HemaTrace® | Used in concert with sample appearance, the ortho-tolidine test, and human DNA typing results to determine if human blood is present. Note: this test is known to cross-react with higher primates and ferrets. Therefore, a conclusion that human blood is present is based on the entire analysis scheme and assumes the absence of ferret and/or higher primate blood. |
| | SERATEC® PSA SEMIQUANT | Used as a confirmatory test for seminal fluid. Detects the presence of prostate-specific antigen (PSA). |
| | Cellular microscopy | Extracts are stained with safranin (or nuclear fast red) followed by picroindigocarmine |

**DNA Extraction**

| | |
|---|---|
| X | Organic extraction (phenol/chloroform, Microcon®) |
| | Differential extraction-designed to separate non-sperm cell DNA from sperm cell DNA (phenol/chloroform, Microcon®) |
| | QIAamp® DNA Micro |
| | Concentration of extracts using Vacufuge |

**DNA Quantitation**

| | |
|---|---|
| X | Applied Biosystems Quantifiler™ run on an ABI Prism® 7000 Sequence Detection System |

**DNA Amplification**

| | |
|---|---|
| X | Applied Biosystems AmpFℓSTR® Identifiler™ PCR Amplification Kit |

Polymerase Chain Reaction (PCR) is used to amplify the following short tandem repeat (STR) loci:

D8S1179    D3S1358    D2S1338    D18S51
D21S11     TH01       D19S433    D5S818
D7S820     D13S317    vWA        FGA
CSF1PO     D16S539    TPOX

Plus: Amelogenin (gender determination locus)

**STR Typing**

| | |
|---|---|
| X | Capillary electrophoresis using ABI Prism® 310 Genetic Analyzer |