KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367
Fax: 405-366-8329
Email: barrettlaw@sbcglobal.net

ATTORNEYS FOR PETITIONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| **TARYN CHRISTIAN,** | ) | **CIV NO. 04-00743 DAE-LEK** |
| | ) | |
| **Petitioner,** | ) | **NOTICE OF AFFIDAVITS,** |
| | ) | **EXHIBITS FOR EVIDENTIARY** |
| | ) | **HEARING;   EXHIBITS A-G;** |
| | ) | |
| | ) | **CERTIFICATE   OF SERVICE** |
| **vs.** | ) | |
| | ) | |
| **IWALANI WHITE,** | ) | |
| **Director, State of Hawaii** | ) | |
| **Department of Public Safety,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## PETITIONER CHRISTIAN'S NOTICE OF AFFIDAVITS,
## EXHIBITS FOR EVIDENTIARY HEARING

Taryn Christian, through counsel, hereby serves notice of affidavits and

1

exhibits to be presented at the August 18, 2008 evidentiary hearing.

Affidavits submitted are Affidavit of John J. Mitchell, July, 2008, (Exhibit A to this filing and with other exhibits incorporated into the affidavit);   Affidavit of Philip Schmidt, July 2008 (Exhibit B and with Exhibits SC-1 and SC-2 attached); Affidavit of Patricia Mullins (Exhibit C), Affidavit of Darryl Carlson July 2008 (Exhibit D with Exhibit CA-1 incorporated as part), and the Affidavit of Georgiana Frayer-Luna.  (Exhibit E)

Exhibits submitted are (1) MI-1,   transcript of the conversation between Taryn Christian and Lisa Kimmey, (2) MI-2, report of Jack Mitchell regarding his analysis of the Christian-Kimmey tape and a 911 tape, (3) MI-3, transcript of the 911 tape, (4) MI-4, a DVD containing expansion files relating to the 911 tape, (5) a report regarding Jack Mitchell's analysis of the work of David Smith, (6) MI-6A, a DVD regarding Jack Mitchell's review of the work of audio analyst David Smith, (7) MI-6B, a report regarding Gas Express videotapes, (8) MI-7, a DVD containing still images extracted from the Gas Express videotapes, (9) SC-1 a lineup including a photograph of James Burkhart, (10) SC-2, a lineup including a photograph of Taryn Christian, (11), CA-1 a transcript of an interview Darryl Carlson conducted with Shawn Santana, (12) Exhibit F,  some of the documents from the Maui circuit court pertaining to preservation of evidence, and (13)

Exhibit G, a photograph of the shorts Serena Seidel was wearing on the evening of the homicide.

The first eleven of these thirteen exhibits pertain to affidavits submitted. They thus are included as part of the affidavits and are numbered using the first two letters of the last name of the witness making the affidavit followed by a number.

The last two exhibits are separate attachments to this notice.

Exhibits which are DVDs have been previously provided to the respondent in conjunction with Mr. Mitchell's expert reports.  Copies of the DVDs will be submitted to the Court along with the Court's copies of the affidavit and exhibit material.

Dated: July 18,  2008.

/s/ Mark Barrett
MARK BARRETT
KEITH SHIGETOMI