## AFFIDAVIT OF PATRICIA MULLINS
## JULY, 2008

I, Patricia Mullins, having been duly sworn, state upon oath:

1. I was acquainted with James "Hina" Burkhart prior to the time Vilmar Cabaccang was killed.

2. Burkhart confessed to me, not long after Cabaccang died, that he was the person who killed Cabaccang.

3. I would have testified, at Taryn Christian's trial, about the confession if I had been allowed to do so.

4. After I told Burkhart that killing Cabaccang was "fucked up," he responded: "you know me Trish I got to do what I got to do."

5. Burkhart told me that he was "going to get away with it" because Cabaccang's girlfriend, was "wrapped around his finger." He said that Seidel would not identify him as the killer.

Further affiant saith not.

/s/ PATRICIA MULLINS

Subscribed and sworn to before me on this  16  day of July, 2008.

/s/ NOTARY PUBLIC

My commission expires: 8-26-2011

EDWARD C. GROSS
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 03-83683-2 - Expires August 26, 2011

— EXHIBIT C —