## AFFIDAVIT

**AFFIANT, being first duly sworn, deposes and says of her own personal knowledge:**

1. I, Georgiana Frayer-Luna, met with Annie Leong at her place of employment at the store known as Long's, located at 1215 S. Kihei Rd, Kihei, Maui, Hawaii, at approximately 7:00 p.m., Wednesday, July 16, 2008.

2. In the course of the discussion, Annie Leong stated that a police officer from the Maui Police Department showed her two 4" x 6" glossy photos and asked her to identify the man she saw at Gas Express the morning July 15, 1995.

3. Ms. Leong stated that she selected one of these photographs as the man she saw at Gas Express the morning of July 15, 1995.

Further affiant saith not.

*[signature]*
Georgiana R. Frayer-Luna

Subscribed and sworn to before me this 18th day of July, 2008.

*[signature]*
NOTARY PUBLIC        L.S. 08-71

My commission expires: April 13, 2012

NOTARY PUBLIC CERTIFICATION
Erin M. Higa    First Judicial Circuit
Doc. Description: Affidavit
No. of Pages: 1    Date of Doc. 07/18/08
Notary Signature: Erin M Higa    Date: 07/18/08

— EXHIBIT E —