**ORIGINAL**

2ND CIRCUIT COURT
STATE OF HAWAII
FILED

99 MAR -3 PM 3: 26

N. YOTSUYA
CLERK

Taryn Christian, Petitioner, Pro se
C/o C. C. A. Daimond Back Correctional Facility
Post Office Box 780
Watonga, Oklahoma 73772

## IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I<br><br>v.<br><br>TARYN CHRISTIAN,<br>    Petitioner. | CR. NO. 95-0389 (1)<br>COUNT ONE: MURDER IN THE SECOND DEGREE<br>COUNT TWO: USE OF A DEADLY WEAPON IN COMMISSION OF A CRIME<br>COUNT THREE: ATTEMPTED THEFT IN THE THIRD DEGREE<br>MOTION FOR ORDER FOR PRESERVATION OF EVIDENCE; CERTIFICATE OF SERVICE |

### MOTION FOR ORDER FOR PRESERVATION OF EVIDENCE

COME NOW, PETITIONER, TARYN CHRISTIAN, in Pro se, and requests that this Honorable Court will cause to be ordered that <u>all</u> physical evidence, including, blood samples, clothing, instruments, audio, audio-visual tapes, etc., obtained by the Maui County Police Department, Maui County Prosecutor's office, and any physical evidence collected by any other private of governmental source, whether such evidence was used or not used in the prosecution of Petitioner, relevant to the above criminal proceedings, be preserved, pending an anticipated filing under Hawai'i Rules of Penal Procedure, Rule 40, or a Federal Habeas Corpus for post conviction relief.

DATED: ___3-1-99___, WATONGA, OKLAHOMA

                                                                                                                                    _Taryn Christian_
                                                                                                                                    TARYN CHRISTIAN,
                                                                                                                                              Petitioner

_____
SO ORDERED
JUDGE OF THE ABOVE ENTITLED COURT


I hereby certify that this is a full, true and correct copy of the Original.

Clerk, Second Circuit Court

— EXHIBIT F —

Taryn Christian, Petitioner, Pro se
C/o C. C. A. Daimond Back Correctional Facility
Post Office Box 780
Watonga, Oklahoma 73772

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I | ) CR. NO. 95-0389 (1) |
| | ) COUNT ONE: MURDER IN THE |
| | ) SECOND DEGREE |
| | ) COUNT TWO: USE OF A DEADLY |
| v. | ) WEAPON IN COMMISSION OF A |
| | ) CRIME |
| | ) COUNT THREE: ATTEMPTED |
| TARYN CHRISTIAN, | ) THEFT IN THE THIRD DEGREE |
| Petitioner. | ) MOTION FOR ORDER FOR |
| | ) PRESERVATION OF EVIDENCE; |
| | ) NOTICE OF HEARING |

NOTICE OF HEARING

MOTION FOR ORDER FOR PRESERVATION OF EVIDENCE

DATE: MAR 19 1999

TIME: 8:30 a.m.

JUDGE: ARTEMIO C. BAXA

DATED: WAILUKU, MAUI, HAWAI'I,



JUDGE

Taryn Christian, Petitioner, Pro se
C/o C. C. A. Daimond Back Correctional Facility
Post Office Box 780
Watonga, Oklahoma 73772

### CERTIFICATE OF SERVICE

I Certify that one (1) copy of the foregoing was served on the below listed party by mailing same, via U. S. Postal Service, first class postage pre-paid, on March 3rd, 1999.

DEPARTMENT OF THE PROSECUTING ATTORNEY

DAVELYNN M. TENGAN

DEPUTY PROSECUTOR

200 SOUTH HIGH STREET

WAILUKU, MAUI, HAWAI'I 96793

DATED: WATONGA, OKLAHOMA, MARCH 1st 1999.

_Taryn Christian_
TARYN CHRISTIAN,
Petitioner.

Taryn Christian, Petitioner, Pro se
C/o C. C. A. Daimond Back Correctional Facility
Post Office Box 780
Watonga, Oklahoma 73772

CERTIFICATE OF SERVICE

I CERTIFY that one (1) copy of the foregoing was served on the below listed party by mailing same, via U. S. Postal Service, first class, postage pre-paid, on March 3rd, 1999.

