

— EXHIBIT G —