/s/ Mark Barrett

**CERTIFICATE OF SERVICE**

I, hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last-known address:

Served electronically through CM/ECF:

| | | |
|---|---|---|
| Peter Hanano | peter.hanano@co.maui.hi.us | July 18, 2008 |

/s/ Mark Barrett
MARK BARRETT