## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last-known address:

Served electronically through CM/ECF:

Peter Hanano      peter.hanano@co.maui.hi.us     July 18, 2008

.

/s/ Mark Barrett
MARK BARRETT