IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLAYTON FRANK, Director, )<br>STATE OF HAWAI'I, DEPARTMENT )<br>OF PUBLIC SAFETY, et al. )<br>)<br>Respondents. )<br>_____) | CIV. NO. 04-00743 DAE-LEK<br><br>CERTIFICATE OF<br>SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Respondents Response to Petitioner's Opening Brief Filed on July 18, 2008, Declaration of Peter A. Hanano, Exhibit "A", were served upon MARK BARRETT, ESQ., Attorney for Petitioner, by electronic mail via the CM/ECF system on July 31, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents