DEPARTMENT OF THE PROSECUTING ATTORNEY  207

BENJAMIN M. ACOB  4471
Prosecuting Attorney
PETER A. HANANO  6839
First Deputy Prosecuting Attorney
RICHARD MINATOYA  5840
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawaii  96793
Tel. No. 243-7630
Fax. No. 270-7927

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TARYN CHRISTIAN, | ) | CIV. NO. 04-00743 DAE-LEK |
|---|---|---|
| Plaintiff, | ) ) ) | RESPONDENTS WITNESS LIST FOR EVIDENTIARY HEARING ON AUGUST 18, 2008; CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| CLAYTON FRANK, Director, STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY, et al. | ) ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS WITNESS LIST FOR
EVIDENTIARY HEARING ON AUGUST 18, 2008**

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | RESPONDENTS WITNESS |
| ) | LIST FOR EVIDENTIARY |
| vs. ) | HEARING ON AUGUST |
| ) | 18, 2008; CERTIFICATE |
| CLAYTON FRANK, Director, ) | OF SERVICE |
| STATE OF HAWAI'I, DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

## RESPONDENTS WITNESS LIST FOR EVIDENTIARY HEARING ON AUGUST 18, 2008

COME NOW, CLAYTON A. FRANK, Director, Department of Public Safety, State of Hawaii, (hereinafter "Respondents"), by and through their attorney, PETER A. HANANO, First Deputy Prosecuting Attorney for the County of Maui, and hereby presents this Respondents Witness List For Evidentiary Hearing on August 18, 2008.

Pursuant to the Court's *Order Granting in Part and Denying in Part Petitioner's Motion to Continue Discovery Dates and to Compel Discovery and Setting Schedule For Evidentiary Hearing* filed on April 4, 2008 (Doc. 101),

Respondents hereby provide the Court with the following witness list for the August 18, 2008 evidentiary hearing:

1. Brian Wraxall, Richmond, California
2. David A. Smith, Johnstown, Pennsylvania
3. Chantel M. Giamanco, Redlands, California
4. Detective Clyde Holokai, Wailuku, Hawaii

DATED: Wailuku, Hawaii, <u>August 6, 2008</u>.

DEPARTMENT OF THE PROSECUTING ATTORNEY
BENJAMIN M. ACOB
PROSECUTING ATTORNEY

By_____
PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents