KEITH SHIGETOMI, # 3380
Pacific Park Plaza, Suite 1440
711 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: 808-596-0880

MARK BARRETT, OK Bar # 557
P.O. Box 896
Norman, Oklahoma 73070
Telephone: 405-364-8367
Fax: 405-366-8329
Email: barrettlaw@sbcglobal.net

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TARYN CHRISTIAN, | ) | CIV NO. 04-00743 DAE-LEK |
| | ) | |
| Petitioner, | ) | PETITIONER'S WITNESS |
| | ) | LIST FOR AUGUST 18, 2008 |
| | ) | EVIDENTIARY HEARING; |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| CLAYTON FRANK, | ) | |
| Director, State of Hawaii | ) | |
| Department of Public Safety, | ) | |
| | ) | |
| Respondent. | ) | |

PETITIONER'S WITNESS LIST FOR AUGUST 18, 2008
EVIDENTIARY HEARING

Petitioner, Taryn Christian, through counsel, lists the following as witnesses

1

for the August 18, 2008 evidentiary hearing:

1. John J. Mitchell, Albuquerque, New Mexico

2. Philip Schmidt, Kihei, Maui, Hawaii

3. Patricia Mullins, Nevada

4. Darryl Carlson, Santa Monica, California

5. Annie Leong, Maui, Hawaii

6. Joy Gaston, Kihei, Maui, Hawaii

7. Chris Dias, Wailuku, Maui, Hawaii

8. Georgiana Frayer-Luna, Honolulu, Hawaii

9. Richard Smith, Kula, Maui, Hawaii

10. Helen Beatty, Kailua, Oahu, Hawaii

11. Rudy Cabanting, Kihei, Maui, Hawaii

Dated: August 6, 2008.

/s/ Mark Barrett
MARK BARRETT