## DECLARATION OF RUDY CABANTING
## JULY, 2008

I, Rudy Cabanting, do solemnly declare:

1. I am a cousin of Vilmar Cabaccang and had many conversations with him. I am well acquainted with the sound of Vilmar Cabaccang's voice.

2. I recently have listened to a tape recording of a call that was made to the 911 operator about the time my cousin Vilmar Cabaccang was stabbed.

3. I recognized Vilmar Cabaccang's voice as being one of the voices on the tape recording.

4. It was Cabaccang's voice which can be heard making the statement that James Burkhart had walked off.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: July __27__, 2008.

_____
RUDY CABANTING

Witnessed By: _____
Name: __Danny J. Carlson__
Cal. Lic Investigator
Dated: July __27__, 2008     A007437

Exhibit A