## DECLARATION OF DARRYL CARLSON

## JULY, 2008

I, Darryl Carlson, do solemnly declare:

1. On July 21 2008, I interviewed Chris Dias at the Maui Community Correctional Center in Maui, Hawaii.
2. Chris Dias acknowledged he was acquainted with James Hina Burkhart.
3. Inter alia - Chris Dias told me that Hina Burkhart bragged about the killing of Vilmar Cabaccang in his presence.
4. Chris Dias stated that if subpoenaed into court, he would have to testify, since he has no involvement and cannot take the Fifth Amendment.

I DECLARE UNDER THE PENALTY OF LAW THAT THEFOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: July ___, 2008

_____
DARRYL CARLSON

Exhibit B