## DECLARATION OF HELEN E. BEATTY - AUWELOA
## JULY, 2008

I, Helen Beatty Auweloa, do solemnly declare:

1. On 07/23/95 I was the common law wife of Harry Auweloa.

2. Harry Auweloa is the cousin of James Hina Burkhart.

3. I had Hina at my home with my husband and children. He had come to get away from the drug scene and was there for about 3 weeks. I had alot of help from him as far as pitching in w/cooking or the kids. To my best recollection he was in my home when I fell asleep. I have no knowledge of him leaving after that later in the evening because I was sleeping. I would not know if he was there. I remember various undercover in plain clothed undercover officers swarmed my house and spoke to my husband and I Hina was not there at that time but he did arrive later he knew the police had been there and denied any wrong doing but shortly

Exhibit E

AFTER THAT HE LEFT OUR HOUSE AND NEVER CAME BACK. HIS PERSONAL BELONGINGS WERE LEFT AT OUR HOME. I HAVE GIVEN THIS WRITTEN STATEMENT ON MY OWN KNOWLEDGE and FREE WILL AND HAVE NOT BEEN COACHED OR HAD ANYTHING PROMISED TO ME FOR IT, NOR HAVE I BEEN THREATENED.





I DECLARE UNDER THE PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: July __28__, 2008

_____
HELEN BEATTY

Witnessed By _____

Dated: July __28__, 2008 @ 3:20pm

Darryl D. Carlson
Cal. Lic. Investigator Lic. #A07437