# DECLARATION OF DARRYL CARLSON
## August, 2008

I, Darryl Carlson, do solemnly declare:

1. In May 2002, I interviewed Joy Gaston the elected foreperson of the jury in the trial of Taryn Christian.

2. This interview was conducted at a school in Kihei on Maui which was Joy Gaston's place of employment.

3. Inter Alia, Joy Gaston stated that she should not have been on the jury because she knew most of the witnesses in the case.

4. She pleaded with the judge on at least four different occasions to be released.

5. She was told by the judge that she was the most intelligent person on the jury and that she would be made the foreperson.

6. Joy Gaston stated that the prosecutor told the jury that the boy Christian had confessed to the stabbing of Cabaccang during a conversation with the girlfriend Lisa Kimmey.

7. She stated that the so called confession tape given to the jury was inaudible.

I DECLARE UNDER THE PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: August ___, 2008

*[signature]*
DARRYL CARLSON

Exhibit 6