# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,               ) | |
|                                ) | |
|         Petitioner,            ) | Case No.: CIV-04-00743 DAE-LEK |
|                                ) | |
| vs.                            ) | |
| CLAYTON FRANK, Director,       ) | |
| State of Hawai'i Department    ) | |
| of Public Safety,              ) | |
|                                ) | |
|         Respondent.            ) | |

## DECLARATION OF COUNSEL

I, Mark Barrett, do solemnly declare:

1. The statements made in the motion accompanying this declaration are true and correct to the best of my knowledge and belief.

2. I have relied on conversations with investigator Darryl Carlson, documents in the file in this case, and representations made in Exhibits A-H to the motion in making the factual assertions contained in the motion.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: August 6, 2008.

/s/ Mark Barrett
MARK BARRETT