# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Clayton Frank, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/08/2008 | TIME: | |

COURT ACTION:  EO: Petitioner's Motion to Submit Supplemental Declarations and Affidavits set for 8/13/2008 at 11:00 AM before Magistrate Judge Leslie E. Kobayashi.

Memorandum in Opposition is due **8/12/2008**.
No Reply Memorandum allowed.

Submitted by: Warren N. Nakamura, Courtroom Manager