IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAYTON FRANK, Director, ) <br> STATE OF HAWAI'I, DEPARTMENT ) <br> OF PUBLIC SAFETY, et al. ) <br> ) <br> Respondents. ) <br> _____) | CIV. NO. 04-00743 DAE-LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Respondents Memorandum in Opposition to Petitioner's Motion to Submit Supplemental Declarations and Affidavits was served upon MARK BARRETT, ESQ., Attorney for Petitioner, by electronic mail via the CM/ECF system on August 8, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents