DEPARTMENT OF THE PROSECUTING ATTORNEY 207

BENJAMIN M. ACOB  4471
Prosecuting Attorney
PETER A. HANANO  6839
First Deputy Prosecuting Attorney
RICHARD MINATOYA  5840
Deputy Prosecuting Attorney
County of Maui
Wailuku, Maui, Hawaii  96793
Tel. No. 243-7630
Fax. No. 270-7927

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>CLAYTON FRANK, Director,  )<br>STATE OF HAWAI'I, DEPARTMENT  )<br>OF PUBLIC SAFETY, et al.  )<br>  )<br>  Respondents.  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>_____ ) | CIV. NO. 04-00743 DAE-LEK<br><br>RESPONDENTS MOTION TO STRIKE HEARSAY AND UNTIMELY DECLARATIONS AND AFFIDAVITS; MEMORANDUM IS SUPPORT OF MOTION; DECLARATION OF PETER A. HANANO; CERTIFICATE OF SERVICE<br><br>NOTICE OF MOTION:<br>Date: 8/13/08<br>Time: 11:00 A.M.<br>Judge: Honorable Leslie E.<br>            Kobayashi |

## RESPONDENTS MOTION TO STRIKE HEARSAY AND UNTIMELY DECLARATIONS AND AFFIDAVITS

COME NOW, CLAYTON A. FRANK, Director, Department of Public Safety, State of Hawaii, (hereinafter "Respondents"), by and through their attorney, PETER A. HANANO, First Deputy Prosecuting Attorney for the County of Maui, and present this Respondents Motion to Strike Hearsay and Untimely Declarations and Affidavits, filed by Petitioner on July 18, 2008, and August 8, 2008. (See Docs. 121 and 128). Specifically, Respondents move this Honorable Court to strike the following:

1) All hearsay statements contained within **EXHIBIT D** of Petitioner's filing on July 18, 2008 (Doc. 121-5), including but not limited to all statements allegedly made by *Shawn Santana*;

2) All hearsay statements contained within **EXHIBIT E** of Petitioner's filing on July 18, 2008 (Doc. 121-6), including but not limited to all statements allegedly made by *Annie Leong*;

3) All statements contained within **EXHIBIT A** of Petitioner's filing on August 6, 2008 (Doc. 128-2), including but not limited to all statements allegedly made by *Rudy Cabanting*;

4) All hearsay statements contained within **EXHIBIT B** of Petitioner's filing on August 6, 2008 (Doc. 128-3), including but not limited to all statements allegedly made by *Chris Dias*;

5) All hearsay statements contained within **EXHIBIT C** of Petitioner's filing on August 6, 2008 (Doc. 128-4), including but not limited to all statements allegedly made by *Annie Leong*;

6) All hearsay statements contained within **EXHIBIT D** of Petitioner's filing on August 6, 2008 (Doc. 128-5), including but

       not limited to all statements allegedly made by *Helen Beatty Auweloa*;

7)     All hearsay statements contained within **EXHIBIT E** of Petitioner's filing on August 6, 2008 (Doc. 128-6), including but not limited to all statements allegedly made by *Helen Beatty Auweloa*;

8)     All hearsay statements contained within **EXHIBIT F** of Petitioner's filing on August 6, 2008 (Doc. 128-7), including but not limited to all statements allegedly made by *Helen Beatty Auweloa*;

9)     All hearsay statements contained within **EXHIBIT G** of Petitioner's filing on August 6, 2008 (Doc. 128-8), including but not limited to all statements allegedly made by *Joy Gaston*;

10)     All hearsay statements contained within **EXHIBIT H** of Petitioner's filing on August 6, 2008 (Doc. 128-9), including but not limited to all statements allegedly made by *Joy Gaston*;

THEREFORE, Respondents respectfully request that this Court grant the instant Motion and enter an order striking all affidavits and/or declarations from the record as requested herein, preclude Petitioner from relying upon those factual allegations contained therein, and that the Court not consider any of the factual assertions contained in those stricken documents.

This Motion is made pursuant to the Local Rules of Practice for the United States District Court for the District of Hawaii, LR7.1 through 7.5, and is also based upon the Memorandum in Support of Motion, the Declaration of Peter A. Hanano, and the record and files in the above-entitled matter.

DATED: Wailuku, Hawaii, August 8, 2008.

    Respectfully submitted,
    DEPARTMENT OF THE PROSECUTING ATTORNEY
    BENJAMIN M. ACOB,
    PROSECUTING ATTORNEY

By _____
    PETER A. HANANO
    First Deputy Prosecuting Attorney
    County of Maui
    Attorney for Respondents