IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAYTON FRANK, Director, ) <br> STATE OF HAWAI'I, DEPARTMENT ) <br> OF PUBLIC SAFETY, et al. ) <br> ) <br> Respondents. ) <br> _____) | CIV. NO. 04-00743 DAE-LEK <br><br> DECLARATION OF PETER <br> A. HANANO |

### DECLARATION OF PETER A. HANANO

I, PETER A. HANANO, do declare as follows:

1. That Declarant was admitted in 1997 to practice before the United States District Court for the District of Hawaii;

2. That Declarant is a Deputy Prosecuting Attorney for the County of Maui, State of Hawaii, and is assigned to answer or otherwise respond on behalf of the State of Hawai'i, Department of Public Safety ("Respondent"), to the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody ("Petition") filed on December 22, 2004, by Petitioner TARYN CHRISTIAN ("Petitioner");

3. That on information and belief, based on Declarant's review of the relevant instant case files, and associated documents of Cr. No. 95-0389(1) and S.P.P. No. 00-1-0002, the factual statements as related in the attached Memorandum in Support of Motion particularly in the "STATEMENT OF RELEVANT FACTS" section, are true and correct to the best of Declarant's knowledge and belief;

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Wailuku, Hawaii, August 8, 2008.

_____
PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui