IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CLAYTON FRANK, Director, ) | |
| STATE OF HAWAI'I, DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al. ) | |
| ) | |
| Respondents. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Respondents Motion to Strike Hearsay and Untimely Declarations and Affidavits, Memorandum in Support of Motion, Declaration of Peter A. Hanano, were served upon MARK BARRETT, ESQ., Attorney for Petitioner, by electronic mail via the CM/ECF system on August 8, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents