# MINUTES

CASE NUMBER:     CIVIL NO. 04-00743DAE-LEK

CASE NAME:      Taryn Christian vs. Clayton Frank, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi         REPORTER:

DATE:     08/12/2008                  TIME:

COURT ACTION:  EO: The Court is in receipt of Respondents' Motion to Strike Hearsay and Untimely Declarations and Affidavits ("Motion to Strike"), filed August 8, 2008. The Court construes the Motion to Strike as a further memorandum in opposition to Petitioner's Motion for Leave to File Supplemental Declarations ("Motion for Leave"), filed August 6, 2008. Petitioner's Motion for Leave is set for hearing on August 13, 2008, at 11:00 a.m. The Court will take up both matters at that time.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager