**CERTIFICATE OF SERVICE**

I hereby certify that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses through CM/ECF:

| | |
|---|---|
| Peter Hanano | August 13, 2008 |
| Richard Minatoya | August 13, 2008 |

/s/Mark Barrett
MARK BARRETT