# MINUTES

CASE NUMBER: CIVIL NO. 04-00743DAE-LEK

CASE NAME: Taryn Christian vs. Clayton A. Frank, et al.

ATTYS FOR PLA: Mark Barrett

ATTYS FOR DEFT: Peter A. Hanano

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER: FTR-Courtroom 7

DATE: 08/13/2008                    TIME: 11:04-11:18

COURT ACTION: EP: Petitioner's Motion to Submit Supplemental Declarations and Affidavits - Mark Barrett and Peter A. Hanano participated by phone.

Arguments heard. Motion Denied and terminated.

Court to prepare Order.

Submitted by: Warren N. Nakamura, Courtroom Manager