# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00743DAE-LEK |
| CASE NAME: | Taryn Christian vs. Clayton A. Frank, Director, State of Hawaii Department of Public Safety |
| ATTYS FOR PLA: | Mark Barrett<br>Keith S. Shigetomi |
| ATTYS FOR DEFT: | Richard K. Minatoya<br>Peter A. Hanano |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-GD |
| DATE: | 08/18/2008 | TIME: | 9:00-12:10 |

COURT ACTION:  EP: Evidentiary Hearing held.

Petitioner's Witnesses: John J. Mitchell, Philip Schmidt, Patricia Mullins and Annie Leong, CST.

Exhibits MI-4, MI6-A and MI-7 Admitted.

Respondent's Witnesses: Brian Wraxall, David A. Smith, Chantel M. Giamanco and Clyde Holokai CST.

Exhibits R-3, R-4, R-5 and R-6 Admitted.

Petitioner and Respondent rest.

Matter taken Under Advisement.  Court to issue Findings and Recommendation.

Submitted by: Warren N. Nakamura, Courtroom Manager