Aug 08 08 07:42a   ORIGINAL   808-676-1858   p.4

Case No. CIV 04-00743 DAE-LEK

AO88 (Rev. 12/07) Subpoena in a Civil Case (Page 2)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 8-11-08  Time 8:05 a.m. | 519 22nd Ave. Hon. HI 96816 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| George Donaldson for Georgiana Frayer-Luna | Personally |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Alyssa Boland | Civil process server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   8-11-08
DATE

8:05 PM

SIGNATURE OF SERVER: Alyssa A. Boland

ADDRESS OF SERVER: P.O. Box 88031
Honolulu, HI 96830

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007:

(c) PROTECTING A PERSON SUBJECT TO A SUBPOENA.
[standard Rule 45 text]

(d) DUTIES IN RESPONDING TO A SUBPOENA.
[standard Rule 45 text]

(e) CONTEMPT.
[standard Rule 45 text]



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 18 2008
at 3 o'clock and 28 min. P M.
SUE BEITIA, CLERK

Aug 08 08 07:41a                                            808-876-1858            p.1

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
District of Hawaii

| TARYN CHRISTIAN, Petitioner | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| CLAYTON FRANK, Director, Dept. Public Safety | Case Number:[1] CIV. 04-00743 |

TO: Georgiana Frayer-Luna
c/o George Donaldson
519 22nd Avenue
Honolulu, Hawaii. 96816

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Federal District Court | # 7 / Judge KOBAYASHI |
| 300 Ala Moana Blvd | DATE AND TIME |
| Honolulu, Hawaii. 96850 | 8/18/2008 8:30 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Petitioner, Mark Barrett | 8/8/2008 8/9/8 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Mark Barrett. P.O.Box 896, Norman Ok. 73070 Ph: 405 364-8367 | |

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.