IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARYN CHRISTIAN, ) | CIV. NO. 04-00743 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CLAYTON FRANK, Director, ) | |
| STATE OF HAWAI'I, DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al. ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Respondents' Objection to the Magistrate's Findings and Recommendation to Grant in Part and Deny in Part Petition for Writ of Habeas Corpus, Filed on August 29, 2008, was served upon MARK BARRETT, ESQ., Attorney for Petitioner, by electronic mail via the CM/ECF system on September 9, 2008.

PETER A. HANANO
First Deputy Prosecuting Attorney
County of Maui
Attorney for Respondents