## CERTIFICATE OF SERVICE

    I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last-known address:

    Served electronically through CM/ECF:

| | | |
|---|---|---|
| Peter Hanano | peter.hanano@co.maui.hi.us | September 9, 2008 |
| and Richard Minatoya | | September 9, 2008 |

                                     /s/ Mark Barrett
                                      MARK BARRETT