MAUI COUNTY POLICE DEPARTMENT

55 MAHALANI STREET

WAILUKU, MAUI, HAWAI'I 96793

DATED: WATONGA, OKLAHOMA MARCH 1st 1999.

_Taryn Christian_
TARYN CHRISTIAN,
Petitioner

**ORIGINAL**

DEPARTMENT OF THE PROSECUTING ATTORNEY 207

DAVELYNN M. TENGAN  3263
County of Maui
150 S. High Street
Wailuku, Hawaii 96793
Phone 243-7630

2ND CIRCUIT COURT
STATE OF HAWAII
FILED

99 APR -6 PM 3:19

N. OTSUYA
CLERK

IN THE SECOND CIRCUIT COURT
STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII )<br><br>    v.<br><br>TARYN CHRISTIAN,<br><br>    Defendant. | CR. NO. 95-0389(3)<br>COUNT ONE: MURDER IN THE<br>  SECOND DEGREE<br>COUNT TWO: USE OF DEADLY<br>  OR DANGEROUS WEAPON IN THE<br>  COMMISSION OF A CRIME<br>COUNT THREE: ATTEMPTED<br>  THEFT IN THE THIRD DEGREE<br><br>INVENTORY OF PROPERTY IN<br>STATE'S CUSTODY; CERTIFICATE<br>OF SERVICE |

INVENTORY OF PROPERTY IN STATE'S CUSTODY

The STATE OF HAWAII hereby provides the following inventory of property in the custody of the STATE OF HAWAII:

1. With the Maui County Police Department:

    1 vehicle, 1990 Honda, 4-door sedan, black, with Hawaii License No. MVW-174;
    1 vehicle key on ring with Aloha-Hawaii April-Apelila pendant.

2. With the Department of the Prosecuting Attorney, County of Maui:

    Blood sample of Serena Seidel;
    Black halter top of Serena Seidel;
    Head hair sample of G. Brawith;

*I hereby certify that this is a full, true and correct copy of the Original.*

Clerk, Second Circuit Court

Hair sample of Vilmar Cabacang;
Head hair sample of James Burkhart;
1 pair of jeans;
Defendant Taryn Christian's hair samples;
Tape lifts from Vilmar Cabacang's vehicle;
1 enlarged photo of Defendant's vehicle's front windshield;
33 photos;
Videotape copies of: Vilmar Cabacang's autopsy (1), TV news clip of Defendant regarding the trial (1), wake service for Vilmar Cabacang (1), crime scene at 15 Kulanihakoi, U.S. Postal Inspection Service (1), Gas Express tape (1), police interviews of MCCC inmates (1), police interview of James Burkhart (1);
4 photo arrays: 7/31/95 by Detective Ronald Hiyakumoto, 7/14/95 by Detective Jody Murata, 7/18/95 by Detective Jody Murata, 7/28/95 by Detective Brian Kaya;
T shirt, white, dirty;
T shirt, white;
Glass cylinder in vial;
T-shirt;
Audiotape cassettes: 911 call; telephone conversation between Lisa Kimmey and Taryn Christian; Jennifer/Joan German interview; Donna Pratkowski interview; Betty Teruya interview;
Vilmar Cabacang's blood samples;
Tapes from U.S. Postal Inspection Service: 2 videotapes, 4 audiotapes;
3 Videotapes: 1 of police interview of Lori Smith, 2 from U.S. Postal Inspection Service;
Police videotapes: Gas Express videotape (1); Vilmar Cabacang's wake service (1); autopsy; James Burkhart interview (1);
1 audiocassette tape of James Burkhart interview;
Defendant's 1992 Seabury Hall yearbook;
3 polaroid photos of Defendant's car;
2 utility knives (1 Xacto type and 1 pen-type);
Defendant's handwriting exemplars;
Brooke Von Tempsky sketch of knife;
Xerox copy of Defendant's Mead notebook;
1 videotape, Navco 4/95;
Dr. Mayeda invoice;
1 photo, "To my honey...";
1 photo, male with plaid jacket;
Sports Shinko earnings statement;
Photo of Lisa Kimmey;
Police Videotape, interview of MCCC inmates;
1 Gap t-shirt;

    1 white towel;
    1 blanket;
    1 blue towel.

    3.   In the custody of the Second Circuit Court, State of

Hawaii:

    A.      Exhibits of State of Hawaii:

    Diagram of scene;
    Video of scene;
    Notebook pages by Defendant;
    Tape of telephone conversation between Lisa Kimmey and
Defendant;
    Knife;
    Knife sheath;
    Screwdriver;
    Michigan cap;
    Car keys;
    Flannel jacket;
    Plastic glove;
    10 enlarged photos of crime scene;
    2 enlarged photos of Serena Seidel residence;
    4 enlarged photos of Vilmar Cabacang's car's interior;
    2 enlarged photos of Serena Seidel;
    2 enlarged photos of location of recovery of flannel jacket;
    4 photos depicting Defendant;
    1 enlarged photo of beneath sink in Defendant's apartment;
    Box of Handgards plastic gloves;
    1 photo of Defendant's windshield;
    2 photographic lineups;
    5 cotton swab exhibits (10, 10A, 12, 12a, 12b to HPD Crime
lab);
    1 cotton swab exhibit with water only;
    Wound diagram;
    Phillips screw:
    Spiral notebook;
    Notebook;
    Defendant's blood;
    Employment eligibility verification form;
    Sketch by Phil Schmidt;
    2 cotton swab exhibits (11, 11a);
    Copy of dental statement of Defendant;
    Videotaped interview of Paul Richardson;

Photo of Vilmar Cabacang;
Transcript of James Burkhart's interview by Detective Hervina Santos;
Copy of Defendant's time card from Pukalani Country Club & Restaurant;
7 enlarged autopsy photos of Vilmar Cabacang's injuries;

B.   <u>Exhibits of Defendant</u>:

Mike Haskell's notebook page;
Transcript of Serena Seidel interview;
Serena Seidel's shorts;
MPD composite sketch.

DATED: Wailuku, Hawaii, <u>April 6, 1999</u>.

STATE OF HAWAII:

By: _____
DAVELYNN M. TENGAN
Deputy Prosecuting Attorney
County of Maui

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Inventory Of Property In State's Custody was served on Defendant Taryn Christian, Pro Se, c/o C.C.A. Diamond Back Correctional Facility, P.O. Box 780, Watonga, Oklahoma 73772, by MAILING same to him at the foregoing address on this <u>6th</u> day of April, 1999.

STATE OF HAWAII:

By: _____
DAVELYNN M. TENGAN
Deputy Prosecuting Attorney
County of Maui

5




CRIMINAL MOTIONS CALENDAR
SECOND CIRCUIT
MAUI CIRCUIT COURTROOM #3

```
         DATE: MONDAY,    APRIL 12, 1999
        JUDGE: HONORABLE RHONDA IWALANI LAI LOO, JUDGE PRESIDING
        CLERK: YVONNE F WAKI
     REPORTER:
BAILIFF/LAW CLERK:
                                                                PAGE   1
```
--------------------------------------------------------------------------
8:30 A.M.

```
1. PC 95-0389    CHRISTIAN, TARYN                 00001   PA D. TENGAN
      CT.   1 FA  HRS 707-0701.5     MURDER 2            PV E. PARTINGTON
      CT.   2 MD  HRS 134-0051       CARRY DEAD WPN      CA P. TOWER
      CT.   3 MD  HRS 708-0832-87 AT THEFT 3
```

FURTHER HEARING ON MOTION FOR ORDER FOR PRESERVA-
TION OF EVIDENCE

*************VIDEOTAPE: 8:33:18-8:33:77***********
NO PERSON APPEARED. INVENTORY FILED. MOTION
GRANTED.

DATE: 04-12-1999  BY ORDER OF THE COURT: _____ CLERK



I hereby certify that this is a full, true and
correct copy of the original.
Clerk, Second Circuit Court